UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-60001-CR-

MAGISTRATE
VITUNAC

Sealed

18 U.S.C. § 922(g)(5)(B)
18 U.S.C. § 924(d)(1)
21 U.S.C. § 853

UNITED STATES OF AMERICA

vs.

ADHAM AMIN HASSOUN,

Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about June 12, 2002, in Broward County, in the Southern District of Florida, the defendant,

**ADHAM AMIN HASSOUN,**

being an alien admitted to the United States under a nonimmigrant visa, did knowingly possess a firearm in and affecting interstate commerce, that is, a Smith & Wesson 9 millimeter pistol, in violation of Title 18, United States Code, Section 922(g)(5)(B).

### FORFEITURE

1. The allegations in this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America of property in which the defendant has an interest, pursuant to the provisions of Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(c), and the

procedures outlined in Title 21, United States Code, Section 853.

2. Upon the conviction of any knowing violation of Title 18, United States Code, Section 922(g)(5)(B), the defendant shall forfeit to the United States any firearm involved in or used in the commission of said violation.

3. The property subject to forfeiture includes, but is not limited to, a Smith & Wesson 9 millimeter pistol seized from the defendant on June 12, 2002.

All pursuant to Title 18, United States Code, Section 924(d)(1), as incorporated by Title 28, United States Code, Section 2461(c), and the procedures outlined in Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
RUSSELL R. KILLINGER
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

04-60001

UNITED STATES OF AMERICA                    CASE NO. _____

vs.                                          **CERTIFICATE OF TRIAL ATTORNEY***

ADHAM AMIN HASSOUN,

       **Defendant.**
_____/             **Superseding Case Information**:

**Court Division**: (Select One)              New Defendant(s)         Yes ___  No ___
                                              Number of New Defendants  _____
___ Miami   ___ Key West                      Total number of counts    _____
_X_ FTL     ___ WPB   ___ FTP

    I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No_____
   List language and/or dialect   _____

4. This case will take  _2_  days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                          (Check only one)

   I    0 to 5 days       _X_               Petty     ___
   II   6 to 10 days      ___               Minor     ___
   III  11 to 20 days     ___               Misdem.   ___
   IV   21 to 60 days     ___               Felony    _X_
   V    61 days and over  ___

6. Has this case been previously filed in this District Court? (Yes or No)  _No_
   If yes:
   Judge: _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?  (Yes or No) _No_____
   If yes:
   Magistrate Case No.   _____
   Related Miscellaneous numbers:  _____
   Defendant(s) in federal custody as of  _____
   Defendant(s) in state custody as of    _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) _No_____

7. Does this case originate from a matter pending in the U.S. Attorney's Office prior to April 1, 2003?  _X_ Yes  ___ No

8. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999?  ___ Yes  _X_ No
   If yes, was it pending in the Central Region? ___ Yes ___ No

9. Did this case originate in the Narcotics Section, Miami? ___ Yes  _X_ No

                                                         _/s/ Russell R. Killinger_
                                                       RUSSELL R. KILLINGER
                                                       ASSISTANT UNITED STATES ATTORNEY
                                                       Florida Bar No. 312851

*Penalty Sheet(s) attached                                                 REV.7/11/03

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**04-60001**

PENALTY SHEET

**Defendant's Name:** Adham Amin Hassoun

**Case No:**

Count #: 1

Illegal possession of a firearm

Title 18, United States Code, Section 922(g)(5)(B)

**\* Max.Penalty:**   10 years imprisonment

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**

FORM DBD-34
JUN. 85

FGJ # 02-04 (MIA)

# UNITED STATES DISTRICT COURT

_____ SOUTHERN _____ District of _____ FLORIDA _____

THE UNITED STATES OF AMERICA

vs

ADHAM AMIN HASSOUN

## INDICTMENT

IN VIOLATION OF:  TITLE 18, UNITED STATES CODE, SECTION 922 (g)(5)(B)
TITLE 18, UNITED STATES CODE, SECTION 924 (d)(1)
TITLE 21, UNITED STATES CODE, SECTION 853

A true bill.

_____Virginia S. Romero_____
Foreman

Filed in open court this _____ 3rd _____ day

of _____ Jan _____ A.D. 19 2004

_____Clarence Maddox 1/8/04_____
Clerk

Bail, $ _____