*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*

Case 04-60001-CR-COOKE

THE UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ADHAM AMIN HASSOUN,
KIFAH WAEL JAYYOUSI,

        Defendants.

MIAMI, FLORIDA
SEPTEMBER 16, 2005
FRIDAY - 9:00 A.M.

FILED by _____ D.C.
APPEALS
OCT 05 2005
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TRANSCRIPT OF HEARING ON JOINT MOTION TO TERMINATE
ADMINISTRATIVE DETENTION AND MOTION TO DISMISS
BEFORE THE HONORABLE MARCIA G. COOKE,
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE GOVERNMENT:

    RUSSELL KILLINGER, A.U.S.A.
    *United States Attorney's Office*
    99 N.E. 4th Street
    Miami, FL  33132

    STEPHANIE PELL, A.U.S.A.
    *Counterterrorism Section*
    *United States Department of Justice*
    10th and Constitution Avenue, N.W.,
    Room 2649
    Washington, D.C.  20530 - 202/353-2357

    BRIAN K. FRAZIER, A.U.S.A.
    *United States Attorney's Office*
    99 N.E. 4th Street
    Miami, FL  33132

```
 1  FOR THE DEFENDANT HASSOUN:

 2                          KENNETH SWARTZ, ESQ.
                            Swartz and Lenamon
 3                          100 N. Biscayne Blvd.
                            21st Floor New World Tower
 4                          Miami, FL  33132 - 305/579-9090

 5
    FOR THE DEFENDANT JAYYOUSI:
 6
                            WILLIAM W. SWOR, ESQ.
 7                          3060 Penobscot Building
                            645 Griswold Street
 8                          Detroit, Michigan  48226   313-967-0200

 9
    REPORTED BY:
10
                            ROBIN MARIE DISPENZIERI, RPR
11                          Official Federal Court Reporter
                            United States District Court
12                          301 North Miami Ave.,  6th Floor
                            Miami, FL  33128 - 305/523-5158
13

14

15

16

17

18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# CASE NO. 04-60001-CR MGC
# DE#138

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

# ATTACHMENT(S) NOT SCANNED

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☒ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

# PLEASE REFER TO COURT FILE