Calendar Entry
# Appointment

☐ Notify me
☐ Mark Private
☐ Pencil In

**Subject:**
EVIDENTIARY HEARING

04-60001-CR

USA
    Russell Killinger, AUSA
    Brian Frazier and Steophanie Pell, AUSA

vs

ADHAM AMIN HASSOUN (J)
#72433-004   Kenneth Swartz, Esq.
                Jeanne Baker, Esq

**Where:** Location
**Categorize:**

FILED by IM D.C.
MGC
FEB 24 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**When:**
Starts: Fri 02/24/2006   09:30 AM
Ends: Fri 02/24/2006   12:00 PM
2 hrs 30 mins
☐ Specify a different time zone

**Description:**

MINUTES:

Court Reporter: Robin Dispenzieri
CRD: Ivan Marchena

*Hearing held. Court orders the Defense attorney to submit a proposed order.
* Court sets government's motion for next week, 03/03/06 at 9:30 a.m.