**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.  04-60001-CR-COOKE (s)(s)(s)(s)(s)**

UNITED STATES OF AMERICA,
        Plaintiff,

        vs.

ADHAM AMIN HASSOUN, et al.,
        Defendant.
_____ /

_____

**DEFENDANT HASSOUN'S MOTION TO ADOPT CO-DEFENDANT PADILLA'S
"MOTION TO PRECLUDE EVIDENCE CONCERNING FOREIGN
TERRORIST ORGANIZATIONS AND NON-FORENSIC GOVERNMENT EXPERTS"**

_____


        Defendant ADHAM AMIN HASSOUN through undersigned counsel moves this

Court to permit him to adopt the "Motion to Preclude Evidence Concerning Foreign

Terrorist Organizations and Non-forensic Government Experts", filed by co-defendant Jose

Padilla (hereafter "Padilla's Motion"), as a motion on defendant Hassoun's behalf, the

same as if produced and filed on behalf of Hassoun.[1]   In support of this motion,

undersigned counsel represents as follows:

_____

        [1]There is one statement at P. 2, ¶ 1, in Padilla's motion which Hassoun does <u>not</u>
seek to adopt -- the statement that "[t]he defendants have been indicted for conspiracy
to provide material support to terrorists [Count Two] and providing material support to
terrorists [Count Three] pursuant to 18 U.S.C. §2339(A)."  Defendant Hassoun, through
counsel, disagrees with the characterization in this statement that labels the alleged
object of the alleged provision of material support as "terrorists."  As defendant
Hassoun explains in detail in the Joint Defense Response in Opposition to
Government's Motion to Exclude Proposed Defense Experts [DE 776 at 12-13], just
because 18 U.S.C. §2339A uses the term "terrorists" in its title does not convert
"terrorists" into an element of the crime charged.  *See Carter v. United States*, 530 U.S.
255, 267 (2000) ("the title of a statute '[is] of use only when [it] shed[s] light on some
ambiguous word or phrase' in the statute itself").  Here, there is no such ambiguity so
the title of the statute should be ignored.
        Accordingly, the statement in Padilla's motion should read:  "The defendants
have been indicted for conspiracy to provide material support to a conspiracy to commit
murder abroad, in violation of 18 U.S.C. §956(a) [Count Two] and providing material
support to a conspiracy to commit murder abroad, in violation of 15 U.S.C. §956(a)
[Count Three] pursuant to 18 U.S.C §2339(A)."  With that correction, defendant
Hassoun seeks to adopt the entirety of Padilla's motion.

1. Padilla's Motion mounts a challenge to evidence that the government plans to introduce as to all defendants.  Therefore, this challenge is equally applicable to defendant Hassoun, without the need for any individual recitation of facts.

2. Adoption would provide defendant Hassoun with the benefit of Padilla's Motion without burdening the Court or the record with unnecessary repetition.

**WHEREFORE**, defendant Hassoun respectfully requests that this Court allow him to adopt the foregoing motion of his co-defendant Jose Padilla.

Respectfully submitted,

| | |
|---|---|
| **KENNETH M. SWARTZ** | **JEANNE BAKER** |
| SWARTZ & LENAMON | ATTORNEY AT LAW, P .A. |
| New World Tower, Suite 2100 | Grove Forest Plaza, Suite 202 |
| 100 North Biscayne Boulevard | 2937 Southwest 27th Avenue |
| Miami, Florida 33132 | Miami, Florida 33133-3703 |
| Tel:305-579-9090 | Tel: 305-443-1600 |
| Fax:786-425-2380 | Fax: 305-445-9666 |
| Florida Bar No. 331929 | Florida Bar No.0880700 |

**COUNSEL for ADHAM AMIN HASSOUN**

By:_____

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 19, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Jeanne Baker
Jeanne Baker

## SERVICE LIST:  *UNITED STATES v. ADHAM HASSOUN*
## CASE NO  04-60001-CR-COOKE(s)(s)(s)(s)

**KENNETH M. SWARTZ**
ken@swartzlawyer.com
SWARTZ & LENAMON
New World Tower, Suite 2100
100 North Biscayne Boulevard
Miami, Florida 33132
Tel:    305-579-9090
Fax:    786-425-2380
Florida Bar No. 331929
Attorney for Defendant Hassoun
Electronic Service by CM/ECF

**JEANNE BAKER**
jbaker@fourdefenders.com
ATTORNEY AT LAW, P .A.
Grove Forest Plaza, Suite 202
2937 Southwest 27th Avenue
Miami, Florida 33133-3703
Tel:    305-443-1600
Fax:    305-445-9666
Florida Bar No.0880700
Attorney for Defendant Hassoun
Electronic Service by CM/ECF

**RUSSELL KILLINGER**
russell.killinger@usdoj.gov
Assistant United States Attorney
Counter-Terrorism Section
99 N.E. Fourth Street, 8th Floor
Miami, FL   33132
Tel:    305-961-9437
Fax:    305-536-4675
Electronic Service by CM/ECF

**WILLIAM W. SWOR**
www.wwswor@wwnet.net
3060 Penobscot Building
645 Griswold St.
Detroit, Michigan 48226
313) 967-0200 x. 221
(313) 961-4926 (fax)
Electronic Service by CM/ECF
Attorney for Defendant Jayyousi

**ANDREW PATEL**
agpatel@aol.com
111 Broadway, 13th Floor
New York, New York   10006
Tel:    212-349-0230
Fax:    212-346-4665
Attorney for Defendant Padilla
Electronic Service by e-mail

**MICHAEL CARUSO**
michael_caruso@fd.org
Assistant Federal Public Defender
150 West Flagler Street, Suite 1700
Miami, FL   33130
Tel:    305-530-7006
Fax:    305-536-4559
Attorney for Defendant Padilla
Electronic Service by CM/ECF

Lisa Tobin Rubio
Assistant United States Attorney
99 N.E. 4th Street
Miami, FL 33132
Tel:  (305) 961-9114
lisa.rubio@usdoj.com

Marshall Dore Louis
mdl@sinclairlouis.com
Sinclair, Louis, Heath, et al.
Alfred I. DuPont Bldg.
169 East Flagler St., #1125
Miami, FL 33131
Tel:  (305) 374-0544
Fax: (305) 381-6869
Attorney for Defendant Jayyousi

3