UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 04-60001-CR-COOKE/Brown

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ADHAM AMIN HASSOUN, et al.,

      Defendant.
_____/

**ORDER ON DEFENDANT HASSOUN'S NOTICE PURSUANT TO CIPA § 5 OF INTENT TO USE STATEMENTS MADE IN THE COURSE OF GOVERNMENT INTERROGATION (D.E. 872)**