UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60001-CR-COOKE/Brown

UNITED STATES OF AMERICA

   Plaintiff,

vs.

ADHAM AMIN HASSOUN,
KIFAH WAEL JAYYOUSI and
JOSE PADILLA, et al.,

   Defendants.
_____/

## ORDER DENYING DEFENDANT HASSOUN'S 'MOTION FOR NEW TRIAL BASED ON GOVERNMENT'S LATE DISCLOSURE OF *BRADY* EVIDENCE'

**THIS CAUSE** came before the Court upon defendant Hassoun's 'Motion for New Trial Based on Government's Late Disclosure of *Brady* Evidence' [D.E. 1259] filed on November 8, 2007. The jury's verdict in this case was returned on August 17, 2007. Rule 33(b) of the Federal Rules of Criminal Procedure require that "[a]ny motion for a new trial grounded on any reason other than newly discovered evidence must be filed within 7 days after the verdict or finding of guilty." Over the government's objection, I granted the defendants' request for substantial additional time to file new trial motions, and allowed the defendants 42 days—until October 1, 2007—to file their motions. Defendant Jayyousi subsequently filed another motion for extension of time to file, and I extended the deadline by an additional 11 days, until October 12, 2007. Defendant Hassoun's motion—his third new trial motion—was filed almost a month after the extended deadline. Hassoun's motion is untimely. Furthermore, Hassoun provides no credible justification for the delay. Accordingly, it is

**ORDERED AND ADJUDGED** that defendant Hassoun's 'Motion for New Trial Based on Government's Late Disclosure of *Brady* Evidence' [D.E. 1259] filed on November 8, 2007 is **DENIED.**

**DONE AND ORDERED** in Chambers at the United States Courthouse in Miami-Dade County, Florida this 9th day of November, 2007.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to: *All counsel of Record*