UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-60001-CR-COOKE/Brown (s)(s)(s)(s)(s)

UNITED STATES OF AMERICA

vs.

ADHAM AMIN HASSOUN,
  a/k/a "Abu Sayyaf,"
KIFAH WAEL JAYYOUSI,
  a/k/a "Abu Mohamed," and
JOSE PADILLA,
  a/k/a "Ibrahim,"
  a/k/a "Abu Abdullah the Puerto Rican,"
  a/k/a "Abu Abdullah Al Mujahir,"

      Defendants.
_____/

### GOVERNMENT'S RESPONSE TO DEFENDANT HASSOUN'S MOTION TO ADOPT CODEFENDANTS' ARGUMENTS AND OBJECTIONS

The United States of America hereby files this response to Defendant Adham Amin Hassoun's motion to adopt his codefendants' legal arguments and objections to their PSIs. Hassoun's motion seeks to encompass claims that support his own arguments and objections or that would result in him receiving a lower guidelines sentence. But sentencing is a heavily fact-intensive exercise to be undertaken with an exclusive focus on the defendant being sentenced. See 18 U.S.C. § 3553(a)(1) (sentencing court must consider circumstances of offense and history and characteristics of defendant); United States v. Lindsey, 200 Fed. Appx. 902, 906 (11th Cir. 2006) (court must rely on individualized facts to impose proper sentence on each codefendant). Much like sufficiency arguments, any claims in support of a lower guidelines sentence must be pegged to specific facts about the defendant being sentenced or his offense conduct. And legal arguments cannot be adopted by a defendant without reference to his own specific facts and circumstances.

Cf. United States v. Cooper, 203 F.3d 1279, 1285 n.4 (11th Cir. 2000) (sufficiency claims are unique to each defendant and cannot be adopted).  Hassoun makes no attempt to incorporate legal arguments and objections with reference to his own individualized circumstances, and until such time as he does, his motion should be denied without further hearing.

Respectfully submitted,

R. ALEXANDER ACOSTA
UNITED STATES ATTORNEY


s/ Brian K. Frazier
Russell R. Killinger
Fla. Bar No. 0312851
Brian K. Frazier
Court No. A5500476
John C. Shipley, Jr.
Fla. Bar No. 069670
Assistant United States Attorneys
Stephanie K. Pell
Court No. A5500301
Trial Attorney, Counterterrorism Section
99 N.E. 4th Street, 8th Floor
Miami, Florida 33132
Tel: (305) 961-9000
Fax: (305) 530-4675
Russell.Killinger@usdoj.gov
Brian.Frazier@usdoj.gov
John.Shipley@usdoj.gov
Stephanie.Pell2@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 26, 2007, the undersigned electronically filed the

foregoing document, Government's Response To Defendant Hassoun's Motion To Adopt Co-

Defendants' Arguments and Objections, with the Clerk of the Court using CM/ECF

<u>s/ Brian K. Frazier         </u>
Brian K. Frazier
Assistant United States Attorney