SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # _04-60001-CR-COOKE_

DEFENDANT _Adham Amin Hassoun_        **JUDGE MARCIA G. COOKE**

Deputy Clerk __Ivan Marchena__        Date _January 22, 2008_

Court Reporter _R. Dispenzieri_        Interpreter_____

AUSA _Russell Killinger_        Deft's Counsel _K. Swartz & J. Baker_

COUNTS DISMISSED _____

_____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited

_____ Sentencing cont'd until _____ at _____ AM/PM

## JUDGMENT AND SENTENCE

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | _____ | _188_ | _1_ |
| | _____ | _60_ | _2 Conc w/CT. 1_ |
| | _____ | _180_ | _3 Conc w/CT. 1_ |

Supervised Release _20 yrs._ ____Special Conditions _____

_____

| Probation | Years | Months | Counts |
|---|---|---|---|
| | _____ | _____ | _____ |
| | _____ | _____ | _____ |

Comments _____

_____

_____

Assessment $ _300.—_        Fine $_____

Restitution/Other _____

## CUSTODY

___ Remanded to the Custody of the U.S. Marshal Service   ___ Release on bond pending appeal

____ Voluntary Surrender to (designated institution or U.S. Marshal Service) on _____

Commitment Recommendation: _FCI Miami or Local Facility. To be kept at FDC (Miami, FL.) pending appeal._