UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 04-60001-CR-COOKE/(s)(s)(s)(s)(s)

UNITED STATES OF AMERICA,           :

    Plaintiff,           :

    v.           :

ADHAM AMIN HASSOUN

    Defendant.           :

_____ :

## ORDER GRANTING MOTION FOR APPOINTMENT OF APPELLATE COUNSEL

THIS CAUSE is before the Court on Defendant Adham Hassoun's motion for appointment of counsel for his appeal and the Court being fully advised, it is hereby

ORDERED and ADJUDGED that the motion is GRANTED. Effective immediately attorney Lawrence D. Rosenberg, of Washington D.C., and the law firm of Jones Day are appointed as counsel in connection with Defendant Adham Hassoun's appeal in this case.

DONE and ORDERED this 30th. day of January, 2008, in Chambers at Miami, Dade County, Florida.

HONORABLE MARCIA G. COOKE
UNITED STATES DISTRICT COURT JUDGE

Copies Furnished to:
Counsel of record