1
                    THE STATES DISTRICT COURT
               SOUTHERN DISTRICT OF FLORIDA
2                    MIAMI DIVISION
3                 CASE 04-60001-CR-COOKE

FILED by _____ D.C.

MAY 0 5 2008

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

4
   THE UNITED STATES OF AMERICA,
5
                        Plaintiff,
6
      vs.                              MIAMI, FLORIDA
7                                      JANUARY 15, 2008
                                       TUESDAY - 1:00 P.M.
8  ADHAM AMIN HASSOUN,
   KIFAH WAEL JAYYOUSI,
9  JOSE PADILLA,
      a/k/a "Ibrahim,"
10     a/k/a "Abu Abdullah the Puerto Rican",
       a/k/a "Abu Abdullah Al Mujahir",
11
                        Defendants.
12
13             TRANSCRIPT OF SENTENCING PROCEEDINGS
             BEFORE THE HONORABLE MARCIA G. COOKE,
14                 UNITED STATES DISTRICT JUDGE
15
   APPEARANCES:
16
   FOR THE GOVERNMENT:
17
                        RUSSELL KILLINGER, A.U.S.A.
18                      BRIAN K. FRAZIER, A.U.S.A.
                        JOHN SHIPLEY, A.U.S.A.
19                      United States Attorney's Office
                        99 N.E. 4th Street
20                      Miami, FL  33132
21
   FOR THE DEFENDANT HASSOUN:
22
                        KENNETH SWARTZ, ESQ.
23                      Swartz and Lenamon
                        100 N. Biscayne Blvd.  21st Floor
24                      Miami, FL  33132 - 305/579-9090
                        ken@swartzlawyer.com
25

```
 1                         JEANNE BAKER, ESQ.
                           2937 SW 27th Ave., Suite 202
 2                         Coconut Grove, FL 33133   305/443-1600
                           Jbaker@fourdefenders.com
 3
         FOR THE DEFENDANT PADILLA:
 4
                           MICHAEL CARUSO, A.F.P.D.
 5                         ORLANDO do CAMPO, A.F.P.D.
                           Federal Public Defender's Office
 6                         150 W. Flagler Street
                           Miami, FL  33131
 7
         FOR THE DEFENDANT JAYYOUSI:
 8
                           WILLIAM SWOR, ESQ.
 9                         3060 Penobscot Building
                           645 Griswold Street
10                         Detroit, MI  48226   313/967-0200

11                         MARSHALL DORE LOUIS, ESQ
                           Sinclair, Louis, Heath, Nussbaum &
12                         Zavertnik, P.A.
                           169 East Flagler Street, Suite 1125
13                         Miami, FL  33131   305/374-0544
                           mdl@sinclairlouis.com
14
         REPORTED BY:
15
                           ROBIN MARIE DISPENZIERI, RPR
16                         Official Federal Court Reporter
                           United States District Court
17                         301 North Miami Ave.,  6th Floor
                           Miami, FL  33128 - 305/523-5158
18

19

20

21

22

23

24

25
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 04-60001-CR
## DE#

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
   consisting of (boxes, notebooks, etc.)_____

☐ BOUND EXTRADITION PAPERS

☐ ADMINISTRATIVE RECORD (Social Security)

☐ ORIGINAL BANKRUPTCY TRANSCRIPT

☐ STATE COURT RECORD (Habeas Cases)

X SOUTHERN DISTRICT TRANSCRIPTS

☐ LEGAL SIZE

☐ DOUBLE SIDED

☐ PHOTOGRAPHS

☐ POOR QUALITY (e.g. light print, dark print, etc.)

☐ SURETY BOND (original or letter of undertaking)

☐ CD's, DVD's, VHS Tapes, Cassette Tapes

☐ OTHER = _____