FILED by _____ D.C.

MAY 05 2008

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF FLORIDA*
*MIAMI DIVISION*

CASE 04-60001-CR-COOKE

THE UNITED STATES OF AMERICA,

    Plaintiff,

 vs.           MIAMI, FLORIDA
              JANUARY 22, 2008
              TUESDAY – 11:00 A.M.

ADHAM AMIN HASSOUN,
KIFAH WAEL JAYYOUSI,
JOSE PADILLA,
 a/k/a "Ibrahim,"
 a/k/a "Abu Abdullah the Puerto Rican",
 a/k/a "Abu Abdullah Al Mujahir",

    Defendants.

___

TRANSCRIPT OF SENTENCING PROCEEDINGS
BEFORE THE HONORABLE MARCIA G. COOKE,
UNITED STATES DISTRICT JUDGE

DAY 9

APPEARANCES:

FOR THE GOVERNMENT:

    RUSSELL KILLINGER, A.U.S.A.
    BRIAN K. FRAZIER, A.U.S.A.
    JOHN SHIPLEY, A.U.S.A.
    STEPHANIE PELL, A.U.S.A.
    *United States Attorney's Office*
    99 N.E. 4th Street
    Miami, FL  33132

FOR THE DEFENDANT HASSOUN:

    KENNETH SWARTZ, ESQ.
    *Swartz and Lenamon*
    100 N. Biscayne Blvd.  21st Floor
    Miami, FL  33132 – 305/579-9090
    ken@swartzlawyer.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S) NOT SCANNED

## PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

## CASE NO. 04-60001-CR
## DE#

- ☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

---

- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches) consisting of (boxes, notebooks, etc.) _____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD (Habeas Cases)
- X SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ POOR QUALITY (e.g. light print, dark print, etc.)
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☐ OTHER = _____