1                    UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF FLORIDA
2                          MIAMI DIVISION
3                      CASE 04-60001-CR-COOKE
4
    THE UNITED STATES OF AMERICA,
5
                          Plaintiff,
6
         vs.                              MIAMI, FLORIDA
7                                         MAY 8, 2007
                                          TUESDAY - 12:00 P.M.
8   ADHAM AMIN HASSOUN,
    KIFAH WAEL JAYYOUSSI
9   JOSE PADILLA
        a/k/a "Ibrahim,"
10      a/k/a "Abu Abdullah the Puerto Rican",
        a/k/a "Abu Abdullah Al Mujahir",
11
                          Defendants.
12
13           TRANSCRIPT OF JURY TRIAL PROCEEDINGS
                      [JURY SELECTION]
14          BEFORE THE HONORABLE MARCIA G. COOKE,
                 UNITED STATES DISTRICT JUDGE
15
                             DAY 13
16
    APPEARANCES:
17
    FOR THE GOVERNMENT:
18
                         RUSSELL KILLINGER, A.U.S.A.
19                       BRIAN K. FRAZIER, A.U.S.A.
                         JOHN SHIPLEY, A.U.S.A.
20                       United States Attorney's Office
                         99 N.E. 4th Street
21                       Miami, FL  33132
22                       STEPHANIE PELL, A.U.S.A.
                         Counterterrorism Section
23                       United States Department of Justice
                         10th and Constitution Avenue, N.W.,
24                       Room 2649
                         Washington, D.C.  20530 - 202/353-2357
25

```
 1  FOR THE DEFENDANT HASSOUN:
 2                      KENNETH SWARTZ, ESQ.
                        Swartz and Lenamon
 3                      100 N. Biscayne Blvd.  21st Floor
                        Miami, FL  33132 - 305/579-9090
 4                      ken@swartzlawyer.com
 5                      JEANNE BAKER, ESQ.
                        2937 SW 27th Ave., Suite 202
 6                      Coconut Grove, FL 33133  305/443-1600
                        Jbaker@fourdefendants.com
 7
                        LINDA MORENO, ESQ.
 8                      Post Office Box 10985
                        Tampa, FL  33679
 9                      Lindamoreno.esquire@gmail.com
10  FOR THE DEFENDANT PADILLA:
11                      MICHAEL CARUSO, A.F.P.D.
                        ANTHONY NATALE, A.F.P.D.
12                      ORLANDO do CAMPO, A.F.P.D.
                        Federal Public Defender's Office
13                      150 W. Flagler Street
                        Miami, FL  33131
14
                        ANDREW G. PATEL, ESQ.
15                      111 Broadway, 13th Floor
                        New York, New York 10006
16                      Fax 212-346-4664
17  FOR THE DEFENDANT JAYYOUSI:
18                      WILLIAM SWOR, ESQ.
                        3060 Penobscot Building
19                      645 Griswold Street
                        Detroit, MI  48226  313/967-0200
20
                        MARSHALL DORE LOUIS, ESQ
21                      Sinclair, Louis, Heath, Nussbaum &
                        Zavertnik, P.A.
22                      169 East Flagler Street, Suite 1125
                        Miami, FL  33131  305/374-0544
23                      mdl@sinclairlouis.com
24                      MARJORIE RUSSELL, ESQ.
                        529 W. Ash
25                      Mason, MI  48854  517-819-0812
```

May 8, 2007

1   REPORTED BY:

2                          ROBIN MARIE DISPENZIERI, RPR
                           Official Federal Court Reporter
3                          United States District Court
                           301 North Miami Ave.,  6th Floor
4                          Miami, FL  33128 - 305/523-5158

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          MORNING SESSION

2          THE COURT:  Good morning, ladies and gentlemen.  The

3   case set for trial today is the United States of America versus

4   Adham Hassoun, et. al.  Appearing on behalf of the United

5   States.

6          MR. SHIPLEY:  Good morning, Your Honor, John Shipley,

7   Russell Killinger, Bob Senior, Brian Frazier and Stephane Pell

8   for the United States.

9          THE COURT:  Appearing on behalf of Adham Hassoun.

10         MR. SWARTZ:  Good morning, Your Honor.  Ken Swartz,

11   and Jeanne Baker and Linda Moreno on behalf of Adham Hassoun.

12         THE COURT:  Appearing on behalf of Kifah Wael

13   Jayyousi.

14         MR. SWOR:  Good morning, Your Honor, Bill Swor, Dore

15   Louis and Marjorie Russell on behalf of Dr. Jayyousi.

16         THE COURT:  Appearing on behalf of Mr. Padilla.

17         MR. NATALE:  Good morning, Your Honor.  Anthony

18   Natale, Federal Public Defender's Office, along with Orlando do

19   Campo, Andrew Patel Natale and Marjorie Fargo.

20         THE COURT:  The first 18 jurors are in the jury room.

21   The next batch are downstairs in Judge Altanago.  We will do it

22   18 jurors at a time.  I will bring them out.  You get a chance

23   to eyeball them.  Then I am excusing them, and then we are

24   going to make our strikes.

25         MR. NATALE:  Your Honor, there are a couple of things

1  that I would like to bring to the Court's attention.  One;

2  right now we have six challenges to the alternates.  Would you

3  consider only giving those two and letting us have two --

4  excuse me four, and letting us have two of those alternate

5  challenges to be used as peremptory on is the jury?  We think

6  that would make it closer to the normal proportion.

7      THE COURT: If I change your proportion, I should

8  change the government's proportion as well.

9      MR. SHIPLEY:  Your Honor, it should be left they way

10  it is.  We are all under the assumption that the Court

11  indicated before.  That's a fair resolution.  The number of

12  peremptories, as Your Honor has indicated, is in excess than it

13  would be in a death penalty.  We wouldn't be prepared to go

14  forward at this moment with a change like that.

15      THE COURT:  I am leaving it the way it is.  It will be

16  30 and 6.

17      MR. SWARTZ:  For the record, we would also join in

18  that.

19      THE COURT:  Mr. Jayyousi, are you joining in that?

20      MR. SWOR:  It was a joint request.

21      MR. NATALE:  Your Honor, the next thing is; one, we

22  talked yesterday about asking the general question "since they

23  were here last, have they read or heard anything about the

24  case?"  You were going to ask that question of them.  I think

25  it's very significant to find out.  If they did, we can find

1   out who those people are.  Even though you admonished them,

2   that isn't necessarily the case as we have found already and

3   also experience tells us.  We would like, as you said you

4   would, ask them have you heard anything or read anything since

5   they were last in court about this case.

6            Then the last thing that we think that you might want

7   to consider, and I don't know quite how to phrase it:  If

8   anything has intervened for any of these people.

9            THE COURT:  If we start down that path, Mr. Natale, we

10  mind as well start a voir dire all over again.

11           MR. NATALE:  If someone comes up to us after they are

12  selected and say -- somebody came up to us and says "oh, by the

13  way, something else happened," we will deal with it then I

14  guess.

15           THE COURT:  Mr. Shipley?

16           MR. SHIPLEY:  I have no objection to asking them if

17  they have read anything since they were here.  Otherwise, we

18  have been down that path.  I think that would be a mistake.

19           The other issue is, I don't know if you want to take

20  it up now.  We, obviously, have a cause challenge pending for

21  Mr. Regan.  I don't know if he is way at the back end of

22  things, we need to take up before the alternates.  If Your

23  Honor wants to get started now, that's fine.

24           THE COURT:  I will grant the for cause challenge for

25  Mr. Regan because I believe there was a material

 1   misrepresentation.  I am not doing it as to Ms. O'Quinn.

 2          Also I did have an opportunity --

 3          COURT REPORTER:  Your Honor, your microphone.

 4          THE COURT:  Oh, my microphone is not on.

 5          MR. NATALE:  Your Honor, Mr. Rahmings was excused for

 6   cause but somehow showed up here, number 88.

 7          THE COURT:  If we could get the ones that are suppose

 8   to show up.

 9          MR. SHIPLEY:  He is number 88, Your Honor.

10          The Court indicated that Mr. Gonzalez could come up to

11   you about the vacation afterward.

12          THE COURT:  When we get to him, remind me.  Maybe

13   there is some miracle that we won't make it back there.

14          MR. NATALE:  I think you should ask the question

15   open-ended and say; "since you were last here, has anyone heard

16   or read anything about the case?"  If you preface this with "I

17   hope you didn't do this, but if you did, come forward" really

18   doesn't get candor from the jurors.  I think the way to get

19   candor from the jurors is to merely ask them have they heard

20   anything or read anything since they were last here.

21          THE COURT:  I am taking a moment to read from United

22   States versus Sister Ann Montgomery 772 F.2d 773 decided 1985

23          Where there has been substantial pretrial publicity

24      concerning a criminal case, it is not required that the

25      jurors be wholly ignorant of the facts of the incidents

1    involved, rather, it is sufficient if a juror can lay

2    aside his impressions or opinions and render a verdict

3    based on the evidence.

4         It goes on to say that:

5         A Trial Court did not abuse the considerable

6    discretion, which it is vested, which the defendants were

7    not permitted - in this case we didn't even question the

8    jurors individually, which I allowed to have happen here

9    -- and as long as the Judge collectively questioned them

10   concerning the issues of the case.  Because the obligation

11   to impanel an impartial jury is in the first instance of

12   the Trial Judge and because he must rely largely on his

13   immediate perception, Federal Judges have been accorded

14   ample discretion in determining how best to address the

15   issue relating pretrial publicity.

16        In the case that Mr. Louis handed up, it was very

17   factually dissimilar from our case.  It was a case that was

18   remanded, and the news report said the defendants had been

19   previously convicted of the crimes for which they were charged

20   with, which is vastly similar, despite whatever our feelings

21   are about the newspaper article written yesterday, that's not

22   what it said.

23        MR. LOUIS:  Judge, I understand the Court's position

24   on that.  I would direct the Court's attention, and I am

25   looking at the Westlaw site, and I provided a copy of this to

1   the government as well, this is United States v. Williams out

2   of the 5th Circuit.

3            THE COURT:  That's the one I read.

4            MR. LOUIS:  470 to 471 on that page, Your Honor.  What

5   the Court talks about is the difference between factual

6   determinations.  There is a portion where it says; because the

7   news cast contained information that was probative of guilt and

8   highly prejudicial, indeed we are hard pressed to think of

9   anything more damaging for an accused of information that a

10  jury had previously convicted him of a crime charged.

11           Accordingly, we hold the exposure of the two jurors

12           information regarding defendants' conviction at the time

13           the first trial resulted is unfair.  The fact that they

14           said to disregard it did not matter.

15           I understand that's not the situation.  But the

16  information that was in that article is information that is

17  highly suggestive of guilt and is also information that isn't

18  available to the jury by this Court's ruling.

19           THE COURT:  There is actual Eleventh Circuit case law

20  that said the fact that inadmissible evidence or evidence that

21  is proved inadmissible in a case is included in a news cast or

22  newspaper article and the jurors have read it, is not grounds

23  in and of itself of a mistrial.

24           MR. LOUIS:  Yes, Ma'am.  I understand that.

25           If the Court looks at the type of information that is

1   involved here, perhaps there is not a term in our language that

2   is more pejorative than calling somebody a terrorists other

3   than or perhaps accusing them of being a pedophile.  They are

4   on the same grounds.  When you look at this type of information

5   that you are dealing with where the article flat out accuses

6   these men of being terrorists, I think it warrants a simple

7   inquiry --

8           THE COURT:  I think the article did better than that.

9   The article actually says what these gentlemen are not accused

10  of; what case they are not on trial for, and why they are not

11  in court.

12          MR. SHIPLEY:  Judge --

13          MR. LOUIS:  Respectfully, Judge, I would just ask to

14  be able to finish my argument.

15          THE COURT:  I will let you finish and go onto

16  Mr. Shipley.

17          MR. LOUIS:  Thank you, Judge.  That is one way to look

18  at the article.  It certainly did point out that the men are

19  not on trial for what Mr. Padilla is accused of.  What the

20  problem is, is that the article also contained information that

21  came from the government that potentially claimed that

22  Mr. Padilla admitted to a plot to explode a nuclear device in

23  this country, but he is not on trial for that here, so the jury

24  should not consider.  That's the type of prejudice that can

25  flow directly to my client and the other clients in this

1    courtroom.

2            THE COURT:  I understand your position.  But remember,

3    it is not required.  The law doesn't require that we pick

4    jurors who are ignorant.  I don't mean that in a pejorative

5    sense.  I mean it in the sense of ignorant of the world around

6    them or even to the facts in the case.  The question is can

7    they fairly try this case based upon the evidence that comes

8    into the courtroom.

9            MR. LOUIS:  Understood, Your Honor.  Again, I would

10   just ask the Court to inquire whether they have read anything

11   or heard anything.  If they have, I think an individual inquiry

12   is warranted.

13           THE COURT:  Mr. Shipley?

14           MR. SHIPLEY:  I think referencing the article, from

15   our side of the table, the article is a mixed bag.  We have had

16   certain people that have heard allegations about Mr. Padilla's

17   mistreatment or other allegations that have come from that

18   side.  I think Your Honor has taken pains with this process, at

19   some points disagreeing with the United States, and at some

20   points disagreeing with the defense.  I think this is more than

21   what is expected under the law.

22           THE COURT:  Thank you, Mr. Shipley.  Our first 18

23   please.

24           [Potential 18 jury venire enters the courtroom]

25           THE COURT:  Good morning, ladies and gentlemen.  You

1   may be seated.  Counsel, introduce yourselves for the record.

2            MR. SHIPLEY:  Good afternoon, ladies and gentlemen of

3   the jury.  As you may remember, my name is John Shipley.  I am

4   an Assistant United States Attorney representing the United

5   States in this case.

6            MR. SENIOR:  Good afternoon, Your Honor.  Ladies and

7   gentlemen of the jury, my name is Robert Senior.  I am also an

8   Assistant United States attorney representing the United States

9   in this matter.

10           MR. FRAZIER:  May it please the Court, ladies and

11   gentlemen of the jury.  My name is Brian Frazier.  I am an

12   Assistant United States Attorney here in Miami also

13   representing the United States.

14           MS. PELL:  Good afternoon, Your Honor.  Ladies and

15   gentlemen of the jury, my name is Stephanie Pell.  I am an

16   attorney with the Department of Justice.  I also represent the

17   United States in this matter.

18           MR. KILLINGER:  May it please the Court.  Good

19   afternoon ladies and gentlemen.  My name is Russell Killinger.

20   I am an Assistant United States Attorney, and I represent the

21   United States.

22           THE COURT:  Thank you, counsel.  You may be seated.

23           Counsel for the defense, please stand.  Starting with

24   Mr. Hassoun.

25           MR. SWARTZ:  Good afternoon, ladies and gentlemen.

1    Good afternoon, Your Honor.  My name is Ken Swartz.  I

2    represent Mr. Hassoun who is standing over here to my right.

3    This is Linda Moreno who is also assisting us, and behind me is

4    Jeanne Baker.

5            MR. BAKER:  Good afternoon, Your Honor.  Jeanne Baker

6    here with Ken Swartz on behalf of Adham Hassoun.

7            THE COURT:  Mr. Jayyousi.

8            MR. SWOR:  Good afternoon, Your Honor.  Good

9    afternoon, ladies and gentlemen.  My name is William Swor along

10   with Marshall Dore Louis and Marjorie Russell.  We have the

11   pleasure and the honor of representing Doctor Kifah Jayyousi.

12           MR. NATALE:  My name is Anthony Natale.  I am from the

13   Federal Public Defender's Office.  I have the pleasure of

14   representing Jose Padilla.

15           DEFENDANT PADILLA:  Hello.

16           MR. NATALE:  With me also from the Federal Public

17   Defender's Office is Orlando do Campo, Michael Caruso and also

18   we have Andrew Patel.

19           THE COURT:  Ladies and gentlemen, we have now reached

20   the second phase of our jury selection.  Before we proceed, I

21   need to ask you a couple more questions.

22           First of all, have any of you read or heard anything

23   about this case since we last met?

24           A JUROR:  My name is Michael Pennycooke.

25           THE COURT:  Where did you read something?

1          A JUROR:  I didn't read.  I just heard it.

2          THE COURT:  Based upon what you heard, would it

3    prevent you from being a fair juror in this case?

4          A JUROR:  No, Your Honor.

5          THE COURT:  Thank you.  Ladies and gentlemen, step

6    back into the jury room please.

7          [The jury venire 1-18 exits the courtroom.]

8          THE COURT:  You may be seated.  Counsel, we can do

9    this informally.  I will start with Mr. Shipley, are you going

10   to be first up for the government?

11         MR. SHIPLEY:  Yes, Your Honor.

12         THE COURT:  Juror number one, Myrtle Sherwood.

13         MR. SHIPLEY:  Accept.

14         MR. NATALE:  Your Honor, we would strike.

15         THE COURT:  The defense strikes juror number one.

16         To the defense, Pauline Thompson Love.  Accept or

17   reject?

18         MR. NATALE:  Accept.

19         THE COURT:  Government?

20         MR. SHIPLEY:  Strike, Your Honor.

21         THE COURT:  Government, Derrick Campbell, accept or

22   reject?

23         MR. SHIPLEY:  Accept, Your Honor.

24         THE COURT:  For the defense, Mr. Campbell, accept or

25   reject?

1        MR. NATALE:  Accept.

2        THE COURT:  Mr. Campbell is our juror number one.

3        To the defense, Yanet Estopinales, accept or reject?

4        MR. NATALE:  Reject.

5        THE COURT:  To the government, Paula Tirado, accept or

6   reject?

7        MR. SHIPLEY:  Accept.

8        MR. NATALE:  Accept.

9        THE COURT:  Ms. Tirado is our juror number two.

10       To the defense, Keith Hughes, accept or reject?

11       MR. NATALE:  Reject.

12       THE COURT:  To the government, Charles Allan Kitchen,

13   accept or reject?

14       MR. SHIPLEY:  Accept, Your Honor.

15       THE COURT:  Defense?

16       MR. NATALE:  Reject.

17       THE COURT:  Defense, Mark Heilman, accept or reject?

18       MR. NATALE:  Reject.

19       THE COURT:  Government, Jennifer O'Farrell?

20       MR. SHIPLEY:  Accept.

21       MR. NATALE:  Accept.

22       THE COURT:  Juror number three is Ms. O'Farrell.

23       Michelle Rossi accept or reject?

24       MR. NATALE:  Accept.

25       MR. SHIPLEY:  Strike.

1        THE COURT:  Government, Martin Decembert, accept or

2  reject?

3        MR. SHIPLEY:  One moment, Your Honor.  We accept.

4        THE COURT:  Martin Decembert, accept or reject?

5        MR. NATALE:  Accept.

6        THE COURT:  Mr. Decembert is our fourth juror.

7        Tina Cure-Hill for the defense, accept or reject?

8        MR. NATALE:  Accept.

9        MR. SHIPLEY:  Strike.

10        THE COURT:  William Henry Sutton.  Government, accept

11  or reject?

12        MR. SHIPLEY:  Accept.

13        THE COURT:  Defense, Mr. Sutton, accept or reject?

14        MR. NATALE:  Reject.

15        THE COURT:  Jose Jorge Arias,

16        MR. NATALE:  Reject.

17        THE COURT:  Government, Yesenia Roman?

18        MR. SHIPLEY:  Strike.

19        THE COURT:  Defense, Ashaunte Jackson?

20        MR. NATALE:  Accept.

21        THE COURT:  Ashaunte Jackson to the government, accept

22  or reject?

23        MR. SHIPLEY:  One moment, Your Honor.

24        We will accept.

25        THE COURT:  Ashaunte Jackson is our juror number five.

 1          Government, Maria Azevedo, accept or reject?

 2          MR. SHIPLEY:  Accept.

 3          THE COURT:  Defense, accept or reject?

 4          MR. NATALE:  Reject.

 5          THE COURT:  Michael Pennycooke?

 6          MR. NATALE:  Reject.

 7          THE COURT:  The last one to exercise is defense.  We

 8  will start with the government when we come back.  The first

 9  round staying is Campbell, Tirado, O'Farrell, Decembert and

10  Jackson.

11          If you could bring them back out please.

12          [Jury venire 1-18 enters the courtroom]

13          THE COURT:  When I call your name, please step into

14  the jury room.  Mr. Campbell, Ms. Tirado, Ms. O'Farrell,

15  Mr. Decemberbert, and Ms. Jackson.  Thank you very much.

16          [Above 5 named jurors retired to the jury room.]

17          THE COURT:  Ladies and gentlemen, thank you very much

18  for your service.  You are free to go.

19          [unselected jury venire exited the courtroom.]

20          THE COURT:  We will start with juror Ojeda who is

21  juror number 19, and we go through to Leanne Lewis who is juror

22  number 36.

23           [The jury venire 19-36 enters the courtroom]

24          THE COURT:  Ladies and gentlemen, since we last met

25  have any of you heard anything about this case?  If you have,

1    raise your hand.

2              A JUROR:  Steve Rawlins.

3              THE COURT:  Based upon what you heard, would it

4    prevent you from being a fair juror in this case?

5              A JUROR:  No.

6              THE COURT:  Thank you very much.  Pass the microphone

7    back based upon what you heard, Ma'am, would it prevent you

8    from being a fair juror?

9              A JUROR:  No.

10             THE COURT:  Thank you very much.  Ladies and

11   gentlemen, you may step into the jury room.

12             [The jury venire 19-36 exits the courtroom]

13             THE COURT:  Mr. Shipley, juror number 19, Mr. Ojeda?

14             MR. SHIPLEY:  Strike.

15             THE COURT:  Defense, Ajisa Osman, accept or reject?

16             MR. NATALE:  Accept.

17             THE COURT:  Government?

18             MR. SHIPLEY:  Strike.

19             MR. LOUIS:  Before members of the jury have been

20   stricken from the previous panel, Ms. Rossi had a connection to

21   a Muslim.  I believe she said that she had a Muslim friend or

22   acquaintances.  Ms. Roman had a friend who is Muslim.

23   Ms. Cure-Hill's father was a member of a nation of Muslim.

24   Ms. Love had a friend who converted to the religion of Muslim.

25             In addition to that, the Your Honor, the government

1   has further shown a pattern as to Muslims, when Mr. Shipley,

2   during the voir dire process, I believe the man's name was

3   Mr. Tachy, Mr. Tachy indicated that he had a bias against the

4   defense in this case.  As opposed to the other hundred and some

5   odd jurors that have been stricken in this case, this is the

6   only person that the government asked to strike for cause.  I

7   remember it very well.

8           Mr. Shipley said to the Court, "Your Honor, who do you

9   have?"  You didn't mention Mr. Tachy.  Then Mr. Shipley said

10  "we have Mr. Tachy as a cause challenge."

11          THE COURT:  If we went back on that, Mr. Louis, there

12  were many times there was one side or the other.  First of all,

13  let me ask this; is this some kind of Batson challenge I am

14  hearing?

15          MR. LOUIS:  Yes, it is, Judge.

16          THE COURT:  The challenge goes to what this juror is,

17  does it not?  Aren't we talking about the race, the ethnicity,

18  the religion of the juror as opposed to people that he or she

19  knows?

20          MR. LOUIS:  Your Honor, yes, it does.

21          THE COURT:  What is your support that a Batson

22  challenge runs with the acquaintances of the juror?

23          MR. LOUIS:  Judge, I am not challenging the person

24  stricken related to the acquaintances, but I do think it is

25  indicative to the government's reasoning in striking Ms. Osman,

1   which this Court is entitled to look at.

2         THE COURT:  That's why they call them peremptories.

3   What I need to know is; is this impermissible use of the

4   government's peremptory.  I am keeping an open mind, the race

5   of the juror, the gender of the juror, the ethnic or national

6   origin of the juror, or the religion of the juror.  Are you

7   making an argument that the government is excusing these jurors

8   based upon any of those grounds?

9         MR. LOUIS:  Your Honor, I am.  Specifically, as to

10  Ms. Osman which is the only strike that I am challenging at

11  this point.  I am saying that the government is excluding

12  Ms. Osman from this panel specifically because she is a Muslim.

13  The reason that I believe it has been established that there is

14  a pattern of this, if you look at the government's activity

15  with its previous strike, now none of those premium Muslims,

16  but they had all connections to Muslims.

17        In fact, Your Honor, if you look at that and go back

18  to it, I believe they have shown a pattern of bias against

19  people that either know Muslims or, in this case, are a Muslim.

20  It goes further back than that, Your Honor.  I would just like

21  to establish a record on this.

22        Your Honor, Broward County, I believe we are going to

23  supplement a record, has a higher percentage of Muslims than in

24  Dade County.  Under the administrative internal operating

25  procedures of this Court, and it's 2.02.00 there is a rule.  If

1   the government chooses to indict a case in Fort Lauderdale, for

2   example --

3       THE COURT:  That's where this case was indicted.  This

4   case was transferred to me on the blind draw when I joined the

5   bench in June of 2004.  This case was originally assigned to a

6   Judge in Broward County, our Chief Judge, Judge Zloch.  The

7   fact that this case is before me is not administratively the

8   government's fault, for lack of a better word.  This case was

9   supposed to have been tried in Broward.

10      MR. LOUIS:  I believe that if the Court looks to the

11  patter of the government's activity and the use of the

12  government's strike, there is a prima facia in a way this point

13  that they are exercising their preemptory challenges in a way

14  that is discriminatory against Ms. Osman as a Muslim, and I

15  would ask the Court to inquire of their race neutral reason for

16  doing that.

17      MR. SHIPLEY:  Your Honor, I have nothing to say other

18  than aside from my personal reaction to the argument that has

19  just been made, there is no legal foundation whatsoever.  I

20  will confess in looking at these notes, even as going through

21  these over the last couple of days, I didn't even think so.

22  The notion that there is any sort of Batson argument premised

23  on what he asserting is completely untrue.  There is absolutely

24  no basis for it and no pattern.  There is simply no basis

25  whatsoever.

1          THE COURT:  Mr. Swor, Ms. Baker, was there another

2     argument?

3          I will admit that in voir dire Ms. Osman admitted that

4     she is a Muslim.

5          MR. SWOR:  The Court asked her if she could follow the

6     Court's instructions, and at every step of the way, every

7     question asked by the Court, she said she could follow the

8     Court's directions.  She is one of only two Muslims in the

9     panel.  All three of the defendants are Muslims.

10          In many cases, in United States versus Joe, 8 F.3d

11     1488 the 10th Circuit said that where they were striking all of

12     the -- the defendant was a native American.  The government

13     struck the only native American from the jury.  And the Court

14     said there was an inference of a discriminatory intent there

15     such that it required a government to come forward with a

16     noninvidious reason and then the Court would consider it.

17          Where Mr. Louis was talking about the pattern, it's

18     the Court can consider the pattern in determining whether or

19     not a prima facia case has been made.  Here, you have now

20     reduced the possibility of having a member of the defendant's

21     peers in the jury by fifty percent.

22          The Eleventh Circuit in United States versus Stewart,

23     where the prosecution challenged minority members of the

24     venire, United States versus Alverado, where the government

25     struck four of the seven members of the venire said there was a

1   prima facia showing of discrimination such that it warranted a

2   response and an analysis by the Court.

3        THE COURT:  For the record, Mr. Shipley, would you

4   give the Court some insight as to your peremptory challenge of

5   Ms. Osman.

6        MR. SHIPLEY:  I would be happy to, Your Honor.  I just

7   want to make sure the record is clear.  There is absolutely

8   nothing remotely close to a pattern here.  Stewart, Ochoa

9   Vazquez, the Eleventh Circuit decision in Central Alabama, 236

10  F.3d 629, made absolutely clear that absent a pattern by the

11  Court, there is no basis to inquire further into the process

12  for the reasons that Your Honor articulated.  This is to base

13  on one juror and the other ideas that they cobbled together

14  wouldn't hold water under any circumstance.

15        For the record, although it is not required for me to

16  do so, or for the United States to do so remotely on the

17  record, I refer the Court to the case of United States versus

18  Hernandez which is 500 U.S. 352, and particularly page 363 of

19  that opinion which talked about the situation where a juror,

20  quote, happened to speak the same language as a key witness in

21  a community where few others spoke that tongue.  The Supreme

22  Court then said; "if it were the explanation that the juror

23  could have undue influence on jury deliberations might be

24  accepted without concern that a racial generalization had come

25  into play."

1          Ms. Osman is the only person in this pool who speaks

2     fluent Arabic and understands and reads fluent Arabic, number

3     one, as the Hernandez case perfectly validates.

4          The second issue, simply for the record, Your Honor,

5     this is an individual who indicates that she gets her news from

6     three renowned terrorist countries, Yemen, Syria and Iron, so

7     that's the source of her information, and her ideas on both of

8     those levels, Your Honor.  But again, I want to make sure the

9     record is clear from my standpoint I am happy to provide the

10    Court those reasons, but there has been no foundation

11    whatsoever under any of those case law.  Thank you, Judge.

12         THE COURT:  Thank you.

13         Mr. Louis, your objection to the excusing of Ms. Osman

14    is denied.

15         Who is up next?

16         MR. CARUSO:  On behalf of Mr. Padilla, we opt in to

17    all objections unless we specifically opt out.

18         MR. SWARTZ:  The same also for Mr. Hassoun, Your

19    Honor.

20         THE COURT:  The defense accepted Ms. Osman and the

21    government rejected.

22         MR. NATALE:  It's government's choice.  Mr. Glenn.

23         MR. SHIPLEY:  Accept.

24         MR. NATALE:  Reject.

25         THE COURT:  To the defense, Arnold Schiller, accept or

1   reject?

2          MR. SHIPLEY:  Now, actually, I do have a record that I

3   want to make clear.

4          THE COURT:  So the next one will be to the government.

5          MR. SHIPLEY:  Right.  Your Honor, the defense has now

6   exercised six strikes against white males.  Six of them.  We

7   are not talking one or two or three.  Six strikes.  In fact, as

8   composed, the jury, right now, not only has any white man, does

9   not even have any Hispanic male.  Six strikes.  That is a

10  pattern under the law.  I think the Court is entitled to seek

11  an explanation including specifically for Mr. Schiller and the

12  prior strikes as well.  Six strikes against white males.  Not a

13  single white male in this jury box at the moment.

14         In fact, Your Honor, there is not a single nonAfrican

15  American white male in the jury box.

16         THE COURT:  Mr. Natale, your reasons for excusing

17  Mr. Schiller?

18         MR. NATALE:  Your Honor, that is juror who expressed

19  knowledge of the Blind Sheikh Rahman and a bias and prejudice

20  against him.  This is one of the people who the government is

21  going to try to tie to our defendants, particularly Doctor

22  Jayyousi.  He is also someone who expressed a belief that he

23  would like to hear from the defendants and that he thought it

24  was very important that the defendants testify in the case.

25         THE COURT:  What about Mr. Adam?

1          MR. NATALE:  Mr. Adam is from the Phillipines.

2          THE COURT:  I was trying to remember why the name.  He

3   changed his name.  He is not a white male.  So the next one we

4   have to go back to is Mr. Sutton.  William Henry Sutton.  He

5   was seated in seat 13.

6          MR. NATALE:  He said that had he unpleasant

7   experiences in the Middle East, because he was asked, and

8   people were asked to pay bribes.  He said that the Blind Sheikh

9   should have been executed.  He believes that supporters are

10  more likely to follow his teachings not just religious but also

11  the criminal and violence of the Sheikh.

12          He made a comment something to the effect that it's

13  hard to forget the rest of society in making a decision as it

14  relates to defendants as to their safety.  He said that several

15  people in his church were affected by the tragedy of 911.

16          THE COURT:  Mr. Heilman?  He was seated in seat number

17  8.  He is the home remodeler.

18          MR. NATALE:  Mr. Heilman says that people who

19  advocates violence or overthrow of a government shouldn't have

20  the right of freedom of speech.  He could not accept the legal

21  principal that even a defense attorney was not required to take

22  action.  This is one of the people who kept saying "I expect

23  the defense attorney to do something and I expect the defense

24  to do something."  And to be quite frank, there is another

25  reason, this is someone who appears intentionally put his

1    financial house in order just to serve on the jury.  I am real

2    nervous when somebody says to me that they put their financial

3    plans on hold to serve on a jury.

4              THE COURT:  So we are penalizing this guy because he

5    basically wants to be a juror?

6              MR. NATALE:  No, we are not, Judge.  No, we're not.  I

7    gave you other reasons.

8              THE COURT:  Listen, Mr. Natale, I believe in the

9    peremptory challenge.  I know there are some judges that think

10   we ought to do away with it.  I am not one of those.  However,

11   it is interesting to me, and one of the reasons most often used

12   as to why we should excuse jurors is the fact that it involves

13   a financial hardship particularly in our lengthy trials.  It

14   really so often limits the pools of the jurors that we can

15   have.  More often public employees, people from large

16   companies, because those are the ones that can bear the

17   financial burden of paying someone their salary while they are

18   on jury service.

19             It is interesting for me to hear where we have a juror

20   who is self-employed, who read the jury notice, recognize that

21   can possibly be on jury service for four to six months and took

22   the necessary financial precautions if his country called upon

23   him to perform this important service.  I meant no disrespect

24   to you because that was one of your factors.  I am just saying

25   it is interesting to me that that is a factor.  Continue

 1  please.

 2          MR. NATALE:  The only reason I bring it up is because

 3  often times people who really want to get on a jury have

 4  another agenda.  My reason is I am concerned, as a peremptory

 5  basis for peremptory challenge, that someone is so adamant

 6  about sitting on this particular case.  This isn't just an

 7  ordinary case.  This is one that has some notoriety.

 8          THE COURT:  We had the hired school teacher from Miami

 9  Gardens who is very active with her sorority, her church, the

10  NAACP.  She said; "I am ready to cancel the NAACP Convention

11  because I think it is important."

12          MR. NATALE:  I understand that.  I think this is

13  someone who had problems with the freedom of speech, the right

14  of people to criticize the government and of people that

15  advocate violence.  The biggest thing, Judge, this is someone

16  that we had to go over and over again.

17          THE COURT:  I believe the defense has put forward, at

18  least at the first blush, race neutral reasons for these

19  particular jurors being excused.

20          Mr. Shipley, your response.

21          MR. SHIPLEY:  Your Honor, as a general matter, the

22  issues that Mr. Natale focused upon, holding aside the

23  particular answer of Mr. Heilman, which I think is plainly

24  transparent, there is a wide swath of jurors in this case who

25  came in and indicated, based on their questionnaire, that they

1  had issues with fairness, be it favorable to the government or

2  defense.  Both of whom were rehabilitated through this process.

3         I am not saying that is still not a legitimate

4  consideration at the end of the day when somebody is exercising

5  a peremptory challenge, but jurors that we have already had in

6  the box had similar statements.  We are going to hear jurors

7  like that.  It is not a coincidence that every nonAfrican

8  American male that the defense has struck falls into that

9  category.  There is not a single one in that jury box now that

10 is not a representative jury of Dade County by any stretch of

11 the imagination.

12        I think the explanation with to Mr. Heilman is a clear

13 indication that this is grasping at straws.  There is a pattern

14 of eliminating nonAfrican American males.  Your Honor skipped

15 one of them, Mr. Arias, who the defense also struck.  We go

16 back to Mr. Heilman.  Mr. Kitchen as well.

17        Your Honor, I think the pattern is clear.  I think

18 this reliance of issues about being fair.  Mr. Schiller plainly

19 indicated he could be fair despite repeated questioning from

20 the defense, otherwise, he wouldn't be here in the first place.

21 That argument with respect to Mr. Heilman, and as Your Honor

22 correctly pointed out by reference to Ms. Thompkins, is clearly

23 not one that I think is plausible and would withstand any kind

24 of preponderance analysis.

25        MR. SWOR:  Fortunately, the judgment isn't

 1   Mr. Shipley's, it is Your Honor's.  If Your Honor would

 2   remember I stood right here the day that man sat in that chair,

 3   and I told the Court, without knowing where he was going to sit

 4   on the jury, what other jurors were going to be here, I told

 5   the Court we were going to exercise a peremptory to strike him.

 6        This is the man who told the Court that if the

 7   defendants did not present a defense, they had no defense, and

 8   they must be guilty.  This is the man who told the Court that

 9   if the defendants did not defend themselves, and there may be

10   some truth to the government's proof, he would assume that if

11   the defendants didn't want to fight it, they must be guilty.

12        The Court had to take some extensive time to try to

13   rehabilitate this man.  I don't know how long I stood here and

14   howled at the moon saying that this man should have been

15   excused for cause.  This was my challenge, and this was my

16   assertion.  This man, we believe cannot be fair; does not

17   adhere to the principals of the constitution of the United

18   States; believes that that the defendants are guilty unless

19   they convince him that they are innocent.  That is the reason

20   for striking this man, and he should stay off the jury.

21        THE COURT:  I am making sure from Mr. Hassoun, you

22   agree with what has been put forth on Mr. Schiller?

23        MR. SWARTZ:  We do, Your Honor.

24        THE COURT:  I'm how long the Schiller strike to stand.

25   I have to say that one of reasons why, as I recall, that the

 1  defense asked, or was encouraged, when they heard that the jury

 2  was going to be reshuffled was to make sure that our jury pool

 3  would be sent up randomly diverse.  I am hoping that our 18

 4  member panel will be randomly diverse as well.

 5          We are with the government to Lillie Mae Downs,

 6  Mr. Shipley?

 7          MR. SHIPLEY:  Strike, Your Honor.

 8          THE COURT:  Defense, Marcio Macedo, juror number 24,

 9  accept or reject?

10          MR. NATALE:  Accept.

11          THE COURT:  Marcio Macedo, accept or reject?

12          MR. SHIPLEY:  Accept, Your Honor.

13          THE COURT:  Mr. Macedo is our juror number six.

14          Mr. Shipley, Isador Vazquez?

15          MR. SHIPLEY:  Accept.

16          THE COURT:  Isador Vazquez.

17          MR. NATALE:  Strike, Your Honor.

18          MR. SHIPLEY:  For the record, I am going to renew the

19  Batson challenge I made on the same grounds.  It's a nonAfrican

20  American male.

21          MR. NATALE:  She is a female, Your Honor.

22          THE COURT:  No, the next one is Diane Gay.  Diane Gay

23  goes to the government.

24          MR. SHIPLEY:  We just did Vazquez.  The defense is on

25  Ms. O'Quinn.

1          MR. NATALE:  We will strike.

2          THE COURT:  Mr. Shipley, Theresa McFadden?

3          MR. SHIPLEY:  Strike.

4          MR. LOUIS:  Judge, this is, I believe, the fourth

5    Black female that the government has stricken.  I would like to

6    provide some numbers to Your Honor.

7          Judge, on this panel, of the Black females in voir

8    dire, in addition to the pattern that is already coming clear,

9    36 percent of the black females during voir dire, the

10   government asked for follow-up question on.  Nine percent of

11   them.  These are the jurors that are actually on the panel.

12         I would just ask for the Court's indulgence.  Nine

13   percent of them were challenged for cause by the government.

14   Twenty-three percent of the Black males were challenged by

15   cause by the government.  Zero percent of the Hispanics and

16   whites on this jury were challenged for cause by the

17   government.  There is a much lower percentage of following the

18   questioning by the government when you look at those and you

19   separate them out for race.  This is the fourth Black female

20   stricken.  I believe that establishes a pattern.

21         MR. SWOR:  Ms. Osman is an African American female as

22   well.

23         MR. LOUIS:  The fifth.

24         MR. SHIPLEY:  Your Honor, by way of response, there

25   have been four African American jurors accepted by the United

1    States, one of whom that the defense struck, three that are in

2    the jury.

3            THE COURT:  Who did you accept, Mr. Shipley?

4            MR. SHIPLEY:  We accepted -- let me get my list.

5    Ms. Sherwood, we accepted Ms. Sherwood.  Defense struck her.

6    We accepted Mr. Campbell.  Defense struck Mr. Hughes, who was

7    the next African American.  That's two defense strikes on

8    African Americans.  We accepted Mr. Decembert.  We struck

9    Ms. Cure-Hill and accepted Ms. Jackson.  We have exercised four

10   strikes against African Americans.  They have exercised two.

11   There is no pattern.

12           I would like to complete the record with regard to

13   McFadden.  If you go back, it was Mr. Louis and Mr. Swor who

14   wanted her off for cause.  Stating on page 183, quote, I

15   believe she clearly could not comprehend what was going on in

16   court.  To have that as the basis of the Batson challenge being

17   made by Mr. Swor and Mr. Louis, I find particularly unworthy of

18   belief.

19           THE COURT:  No pattern found as of yet.  I am going to

20   28 which should be Steve Rawlins.

21           MR. SHIPLEY:  Defense is on Mr. Rawlins.

22           THE COURT:  Steve Arnold Rawlins for the defense.

23           MR. NATALE:  Strike.

24           MR. LOUIS:  Your Honor, Vazquez questions and O'Quinn.

25           MR. NATALE:  I'm sorry.

1        THE COURT:  O'Quinn was stricken.  McFadden was

2   stricken.

3        MR. NATALE:  We are now on 28, Rawlins.

4        THE COURT:  I believe it's with the defense.

5        MR. NATALE:  It is.  It is.

6        THE COURT:  Are you accepting or rejecting?

7        MR. NATALE:  We are rejecting.

8        MR. SHIPLEY:  Your Honor, this is another White male.

9   What more of a pattern?

10        THE COURT:  Basis for excuse?

11        MR. NATALE:  This person was a mental health

12   professional who said that he monitored the competency hearing

13   of Mr. Padilla.  He was aware of the competency issue.  Also

14   this is a person who on question 59, 57 and 54 expressly said

15   that in cases involving Muslims, people of Arabic descent who

16   are accused, just accused of any criminal act that might be

17   considered terrorists, we have a bias against them.

18        We think that this is someone who we feel should have

19   gone for cause even though they may have been rehabilitated.

20   This is someone who starts off in his questionnaire and says he

21   has got a bias against him.  We don't want him, and we don't

22   want someone who is going to be evaluating my client's

23   competency after he heard about it.

24        Judge, one other matter, this is a juror that clearly

25   shows that he cannot follow your instructions.  This is a juror

1   who you have told with all of the jurors, on more than one

2   occasion, don't look at anything; keep away from everything;

3   don't review anything; don't hear anything.  Ninety percent of

4   the people seemed to follow it except for him.  I am concerned,

5   if he hasn't followed your admonitions up to this point, how

6   can you, or I, or anyone believe he is going to do it in the

7   future?  You can't say it any louder or any longer than you

8   already have.

9           MR. BAKER:  I just want to add a comment.  It is a

10  general one.  The defense raised cause challenges for many

11  jurors that the Court did not grant.  In not granting those,

12  the Court, a number of times, made the comment that's what you

13  have your peremptories for.  When we read a questionnaire that

14  says somebody is bias, and the Court goes through the

15  rehabilitation process and denies a for cause challenge, we

16  understand that is literally accepted in advance that that's

17  what we are going to use our peremptories on.  That's the type

18  of person we are going to use our peremptories on.  I wanted to

19  make that as a generic comment with respect to virtually all

20  the peremptories that we are exercising.

21          THE COURT:  Thank you, Ms. Baker.

22          Mr. Rawlins is excused.

23          Mr. Shipley, juror number 29, Ms. Heredia?

24          MR. SHIPLEY:  Accept.

25          MR. NATALE:  We accept.

1          THE COURT:  That is juror number 7.

2          Ms. Vidal?

3          MR. NATALE:  We will strike.

4          THE COURT:  Mr. Shipley, Mr. Nesmith?

5          MR. SHIPLEY:  Strike.

6          MR. NATALE:  Your Honor, that's another African

7  American male.

8          MR. SHIPLEY:  For the record, this is also the

9  individual with the medical condition and his associated

10  concerns about trial.

11          THE COURT:  I remember that you asked the Court to

12  excuse him for cause and I didn't at the time.

13          Mr. Natale, Mr. Moses Thaggard?

14          MR. NATALE:  We accept Mr. Thaggard.

15          MR. SHIPLEY:  Strike, Your Honor.

16          THE COURT:  Basis Mr. Shipley?

17          MR. SHIPLEY:  Your Honor, there are at least three

18  grounds.  This is an individual in questioning indicated beyond

19  other jurors that even if wiretap is legal he still said "I

20  don't like it."  This is a measure beyond other jurors in the

21  box.

22          Secondly, this is an individual who indicated that not

23  just innocent people may get convicted in the system that,

24  quote, a lot of times, end quote, in his view, that persons who

25  are not guilty are convicted.

1    Finally, Your Honor, this is the individual whose son

2 worked at the Pentagon at the time of 911 and still indicated

3 that he had no idea regarding that incident.  Many jurors

4 certainly indicated some confusion about 911, but to have a son

5 who was actually working at the Pentagon at the time and who

6 offered that as an explanation.

7    THE COURT:  You believe that shows lacks of candor?

8    MR. SHIPLEY:  I think it raises a request about either

9 his candor or his engagement and awareness of the world around

10 him, which I think is also a legitimate consideration.  This is

11 an individual which, I think, although I will check my notes

12 whether we sought cause at the time, but for all three of those

13 reasons, and they are unique to him, that is a challenge that

14 we are making peremptory.

15    THE COURT:  Mr. Swartz?

16    MR. SWARTZ:  As to his opinion on the incident

17 involving 911, he only said he had no opinion.  He didn't know

18 he who did it.  He didn't say anything about not being

19 interested in it.

20    THE COURT:  Almost every juror that we made that

21 inquiry, we asked, we are not asking in an empirical way, do

22 you have any kind of an opinion, and he stuck with that answer.

23    Wait a minute, I have to say that it is interesting,

24 everybody is entitled to what they want to do with their life,

25 but here is someone who had someone who was physically present

1  at the one of the scenes of the attack and had no opinion about

2  it.

3          MR. SWARTZ:  His son.

4          THE COURT:  No, I said someone close to him would say

5  physically there.  I know he wasn't.

6          MR. SWARTZ:  Judge, like a lot of people who, I mean,

7  everyone was affected in some way shape or form.  Even if he

8  has a son there, it doesn't mean that he has to have an opinion

9  that accepts what is common to us and to the government.

10         THE COURT:  I agree.  We had the juror that thought

11  the engineers were at thought.  We didn't ask that their

12  opinion agree with ours.  We only asked them if they had an

13  opinion.  He said he had none.

14         MR. SWARTZ:  We shouldn't fault him or find him less

15  worthy of a juror for that reason.  The pattern here is

16  obvious.  They are not picking that reason for anyone else.

17  This is, obviously, a sham to come up with that opinion because

18  he is not unique.  He is not unique from anybody else.

19         In addition, his son served in Desert Storm.  Has seen

20  combat there.  His son was in the Navy.  Obviously, his son

21  served his country.  He has got no bias against the government.

22  He has got no obvious bias other than the fact that the

23  government is looking here to knock off Black male jurors who

24  they have faulted us for striking or for allowing Black jurors

25  to stay on and here we have a trend where they are trying to

39

1   strike Black jurors.  They have consistently struck female

2   Black jurors.  Two black jurors back to back, Mr. Nesmith and

3   now Mr. Thaggard.  I has to be a higher scrutiny.  They have

4   struck the only Egyptian woman, and now they are going after

5   Black males and in some instances black females.

6           THE COURT:  Mr. Campbell is African American?

7           MR. SHIPLEY:  Yes, Your Honor.  We accepted

8   Ms. Sherwood and Ms. Jackson.  Your Honor, again, we have a

9   jury that, by my count, has three African Americans.  We have

10  one nonAfrican American male of which nine strikes has been

11  exercised by the defense.  There is no basis for pattern, but I

12  am happy to articulate the reasons and I have done that.

13          THE COURT:  Mr. Thaggard is excused.

14          We are going to the government side.  Terri Klucar.

15          MR. SHIPLEY:  Accept.

16          MR. NATALE:  Reject, Your Honor.

17          THE COURT:  Jorge Lopez?

18          MR. NATALE:  We accept.

19          MR. SHIPLEY:  Strike.

20          THE COURT:  Elizabeth Meneses.

21          MR. SHIPLEY:  Accept.

22          MR. NATALE:  Strike, Your Honor.

23          THE COURT:  To the defense, Lee Ann Lewis.

24          MR. NATALE:  Strike, Your Honor.

25          THE COURT:  I have juror number 6 as Macedo, juror

1    number 7 as Heredia, and that's it.

2              Call the jurors in.

3         [The jury venire 19 - 36 returns to the courtroom]

4         THE COURT:  Please be seated, ladies and gentlemen.

5    When I call your name, please step into the jury room.  Marcio

6    Macedo, please step into the jury room.  Yanet Heredia, please

7    step into the jury room.

8              Ladies and gentlemen, thank you for your service.  You

9    are free to return home.

10        [The uncalled jury venire exits the courtroom]

11        THE COURT:  Our next round starts with Ms. Shoats,

12   juror number 37.  For the record, the prosecution has used 11

13   challenges and the defense has used 18.

14             [The jury venire enters the courtroom]

15        THE COURT:  Thank you, ladies and gentlemen.  You may

16   be seated.  Good afternoon, ladies and gentlemen, we are onto

17   our second phase now.  Since we last met, have any of you read

18   or heard anything else about this case?  If so, please raise

19   your hand.

20             We will go into the back row.  Sir, without telling us

21   what you read, would that prevent you from being a fair and

22   impartial juror in this case?

23        A JUROR:  Yes, Ma'am, I believe it would.

24        THE COURT:  Thank you.  Pass the microphone down.

25   Sir, you have read something else about this case?

1          A JUROR:  Yes.

2          THE COURT:  Without telling us what you read, would it

3     prevent you from being a fair or impartial juror in this case?

4          A JUROR:  Yes.

5          THE COURT:  Thank you very much.  I ask the jurors to

6     step into the jury room.  Could you please ask Mr. McNamara to

7     come back out here please.

8          THE COURT:  Mr. McNamara, you just said that you read

9     something about this case or heard something about the case.

10          A JUROR:  Yes, Ma'am.  One of the gentleman that I

11     work with inadvertently brought it up on the Internet and

12     started talking about it before I could stop him.

13          THE COURT:  You didn't walk away?

14          A JUROR:  Yes, Ma'am, I did.  I stopped him

15          THE COURT:  And based upon that, you don't think you

16     can be fair?

17          A JUROR:  Yes, Ma'am.

18          THE COURT:  Why is that?

19          A JUROR:  Because of what he read in the room.

20          THE COURT:  Were you being held captive?

21          A JUROR:  No, I stopped him from speaking and told him

22     I couldn't listen to anything else, and he did that.

23          THE COURT:  How long was this going on?

24          A JUROR:  Not that long.  There was an article in the

25     newspaper yesterday.  Can I say what the heard?

1          THE COURT:  Yes.

2          A JUROR:  That the jurors would not hear the most

3    serious allegations again Mr. Padilla, that it would compromise

4    the government's position.

5          THE COURT:  Now, when we last met, sir, you were told

6    that you weren't supposed to talk about this case with anyone.

7    You weren't supposed to listen to anybody about this case.

8          A JUROR:  He pulled it up on the Internet.  I didn't

9    realize what he was doing.  My back was to him.  I don't even

10   think that he knew I was involved in the case.  In fact, I know

11   didn't.  It was the first thing in the morning when we got to

12   work.

13         THE COURT:  Thank you very much, sir.  You may step

14   outside and not go through the jury room.  Just have a seat

15   outside, sir.

16         [Juror exited the court room.]

17         THE COURT:  Mr. Seon Lewis.

18              [Juror enters the courtroom.]

19         THE COURT:  Mr. Lewis, since we left, you read

20   something about the case or heard something on the case?

21         A JUROR:  Yes, on the radio.  I tried to avoid it.

22         THE COURT:  Your radio, did the off button not work?

23         A JUROR:  Yes, it did.  But I cannot determine what

24   comes on, if I am listening to music or what it interprets.  I

25   could not control it.

```
 1              THE COURT:  What happened?

 2              A JUROR:  No, the case was mentioned.  You asked if I

 3    heard something.

 4              THE COURT:  What I want to know is, based upon what

 5    you heard, would it prevent you from being a fair juror in this

 6    case?

 7              A JUROR:  As I said before, what I have heard before

 8    and since I was here.

 9              THE COURT:  So you heard more stuff since you were

10    here?

11              A JUROR:  No, just the normal things pertaining to the

12    case and I immediately turned off.  To go into details, I

13    haven't listened or heard details of anything.

14              THE COURT:  That's what I want to know, sir.  You

15    heard things about this case, correct?

16              A JUROR:  Yes.

17              THE COURT:  What have you done when you heard things

18    about this case?

19              A JUROR:  Turned it off.

20              THE COURT:  When it came up on the radio, once you

21    realized they were saying something about this case, you did

22    what?

23              A JUROR:  I turn it off.

24              THE COURT:  Based upon what you did here, would it

25    prevent you from being fair to the defendants in this case?
```

```
 1              A JUROR:  No.

 2              THE COURT:  Would you be able to keep an open mind and

 3  decide this case based on the evidence?

 4              A JUROR:  Yes.

 5              THE COURT:  Thank you very much, Mr. Lewis.  You may

 6  step back into the jury room.  Please do not discuss what we

 7  discussed here today with any of the other jurors.

 8              Just one moment.  Would you be able to be fair to both

 9  sides in this case?  The United States as well as the

10  defendants?

11              A JUROR:  Yes.

12              THE COURT:  You would be able to keep an open mind and

13  listen to the evidence for both sides in this case?

14              A JUROR:  Yes, I think yes.

15              THE COURT:  Would you be able to follow my

16  instructions?

17              A JUROR:  Yes.

18              THE COURT:  If I instruct you for the rest of this

19  trial you are not to listen to the radio about this case, read

20  about it on the Internet or read about it on the Internet,

21  would you be able to do that, sir?

22              A JUROR:  I will make an effort to do so.  I cannot

23  promise you that it will not happen.

24              THE COURT:  For example, if it comes on the radio what

25  are you going do?
```

```
 1              A JUROR:  Turn it off.

 2              THE COURT:  If somebody tries to talk to you about

 3   this case what are you going to do?

 4              A JUROR:  I will tell them that I am not going to

 5   discuss the case.

 6              THE COURT:  If it comes up in your living room when it

 7   comes up on the television, what are you going to do?

 8              A JUROR:  I will ask my wife or kids to turn it off,

 9   that's if they listen to me.

10              THE COURT:  Thank you very much, sir.  Return to the

11   jury room.  Please do not discuss what we have discussed with

12   any of the other jurors.

13                   [Juror exits the courtroom.]

14              THE COURT:  We are going to start with Ms. Shoats.

15              MR. SHIPLEY:  Strike, Your Honor.

16              MR. LOUIS:  Your Honor.

17              THE COURT:  Basis?

18              MR. SHIPLEY:  She was arrested for cocaine possession,

19   number one, which is the Eleventh Circuit has clearly

20   recognized in United States verse Houston very recently, 456

21   F.3d 1328, as a reasonably specific and neutral explanation for

22   a prosecutor's exercise of peremptory strikes.

23              In addition, this juror was the one who initially

24   indicated on her questionnaire regarding how badly Mr. Padilla

25   had been treated.  Then when she came in court she had first
```

1  said that she had never heard about Mr. Padilla.  Then on page

2  28 and 29 of the transcript she said that she didn't pay any

3  attention to anything.  So there is a question about her

4  forthrightness, but on both of those grounds, Your Honor.

5          I am happy to provide the Court reasons, but I want to

6  make clear where the record is.  We have a jury with seven

7  individuals of whom there are three African Americans at this

8  point, a percentage higher than the proportion than is in the

9  panel today, which is about 37 percent.  I strongly disagree

10 with any pattern, but I am happy to complete the record, Your

11 Honor.

12          THE COURT:  Thank you, Mr. Shipley.

13          MR. SWARTZ:  Your Honor, can we respond?

14          THE COURT:  Corey Lavon Stevens, accept or reject?

15          MR. NATALE:  Accept.  MR. SHIPLEY:  Accept.

16          THE COURT:  That is juror number 8.

17          Jose Escobar, Mr. Shipley?

18          MR. SHIPLEY:  Accept.

19          THE COURT:  Jose Escobar, defense?

20          MR. NATALE:  Strike.

21          MR. SHIPLEY:  Your Honor, I hate to make this a game

22 of ping-pong the contrast, we have four African American

23 jurors.  You hear the defense standing up claiming pattern.  We

24 have one nonAfrican American males.  We have no White males.

25 That is not representative Judge, that is a clear pattern.  It

1  falls into the question what we have left going on.  If their

2  standard is having four --

3      THE COURT:  We have Mr. McNamara and his own behavior

4  ignoring an order of the Court.  I can't put that on the

5  defense.

6      MR. SHIPLEY:  For the record, the defense strikes,

7  having included eight Whites, seven Hispanics and Mr. Adam as

8  well.  That's sixteen out of their nineteen strikes.  Okay,

9  this is not a representative jury.  I think at some point Your

10  Honor respectfully needs to push a little further on some of

11  the reasons given, including going back to reasons such as

12  articulated with Mr. Heilman.  There is no way to say that this

13  jury, at this point, is a representative one.  Thank you,

14  Judge.

15      THE COURT:  The reasons for Mr. Escobar, please,

16  Mr. Natale?

17      MR. NATALE:  Your Honor, first of all, Mr. Escobar

18  stated in question 57 and throughout his questionnaire he

19  believed that Muslims were more violent than any other people.

20  On question 99 he said that he was affected profoundly by 911,

21  and that he also has a brother who was a marine in Kosovo,

22  someone who has had military service.

23      THE COURT:  What about when he came in?  We had a

24  number of jurors who expressed being affected by 911, and when

25  I asked if they he could be fair and impartial said they could.

1          MR. NATALE:  That only gets them to cause.  Not to our

2    peremptory.  For example, there are people that link

3    Mr. Padilla with the Dirty Bomber.  It hasn't come up yet, but

4    that's a reason why we will not like certain people.

5          THE COURT:  What is the reason that you don't like

6    him?

7          MR. NATALE:  Because he says that Muslims are more

8    inclined to be violent.

9          THE COURT:  If that answer stood, Mr. Natale, he

10   wouldn't be here.  That would have been a cause challenge for

11   somebody who said they understood it.  They believed it.  No

12   matter what we said, that's what they thought.  That was a for

13   cause challenge that I allowed.

14         MR. NATALE:  Yeah, but, Judge, that means that every

15   time we move for a for cause challenge and you said it wasn't a

16   cause challenge, we can't exercise a peremptory?

17         THE COURT:  No, I am not saying that.  What I am

18   asking you as to this particular juror.

19         MR. NATALE:  As to this particular juror, we feel that

20   he is someone who has expressly considered the fact that he has

21   to put aside the fact that he believes these people are more

22   violent than anyone.  This isn't a white collar crime.  This is

23   allegations of a crime of violence.  He is starting off in that

24   position.  Regardless of what he said, he may have said

25   something that didn't point to for cause, but that's a

1    legitimate basis for us not to want him.

2            Also, as I said, he said that he was personally

3    affected to a great degree by 911 and that he has somebody who

4    is in the Marines in Kosovo.  A brother I believe.

5            THE COURT:  We have a number of jurors who had people

6    in the military.

7            MR. NATALE:  But in combination, Judge, those are our

8    reasons.  If we are going to do that, I have to give you race

9    neutral.  This is a Hispanic male.  This is something that has

10   nothing to do, the only reason why they are bringing it up is

11   because they think there is a connection.  They can't refute

12   when they come up and they tell you that they got rid of

13   someone for some other reason because they think he was sick,

14   or they think that he was this, how is that any less or more

15   valid than what we are saying here?

16           THE COURT:  I am not saying it is invalid, but

17   Mr. Natale, I think that the case law directs; one, that the

18   inquiry be made.

19           Two, that the pattern comes over the period of the

20   selection process, that it would have been inappropriate, I

21   believe, to even be having this conversation after juror one or

22   two strikes.

23           The reason why Mr. Shipley is standing and the reason

24   why he has made an objection is he believes it is a pattern.

25           MR. NATALE:  Your Honor, it can't be a pattern because

1    we accepted Mr. Macedo.

2              THE COURT:  On the name ground having excused

3    Mr. Schiller.

4              MR. NATALE:  Your Honor, he is Hispanic.  If he is

5    saying that we are striking Hispanic males --

6              THE COURT:  He is saying that you are striking

7    nonAfrican American males

8              MR. SWOR:  That's not a protected category.

9              MR. NATALE:  One, it's not a protected class that they

10   are saying; and two, we have Mr. Macedo, who is a nonAfrican

11   American male on the jury.

12             THE COURT:  I think what Mr. Natale is saying,

13   Mr. Shipley, is the fact that somebody is not, is not the

14   protected category.  The protected category is the race, as I

15   mentioned before, of what the person actually is.

16             MR. SHIPLEY:  Two responses, then I want to address

17   something specifically.  Your Honor, the essence of Batson is

18   our peremptory strikes being exercised for racial reasons.  We

19   use protective classes, as we do under equal protection law, as

20   a shored hand to get to that.  My argument is these are

21   peremptory strikes that are being raised in a racially

22   discriminatory manner.

23             I find it remarkable when the defense stands up, when

24   Your Honor has laid out to crystallize Mr. Natale's argument;

25   well, there is one Hispanic male on the jury.  Yet, they stand

1  up, and you heard them repeatedly, about African American

2  jurors, when there are four of them in that box.

3        I want to make sure the Court is clear on what the

4  testimony is regarding 911.  From my standpoint, anybody who

5  wouldn't have been affected by 911 who heard about the events

6  and was aware of it would be a surprising thing.  That's not a

7  valid consideration, I propose, against the backdrop of what

8  the jury looks like at the moment for a strike.

9        As to a question regarding potential bias against

10 people who are Muslim and Palestinians, I want to refer the

11 Court to page 119 of the transcript.  This is the exchange that

12 went on.

13        The Court:  Do you believe that people who are

14        Muslims, Palestinian, Egyptian, Lebanese or Arab are more

15        violent than any other groups?

16        Answer:  No, I don't believe that.

17        The Court:  In your answer to question 57 you say,

18        quote, events that occurred in the past, mostly in the

19        Middle East, end quote, made you think they were.  That is

20        a different answer from what you gave today.  Why is that?

21        A Juror:  I don't exactly recall the question on the

22        questionnaire.

23        The Court:  I will read the question again and your

24        answer.

25        The Court proceeds to read the question again and the

1   answer

2          A Juror:  Well, I felt at the time maybe I was calling

3      on whatever I had learned in school history and the events

4      in the past.  I might have answered that question with the

5      knowledge I have.

6          The Court:  Do you believe that as the defendants sit

7      here today, some of whom are Arabic or Arabic decent that

8      they are more likely to commit more crimes?

9          A Juror:  No, I don't believe that they should be here

10     to say they have already committed a crime by being here.

11         The Court:  Do you believe that Islam endorses

12     violence more than any other religion?

13         The answer is no.

14         My argument, Your Honor, with respect to that, I am

15 not, again, saying there are not individuals whose bias may not

16 have be clear even though they were rehabilitated in the end.

17 I think when the Court considered that answer in the record,

18 and his explanation of why he wrote what he did on the

19 questionnaire, looks to the box that we have and sees the

20 disproportion of what is going on and the argument made

21 regarding 911 which I think is facially not a credible one,

22 especially where the defense has gone on to such great lengths

23 to exclude any references to 911, I don't think that passes the

24 test of credibility.

25         We are not getting a representative jury, and I think

1    this strike perfectly illustrates what is going on.  Thank you,

2    Judge.

3            MR. NATALE:  Your Honor, as it relates, the government

4    has struck an African American male.  One of the reasons why

5    they said they struck him was because he didn't express enough

6    concern in their mind about 911.  If that was a race neutral

7    reason I think, likewise, there is no basis for you to say when

8    I say that's the reason --

9            THE COURT:  What is the tipping point, Mr. Natale?

10   What is the tipping point for you and what is the tipping point

11   for Mr. Shipley?

12           MR. NATALE:  I think the tipping point is the way it

13   is in every one of these cases.  We have to give you, both

14   sides have to give you factors, a combination of factors.  One

15   factor or a combination of factors that says, Judge, here is

16   why we are doing it.  We are not doing it for any impermissible

17   reason.  This is our legitimate reason.

18           THE COURT:  Based upon each of your reasons, a certain

19   ethnicity is not represented on this jury, is that of no

20   moment?

21           MR. NATALE:  Your Honor, there are tons of cases where

22   African Americans have had all white jurors and they have said

23   you know, that's just the way it goes.  I think you have to

24   look at this panel and say this is what we have to choose from.

25   This is what, after our selection process we have to choose

1   from.  If this is what we have to choose from, and if they were

2   all African Americans, after our process they were all African

3   Americans, would we be able to say that they are striking an

4   African American when the whole panel is African American?  No.

5          He can't complain about this panel that we're picking

6   from.  We can't complain about this panel.  This is the panel

7   we got by doing a fair process.  Unless you are going to say

8   that the process we engaged in --

9          THE COURT:  No, I am not saying that at all.

10          MR. NATALE:  Then when we are striking people from

11   this panel, and we give you the reasons why we are striking

12   them, the fact of their particular gender or their race only

13   comes into consideration if our reasons are specious, if there

14   is no valid basis for them.  That is what we are talking about.

15          When the government says; we only have so many this or

16   so many that, you got to realize this panel is what we have

17   called out to choose from.  If they are going to say there is

18   some disproportionate basis in the panel that we have to choose

19   from, then let him say that and let them say that everything

20   that we did was a waste of time.

21          MR. SHIPLEY:  Your Honor, just to complete the record.

22          THE COURT:  One at a time.

23          MR. SHIPLEY:  There is a clear disconnect between who

24   is going in that box and the jurors coming through.  There is

25   no argument about the Court's process of going through this

1    panel.  That's the problem that is going on here.  Your Honor,

2    I think you are at that tipping point.  I think the absence of

3    jurors in that situation should make you question more closely

4    these reasons and try to assess is that really what is going on

5    here?  Is that really the reason?  Again, I think the record is

6    clear when you go back and see the entire reasons that were

7    stated particularly Mr. Heilman.  These are not reasons on this

8    record with Mr. Escobar regarding bias.  I'm not saying that is

9    never a legitimate issue, but when you look at this transcript

10   to say that's a legitimate basis for this strike, I don't

11   believe is appropriate.

12           MR. SWARTZ:  Your Honor, I think Mr. Shipley has got

13   this upside down.

14           THE COURT:  He might say the same thing about your

15   challenges to him.

16           MR. SWARTZ:  To say that the basis of the standard is

17   what goes into the box, it's what our challenges are and

18   whether we have an ethnic free or racial free or religious free

19   basis for making the challenge that we have, Your Honor.

20           THE COURT:  Regardless of result, I want to make sure

21   I am understanding you, regardless of result, as long as there

22   was a race neutral reason for excusing the juror or exercising

23   the peremptory challenge, then it's okay?  Regardless of the

24   result?

25           MR. NATALE:  Yes.

1          MR. SHIPLEY:  Your Honor, I want to call the Court's

2    attention back to Central Alabama, which is one of the leading

3    Eleventh Circuit cases on this issue.  It is a Judge Marcus

4    opinion from 2001, 236 F.3d at 638 I am talking specifically.

5          Quote, an inference of discrimination based on the

6              number of jurors of a particular race may arise when there

7              is a substantial disparity between a percentage of jurors

8              of one way struck and the percentage of their

9              representation on the jury.

10         That is absolutely a valid consideration.  Not only in

11   the big picture, Your Honor, but it informs your analysis of

12   these reasons being offered.  Ultimately, this is about Your

13   Honor making a finding.  What is the basis of this strike?  Is

14   this something impermissible or is it something permissible.

15   It's a fact that Your Honor has to find.  That is how the

16   composition of the pattern matters.  I think it informs Your

17   Honor's consideration.  I refer you back to the transcript.  I

18   stand on the record as I have made it.

19         MR. SWARTZ:  Your Honor, what I was trying to say, I

20   want to establish for the record the reason why we were

21   striking Mr. Escobar, and I will let Mr. Swor say his piece on

22   this legal issue, but I wanted to say that.  I will defer to

23   Mr. Swor at this time because I think he has something that he

24   wants to say.

25         THE COURT:  Mr. Swor?

1          MR. SWOR:  Your Honor, the objection has to be

2  specific, that the person being removed from the jury room is a

3  member of a constitutionally cognizable group from the venire,

4  that the fact and relevant circumstances that raise an

5  inference that opposing parties excluded the individuals from

6  the venire based on the membership of a constitutionally

7  protected group.

8          THE COURT:  So Mr. Shipley's argument to the defense

9  would be the constitutionally protected group is a white man.

10          MR. SWOR:  That is not what he is saying.

11          MR. SHIPLEY:  It is both.

12          THE COURT:  One at a time.  Is that correct or

13  incorrect?

14          MR. SHIPLEY:  It is half of it, Your Honor.

15          THE COURT:  I will take that half.  I will let

16  Mr. Swor finish and I will let you get his half.

17          MR. SWOR:  Let him finish and then we can talk about

18  it.  If he is saying only part of it is that it is a

19  constitutionally protected group, and the other part of the

20  objection is something else, the two have to be considered --

21          THE COURT:  Mr. Shipley?

22          MR. SHIPLEY:  It is gender and race based on his being

23  a male and his being Hispanic, both.

24          MR. SWOR:  See, now you got a different answer.

25          MR. SHIPLEY:  That's what I said consistently,

1    Mr. Swor.

2              THE COURT:  One at a time.

3              MR. SWOR:  Hispanic and White, as we know from our

4    questionnaires, is not necessarily the same group.  When he was

5    talking about Mr. Heilman he was talking about White.  When he

6    is talking about Mr. Escobar, now he is talking about Hispanic.

7    He is throwing it all out there, and he is muddying the waters.

8    If he is really saying nonAfrican American, then let him say

9    nonAfrican American.

10             THE COURT:  I don't believe nonAfrican American is a

11   protected class

12             MR. SWOR:  It is not a protected class.

13             MR. SHIPLEY:  It does go to what my earlier point was;

14   ultimately, what is this about.  Protective classes is the

15   mechanism that we use under due process and equal protection

16   analysis to get to this finding of intentional discrimination.

17   That is what all of these examples put together show.

18             This is not an accident, Your Honor, that this jury

19   looks this way.  I think all the arguments that you heard from

20   the defense side the venomous with which they have argued the

21   African American composition when we have four African American

22   jurors and they stand up and say; well, there's Mr. Macedo in

23   the jury, well, that's enough to cure it.

24             Judge, that in and of itself rings hollow in terms of

25   what is going on here.  Ultimately, that is what Your Honor

1  does, making a finding about is this a constitutionally

2  admissible strike.  Is there a motive here that is not what the

3  constitution will sanction.

4           MR. SWOR:  The first thing that the Court has to find

5  is that the objecting party has raised an objection regarding a

6  constitutionally protected group.

7           THE COURT:  Mr. Swor.  What is the reason,

8  Mr. Shipley, why you are objecting to the defense's exercising

9  a challenge for Mr. Escobar so I can make sure the record is

10 clean?

11          MR. SHIPLEY:  It is based both on his Hispanic race

12 and his sex, male.

13          THE COURT:  You are objecting to the fact that the

14 defense has excused Mr. Escobar who is a Hispanic male?

15          MR. SHIPLEY:  That is correct.

16          THE COURT:  Who excused Mr. Lopez, Ivan?

17          COURTROOM DEPUTY:  Government.

18          THE COURT:  Who excused Mr. Vasquez?

19          MR. SHIPLEY:  Defense.

20          MR. SWOR:  We also excused Mr. Hughes who was a Black

21 --

22          THE COURT:  Wait, wait, wait.

23          Who excused Mr. Arias?

24          MR. SHIPLEY:  Defense.

25          THE COURT:  Who excused Mr. Ojeda?

```
 1          MR. SHIPLEY:  Government.

 2          THE COURT:  Based upon the Hispanic male, it's equal.

 3          MR. SWARTZ:  There is one Hispanic male on the jury.

 4  Mr. Macedo.

 5          THE COURT:  We are moving on.  Mr. Escobar stays

 6  excused.  He stays excused.  We should be on David Garcia.

 7          MR. SHIPLEY:  It is defense.

 8          MR. SWARTZ:  Number 40.  He is the bottom of the

 9  second page.

10          MR. NATALE:  Your Honor, it's our turn.

11          We strike Mr. Garcia.

12          MR. SHIPLEY:  Your Honor, same objection.  Your Honor

13  just indicated it wasn't equal.  It was three defense, two just

14  on Hispanic males.  When you couple, my point is, Your Honor,

15  when you consider these strikes the absence of males,

16  nonAfrican American males, almost total absence.  All the White

17  males have been struck.  All but one Hispanic male has been

18  struck.  To allow this strike now and go on, what kind of jury

19  are we getting?  It is not fair to the United States.  It is

20  not proportionate.

21          THE COURT:  I don't think the argument is

22  proportionality.  The argument is are they exercising

23  peremptory challenges based upon a protected class?  If every

24  peremptory challenge they exercise is for a race neutral reason

25  and that results in a jury that is not some kind of quota exact
```

1  jury, that is not what the law requires.

2        MR. SHIPLEY:  Absolutely not, Judge.  Although, as

3  Central Alabama made clear, it is part of the analysis.  If

4  Your Honor hears reasons and finds those reasons credible, not

5  withstanding the other factors that are going on in the

6  appearance of the jury, that is Your Honor's finding.  Your

7  Honor can certainly consider, as I read before, the disparity

8  of the people that have come through and the people in the box.

9  That is a valid consideration informing the Court in its fact

10 finding.  Ultimately, it's not a back end proportionality.  I

11 am arguing that the disparity is something that should give the

12 Court significant pause in accepting these strikes.

13       MR. SWOR:  Your Honor, the Court has to first make a

14 finding of either purposeful discrimination or total exclusion.

15 There are at least four other Hispanic males coming in of the

16 rest of the jury pool.  There are White males in the jury pool.

17       THE COURT:  But I have to act while there is a remedy,

18 don't I?

19       MR. NATALE:  Do you want my reasons for this

20 challenge?

21       THE COURT:  I do, Mr. Natale.  I am getting there.

22       MR. NATALE:  I'm sorry, I don't mean to push you.

23       MR. SWOR:  Unless the Court is making a finding that

24 there is a prima facia showing of discriminatory conduct.

25       THE COURT:  No, but what I am asking, because I do see

1    that we have had a continuing number of Hispanics excluded, I

2    have asked, Mr. Natale seems to be the spokesperson on this

3    issue, what his neutral reasons for exercising a peremptory

4    challenge as to Mr. Garcia, which I am now going to ask

5    Mr. Natale to do.

6          MR. NATALE:  It should be obvious from the record, but

7    our client is a Hispanic male, so keep that in mind.

8          First of all, Mr. Garcia, in his questionnaire, talked

9    about the indoctrination of people in Cuba to be anti-American,

10   excuse me, in voir dire.  In his voir dire said the

11   indoctrination of Cubans against the United States is the same

12   thing as the indoctrination that goes on with Muslims against

13   the United States.  He said that the modern interpretation of

14   Islam endorses violence.  He referred to, at one point, people

15   as brain washed suckers, the anti-American terrorists

16   extremist.  We are concerned about somebody who has

17   articulated, in the voir dire, and on their questionnaire, a

18   view where someone being Muslim, someone being a devote Muslim

19   and in this modern day and age is consistent with endorsing

20   violence and that they are brain washed as he feels the people

21   in Cuba are brain washed against the United States, so too are

22   Muslims in America and Muslims now brain washed against the

23   United States.  That is a real concern to have that sort of

24   person sitting on our jury.

25         MR. SHIPLEY:  Your Honor, I can't do anything more and

1  can't think of a more persuasive rejoinder than to refer the

2  Court to the transcript.  Mr. Natale is getting it partially

3  right, not reading exactly what was said.

4          Again, I want to make a correct record.  Page 49 of

5  the transcript from that day.  What it was, was question number

6  60.  It wasn't one of the Muslim bias questions.  It was who

7  was responsible for the attack on September 11.

8          This is the Court speaking to the jury.

9          An anti-American extremist, a bunch of brain washed

10 suckers.  What did you mean by that?  That wasn't the Muslim

11 question.  That was 911.

12         The Juror:  What I referred to was that relating to

13     myself and what I know, okay, sorry, relating to myself,

14     you know, my family is Cuban.  People there, when they are

15     young they are brought up to learn force.  In the

16     nurseries they teach this in song and a bunch of rederik,

17     a bunch of anti-American, from a young age they teach them

18     a bunch of nursery rhymes.  That's what I referred the

19     them as a bunch of brain washed anti-American terrorists.

20         COURT REPORTER:  John, could you slow down.

21         MR. SHIPLEY:  Oh, I'm sorry, Robin.

22         I started reading at line six page 49.

23         Do you believe that Islam is a religion that endorses

24     violence?

25         Juror:  No.  Although there is an interpretation of it

1          that it does.

2               Court:  What interpretation is that?

3               Juror:  The new modern interpretation about somebody

4          who started preaching it in his own way.  I forgot his.  I

5          don't know his name.

6               Court:  Is that, in your mind, different from another

7          type of Islam?

8               Answer is he goes onto interpreting.

9               That's in reference to what Mr. Natale is referring

10     to.  That is in reference to September 11.  If this voir dire

11     process meant anything that these jurors who came through here

12     who indicated whatever they indicated, this wasn't in response

13     to the Muslim questions, their ability to be fair and be

14     responsive.

15               Again, when you look at the transcript of the voir

16     dire they are going back to, it doesn't support the for cause

17     challenge given the disparity in the jury box.

18               MR. NATALE:  Your Honor, I don't think the individual

19     fits into a cognizable class

20               THE COURT:  You don't think Hispanic male is?

21               MR. NATALE:  Not in the situation that we have here.

22               THE COURT:  Why?

23               MR. NATALE:  We represent a Hispanic male.

24               THE COURT:  I don't think that's a standard.  The mere

25     fact that the defendant is of --

1          MR. NATALE:  It is a factor.

2          THE COURT:  It is a factor, but I don't think that

3   means in and of itself that there could not be a Batson finding

4   because of that.

5          MR. NATALE:  Theoretically, you are right.  What I am

6   trying to give Your Honor is factors why would we be wanting to

7   do this?  Our client is an Hispanic male.  There is an Hispanic

8   male on here.  I think what Mr. Swartz brings out is the

9   government is constantly moving the target.  One time they say

10  it's White males.

11         THE COURT:  I am accepting this challenge from the

12  government on the basis that this juror is a Hispanic male.

13         MR. SWARTZ:  Your Honor, can we be heard on this?  I

14  think there are a couple of other items involving Mr. Garcia.

15         When Mr. Garcia was asked by the Court -- I don't have

16  the transcript in front of me -- when Mr. Garcia was asked by

17  the Court whether he could be fair in this case, his answer was

18  not yes, or no, he asked the Court what is their plea?  That

19  indicated somewhat of a bias with Mr. Garcia with regard to the

20  judicial system.  We interpret that as a bias which indicates

21  that they are guilty, but by a plea, they're going to have a

22  trial.  That troubled us.  It trouble us about Mr. Garcia.

23         In addition to his very derogatory despairing

24  description of those brain washed people, and then his

25  immediate connection to people in Cuba.  He is, obviously, a

1    Cuban, or from a Cuban family, and to compare the system in

2    Cuba with a religion which he also, if the Court recalls, he

3    did, although he said Islam doesn't endorse violence, he said

4    that there are interpretations of Islam that endorses violence.

5    Some with preaching violence.

6         He also said jihad was wholly war.  When you put a

7    person like that together with his answers, we have great cause

8    given our defense, given the fact that the word jihad and the

9    government's theory, these are people who are coming in with a

10   notion about the word jihad and about Muslims.

11        THE COURT:  I hear you Mr. Swartz.  One of them less

12   of a legal nature.  If we doesn't move swiftly, we are going to

13   have to break, and I will tell you why.  Our jurors have been

14   here since 9:30 this morning, at the request of counsel, so we

15   could have the list and know everything.  It is now 2:15.  They

16   have not had lunch.  They are getting quite restless.  We are

17   going to have to move through this tier if we plan to get this

18   done without breaking as to Mr. Garcia, the challenge stands.

19        MR. NATALE:  It stands.

20        THE COURT:  He is out.

21        MR. BAKER:  We are confused, Your Honor.

22        THE COURT:  The challenge stands.  He is gone.

23        To the government, Terri Robinson.

24        MR. SHIPLEY:  Accept.

25        MR. NATALE:  Accept.

1          THE COURT:  Mr. Robinson is juror number nine.  To the

2    defense, Ms. Stallworth.

3          MR. NATALE:  Accept.

4          MR. SHIPLEY:  Reject.

5          THE COURT:  Juana Rizo?

6          MR. SHIPLEY:  Accept.

7          THE COURT:  Juana Rizo?

8          MR. NATALE:  Reject.

9          THE COURT:  Defense, Kathryn Hammerle-Titsworth.

10         MR. NATALE:  Reject.

11         THE COURT:  Government, Jennifer?

12         MR. SHIPLEY:  Strike.

13         THE COURT:  Defense, Lena Mack?

14         MR. NATALE:  Accept.

15         MR. SHIPLEY:  Give me one second, Your Honor.  I am

16   just getting my count back.

17         Strike, Your Honor, on Mack.

18         MR. NATALE:  Your Honor, that is the second African

19   American person in a row.

20         THE COURT:  I can see that.  Ms. Valdes?

21         MR. NATALE:  We accept.

22         THE COURT:  Labrada Valdes.

23         MR. SHIPLEY:  I'm sorry, Your Honor.  After Ms. Mack

24   came who?

25         THE COURT:  Labrada Valdes.

 1            MR. SHIPLEY:  We accept Valdes.

 2            THE COURT:  Accept or reject for the defense, Valdes?

 3            MR. NATALE:  Accept.

 4            THE COURT:  Defense, Michael Bravo.

 5            MR. NATALE:  We reject, Your Honor.

 6            MR. SHIPLEY:  For the record, I am renewing my

 7   challenge.  This is another White male.  In fact, we have no

 8   White males on this jury.

 9            THE COURT:  Debra Ann Whitehead for the government?

10            MR. SHIPLEY:  Reject.

11            THE COURT:  Defense, Christopher Martinez, accept or

12   reject?

13            MR. NATALE:  Reject.

14            MR. SHIPLEY:  Your Honor, same thing.  That's another

15   Hispanic male.  Just because you sustained one challenge,

16   doesn't mean it goes out the window.  The panel is worse now.

17            MR. NATALE:  Your Honor, now we have three Black

18   females they struck in a row.

19            MR. SHIPLEY:  Your Honor, can I make my record?  I

20   will do it very briefly.  Your Honor has already sustained a

21   challenge.  We have one White male of which we are zero in the

22   box.  We have another Hispanic male.  I think that reinforces

23   the record, not diminishes it.  Thank you, Judge.

24            MR. NATALE:  Your Honor, this is a person that wants

25   to be a police officer who is waiting for the call.  That is

1   Christopher Martinez.  We haven't heard any reason why they

2   struck three Black females in a row.  He is the young man

3   waiting to get the call so he can go to the academy.

4           MR. SHIPLEY:  Your Honor, this is my challenge, for

5   the record.

6           THE COURT:  Mr. Martinez is excused.  Mr. McNamara is

7   already gone.  That would be a cause challenge on Mr. Macnam.

8   We are to number 52, Eileen Williams?

9           MR. NATALE:  It is to the government.

10          MR. SHIPLEY:  Yes, strike, Your Honor.

11          MR. SWARTZ:  We would object, Your Honor.

12          MR. NATALE:  That's another African American female.

13  Five in a row.

14          MR. SHIPLEY:  Your Honor, first of all, we have been

15  taking several out of sequence.  It is not correct in terms of

16  what our position has been.

17          Number two; we have five African jurors in this box.

18  We have not used anything close to all of our peremptory

19  challenges against African American jurors.  We have five of

20  them in the box of different genders.  For the record, this is

21  the individual who had two issues.  Obviously, she had wiretap

22  issues.  She had a specific personal experience with false

23  accusations being made.  Not something in the media.  But it

24  was regarding her close family member.  Her niece.  The

25  affidavits were wrong and false and made by the niece.  She has

1   a direct personal understanding of false allegations being

2   made.  That is a more than a powerful consideration for the

3   United States to take into account with the juror given the

4   defense argument.

5          MR. NATALE:  They accepted Ms. Tirado whose son was

6   beat up by the police because he was Puerto Rican.  Remember

7   she went through that whole description of what happened in the

8   parking lot.

9          THE COURT:  Ms. Williams, the peremptory challenge

10  changes.

11         MR. SWARTZ:  Nine out of eighteen of the government's

12  challenges have been black females.

13         MR. SHIPLEY:  The percentage of African Americans in

14  the pool is about forty percent.

15         THE COURT:  Mr. Williams.  Mr. Williams.

16         I'm sorry, I misspoke.  For Mr. Lewis.

17         MR. NATALE:  We accept.

18         MR. SHIPLEY:  Strike, Your Honor.  This is the

19  individual who aside from his appearance, aside from his

20  appearance back in court here this morning about his inability

21  to follow the Court's instructions, this is the individual who;

22  number one, repeatedly said he wanted smoking gun evidence to

23  find guilty and indicated that he needs to see the rain drops

24  to convict in the rain drop example, he needed to see them.

25         This is the jury who said got bored easily and, as the

1   Court is aware, actually dozed off during initial phases of

2   voir dire.  He said at page 157 "if it's boring, it would put

3   me to sleep."  Which is an issue in this case given the tapes

4   the government is going to be playing in terms of their length.

5           Twice Your Honor indicated from voir dire that he

6   wanted a beyond a reasonable doubt standard.  Mr. Caruso stood

7   up.  If I have it right said, Judge, that's not a cause because

8   that's his personal feeling, and Mr. Shipley didn't ask him

9   whether he could follow the law.

10          In fact, when you look back at the transcript, I don't

11  think that's an accurate characterization at all.  However,

12  this juror clearly indicated that twice in response to a

13  question:  Even if the Judge told you the law was just

14  reasonable doubt, end quote.

15          Finally, even the Court acknowledged at the time this

16  was a close call for cause, end quote.  To suggest that's

17  impermissible peremptory charge on the record is unfounded.

18          THE COURT:  I am going to allow Mr. Lewis to be

19  excused.

20          Scott Young is to the government.

21          MR. SHIPLEY:  Accept.

22          MR. NATALE:  We accept.

23          THE COURT:  That's juror number 11.  That's it on this

24  round.  Jury please.

25              [The jury returns to the courtroom]

1          THE COURT:  Mr. Shipley and Mr. Natale, would you

2     approach please.  Just those two.  Bring your notes.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

73

```
 1                [Proceedings at sidebar follow]:
 2                THE COURT:  Briefly.  Mr. Valdes, I have as juror
 3    number ten.
 4                MR. NATALE:  That is correct.  That's what I have.
 5                THE COURT:  V-a-l-d-e-s.
 6                MR. SHIPLEY:  I have him as 11.  Robinson is 10.
 7                MR. NATALE:  I have Robinson as 9.
 8                MR. SHIPLEY:  Stephens is 8.  Garcia is the one where
 9    Your Honor sustained our Batson challenge.
10                THE COURT:  He was excused.  He was excused.  Maybe I
11    misspoke.  He was accused.
12                MR. NATALE:  Robinson is number nine.  Valdez is
13    number ten and Scott Young is number eleven.
14                COURTROOM DEPUTY:  Yes.  That's it.
15
16
17
18
19
20
21
22
23
24
25
```

1           [Proceedings in open court follow]:

2           THE COURT:  If I call your name, please go into the

3    jury room.  Correy Stephens.  Terri Robinson.  Labrada Valdes.

4    Scott Young.  If I did not call your name, please step out into

5    the hallway.

6               [The jury venire leaves the courtroom]

7           MR. SHIPLEY:  Your Honor, we are confused or were

8    confused apparently until a moment ago.  Your Honor clarified

9    that.  I really, Your Honor, if that is the case.  I thought

10   Your Honor was letting the juror off.  I said that.  Which is

11   why for Mr. Bravo I stood up and said; "Judge, I am not going

12   to belabor this for the record, this is yet another one.  It

13   doesn't let us off the hook, it only reinforces it."  I want

14   the opportunity to make a complete record on Mr. Bravo and

15   Mr. Martinez.  We have fourteen strikes now.

16          THE COURT:  Mr. Martinez was the juror who had the

17   police exam coming up.  I remember that.  What is your

18   explanation for Mr. Bravo for the defense?

19          MR. NATALE:  Your Honor, this is a man that equates

20   Mr. Padilla with the Dirty Bomber.  He also has strong views

21   that terrorism is -- here is the big thing.  Unable to

22   unequivocally state that his views regarding Islam -- he was

23   the man that said I would try.  It was clear that he said would

24   try.  This is also the person that felt that any terrorist

25   would be associated with Puerto Rico.  He said because he was

1  Puerto Rican he was insulted by the question that put Puerto

2  Ricans in with Muslims and with these other people.

3          Also I also want a full explanation from the

4  government why they struck five African American people right

5  in a row.

6          MR. SHIPLEY:  Your Honor, first of all, the reason

7  given by Mr. Natale is contradicted by the fact that he had

8  accepted jurors.  One he accepted, Mr. Macedo, who also

9  indicated Mr. Padilla was a terrorist.

10          MR. NATALE:  Mr. Macedo is an Hispanic male.

11          MR. SHIPLEY:  My point is that the explanation given

12  by Mr. Natale only works when he needs it and wants to put it

13  in  --

14          THE COURT:  The idea is, and I thought that your

15  argument was they were excusing Hispanic jurors.  Mr. Macedo

16  stayed.  He is a Hispanic juror.

17          MR. SHIPLEY:  That is my argument.  I am going through

18  the reasons articulated by Mr. Natale.

19          Mr. Natalie said well, we thought Mr. Padilla is the

20  Dirty Bomber.  He has already accept a juror who said that.

21  When he stands in front of you and says I am striking people

22  because they heard of Padilla as the Dirty Bomber, that is not

23  a plausible explanation.

24          Number two, Your Honor, when you look at the

25  transcript rather than just remark about what it says, there is

1  no indication that this juror could not be fair at all about

2  individuals that is of the Islamic faith in this case.

3          Finally, Your Honor, you can look at the composition

4  of the jury.  Certainly, look at it at the time we had

5  Mr. Bravo.  There is a substantial disparity between the number

6  of men that have come through and the number of White males or

7  Hispanic males that have come through.  Mr. Bravo is the latest

8  in that string.  That is substantial disparity under Central

9  Alabama is, itself, more than sufficient to establish a pattern

10  of proof of intent.

11          MR. NATALE:  We accepted Scott Young.

12          THE COURT:  Mr. Young was just accepted.  If we want

13  to use the definitions that have been used this morning,

14  Mr. Young is a White male, not a Hispanic male.

15          How many has the government used?

16          MR. SHIPLEY:  Eighteen.

17          THE COURT:  How many does the defense use?

18          COURTROOM DEPUTY:  Twenty-four.

19          MR. SWOR:  Your Honor, Mr. Bravo got his information

20  about the Arab and Muslim population from Rush Limbaugh and

21  from the Bible.  Nothing wrong with reading the Bible, but that

22  is what informs him about individuals.  He claimed a hardship.

23  I am just looking at my notes here.  Again as Mr. Natale said,

24  he thought that simply asking him the question about Puerto

25  Ricans was insulting and offensive even though the Court told

1   him, as it told all the other jurors, that we were simply

2   asking questions.

3          There were two things here, first of all, the

4   government still hasn't stated, with regard to this individual,

5   a specific protected class.  Secondly --

6          THE COURT:  We can remedy that.

7          MR. SHIPLEY:  Hispanic and male.

8          THE COURT:  Mr. Swor.  Continue please.

9          MR. SHIPLEY:  Two categories.

10          MR. SWOR:  Male is not a protected category.

11          MR. SHIPLEY:  J.E.B. v. Alabama.

12          MR. SWOR:  J.E.B. v. Alabama says that a female is not

13   a protected class.

14          THE COURT:  I may disagree with you on that, Mr. Swor.

15          MR. SWOR:  You wanted to know what our reasons are.

16   You heard our reasons.  They may not like them, but those are

17   our reasons.

18          THE COURT:  What I am hearing from both sides of the

19   case, and I am not sure this is what the law inquires, if a

20   race neutral reason is accepted by the Court, and that race

21   neutral reason means that the Court allows a juror to be

22   excused, and allowing a juror to be excused for a race neutral

23   reason, if the jury pool itself, the actual jury panel results

24   in a proportionality of one race over another, that is

25   problematic.  That's what I think I am hearing from both sides.

1    I do not think that is what the law says.  The law does not

2    require that as a proportional jury.  It is a factor that the

3    Court may consider in how the strikes are being exercised.

4              MR. SWOR:  Yes, Your Honor, I agree with that.

5              MR. SHIPLEY:  There is no disagreement about that.

6    That is my argument.  My point is, and I don't want to belabor

7    it.  I know the Court wants to move on.  That is a powerful

8    signal.  When you hear the reason, he reads the Bible --

9              THE COURT:  I don't think that was the reason.  The

10   reason was that he got his information concerning the Arab

11   community or how Arabs are viewed from Rush Limbaugh and the

12   Bible.  I think what Mr. Swor is arguing is not one or the

13   other.  I think it's a combination.

14             MR. SHIPLEY:  What do you do with an argument that

15   Mr. Swor asserts that the individual got upset because of the

16   suggestion or the inclusion of Puerto Ricans in that question?

17   Mr. Padilla is Puerto Rican.  If anything, that's something

18   that should be taken favorably if that's the criteria that is

19   going on on that side.

20             THE COURT:  What I am hearing is that there is a

21   peremptory challenge reason.  I am hearing this from both of

22   you.  I am not coming down just on the government.  What I am

23   hearing from both sides is that this would be a peremptory

24   challenge reason that you don't except.  What the law allows is

25   a race neutral reason.  It doesn't have to be the reason that I

1  would if I were in your shoes accept, or that you would.

2  That's what I am looking at once I see the race neutral reason,

3  and you have to come up and say; Judge, there isn't.

4        MR. SHIPLEY:  If Your Honor is making a finding that

5  is the real reason, all I can do is making my record.

6        THE COURT:  I have the government's three challenges

7  in a row of African American females.

8        MR. SHIPLEY:  I think that we have established on the

9  record what each of those reasons were.  We have accepted many

10  African American reasons.  We have not exercised our peremptory

11  strikes in anything remotely like the pattern they have been

12  exercised on that side.  All of that goes into your fact

13  finding.  If you want the explanation, that's the explanation.

14  We have made our record.

15        THE COURT:  Our next group starts with Lija Williams.

16        [The jury venire enters the courtroom at 2:40 p.m.]

17        THE COURT:  Ladies and gentlemen, since we last met,

18  have any of you read anything about this case?  If you have,

19  please raise your hand.  Did anyone try to talk to you about

20  this case?  Thank you very much, ladies and gentlemen.  Step

21  into the jury room.

22        [The jury leaves the courtroom at 2:41]

23        THE COURT:  Lija Williams?

24        MR. NATALE:  We accept Ms. Williams.

25        MR. SHIPLEY:  Strike, Your Honor.  This is the

1    individual, I will just go ahead and make the record.  To

2    shorten the process, this individual has a theft arrest as she

3    reflected in her voir dire.  In addition, this is the

4    individual whose niece was the subject of the Herald series.

5    That trial, according to public record, starts on the 28th of

6    June.  For both of those reasons.

7            THE COURT:  Ms. Williams is excused.  Government to

8    Jorge Hernandez?

9            MR. SHIPLEY:  Accept.

10           MR. NATALE:  Your Honor, we would strike.  To give our

11   explanation, this is a man who said "sometimes the laws need to

12   be bypass to protect citizens."  He has questions regarding

13   accepting the right to remain silence on questions 106 and 107.

14           On question 75 and on 85, we believe that for the

15   combination of all of these reasons, he also, I believe, is the

16   person who said that got from CNN that it has to do, that jihad

17   had to do with acts of violence against Americans.  He also

18   said that would trouble -- it would be troubling for him to

19   find people not guilty.

20           THE COURT:  Briefly, Mr. Shipley.

21           MR. SHIPLEY:  That's the stated reason for excusing in

22   all of these transcripts.  Look at page 131 to page 134 of the

23   transcript.  The juror was clear and emphatic about his ability

24   to be fair with regard to jihad.  He has never heard the word

25   jihad before he filled out the questionnaire.  "Does it have a

1  meaning for you?"  "Not necessarily," that's on page 132.

2       In regard to Muslim bias, "do you believe people are

3     more violent than other individuals?"

4       Juror:  Not necessarily.

5       "Do you believe that Muslim people are individually

6     more violent than other individuals?"

7       Not necessarily.

8       Judge, by my count, and I would like an opportunity to

9  make a record on this, that is sixteen strikes that have now

10  been exercised against White males or Hispanic males.  I make

11  the same objection based on race and based on gender, Your

12  Honor.  Those are not plausible explanations.

13       THE COURT:  Mr. Shipley, we have four Hispanic jurors

14  out of a panel of eleven.

15       MR. SHIPLEY:  How many Hispanic males?  We have, by my

16  count, Your Honor, one.  One.

17       MR. NATALE:  Your Honor, this juror was also the one

18  who said:

19       "Well, I am saying that the United States has foreign

20     enemies and stuff where they have to protect especially

21     citizens lives and their livelihood.  Sometimes there are

22     laws that need to be bypassed as far as protecting

23     citizens.

24       So you would be in favor of the government bypassing

25     laws in order to protect citizens?

1        Juror:  As long as U.S. citizens, they are born

2    nationals or something.

3        Court:  You believe we can have different rules

4    depending on the type of case?

5        It depends on where I guess, the people involved and

6    the defendants and stuff.

7        That, to me, that gives me a lot of concern as to

8    whether this person, in spite of what he says, this is what is

9    in his heart of hearts.  That's why we are reacting to this

10   particular person.  This is somebody who is saying there should

11   be a whole other set of laws and that the government doesn't

12   have to follow the laws.  I can't think of anything that should

13   cause us more concern than that.

14       MR. SHIPLEY:  We are reading different transcripts.

15   137 of the transcript.

16       THE COURT:  What page were you reading from

17   Mr. Natale?

18       MR. NATALE:  Your Honor, I can't tell because I am

19   reading from the electronic version.  It's 130 to 131.

20       MR. SHIPLEY:  I don't so it on 130 to.

21       MR. LOUIS:  131.

22       MR. NATALE:  This is also the man that said he was

23   very disappointed about his prior jury service because he

24   didn't find out about their criminal records.  When he found

25   out afterward, this is somebody that I believe is going to be

 1  sitting there speculating.

 2          THE COURT:  For the record, because I believe that

 3  Mr. Shipley didn't understand when I said the last time.  For

 4  that apologize.  I am going to allow the strike against

 5  Mr. Hernandez to stand.  Mr. Hernandez is excused.

 6          Steven Schmidt.

 7          MR. NATALE:  We accept.

 8          MR. SHIPLEY:  Accept.

 9          THE COURT:  That's our jury.  Just so we go back over

10  them.  Juror number one is Mr. Campbell.  Juror number two

11  Ms. Tirado.  Juror number through is Ms. O'Farrel.  Juror

12  number four is Mr. Decembert.  Juror number five is

13  Ms. Jackson.  Juror number six is Mr. Macedo.  Juror number

14  seven is Ms. Heredia.  Juror is Mr. Stephens.  Juror number

15  nine is Mr. Robinson.  Juror number ten is Ms. Labrada Valdes.

16  Juror number eleven is Mr. Young.  Juror number twelve is

17  Mr. Schmidt.

18          I will let you caucus for a moment before we start on

19  our alternates.

20          MR. BAKER:  Can we have a restroom break?

21          THE COURT:  Yes.

22          MR. BAKER:  Some of us haven't eaten since last night.

23          THE COURT:  Neither have our jurors.

24          MR. SWARTZ:  Can we give them a lunch break, Your

25  Honor?

1           THE COURT:  The jurors who we have already selected,

2    and who are in the jury room, I am going to give a break.  They

3    are going to be accompanied by the CSO.  I am going to allow

4    you to have break first.  Let the jurors get off the floor.

5    Now, we have the jurors, our eighteen, but we need to give them

6    a break somewhere else.  If they see those people going down --

7           MR. NATALE:  Judge, can we just go through the

8    alternates.

9           THE COURT:  Let them go and finish the alternates.

10          COURTROOM DEPUTY:  The twelve that were selected can

11   go down to the 2nd floor.  Eleven take them to the second

12   floor.  Mr. Schmidt stays in the room that we have right now.

13   Those eleven can go.  The ones in the jury room.  Have them

14   back here by 3:15.  Back here by 3:15.  The ones in the jury

15   room only.

16          THE COURT:  We are going to keep going.  I can't mix

17   the pool.

18          MR. BAKER:  Can we use the bathroom.

19          THE COURT:  Yes, use the bathroom.

20                  [There was a short recess]

21          THE COURT:  For the government, Edna Thompkins.

22          MR. SHIPLEY:  Strike, Your Honor.

23          THE COURT:  Gustavo Saenz?

24          MR. NATALE:  Accept.

25          MR. SHIPLEY:  Accept.

1          THE COURT:  At Natale number one, juror 13.

2          Government, Rick Serna?

3          MR. SHIPLEY:  Accept.

4          MR. NATALE:  Accept.

5          THE COURT:  Your number 14.  Defense, Maria Aveille,

6     that was?

7          MR. NATALE:  Strike.

8          THE COURT:  Government, Fred Williams?

9          MR. SHIPLEY:  So we are clear, as I understand it, the

10    way Your Honor set this up we would have two peremptories.  By

11    my count we used twenty of our counts.  I would make a request

12    that would be afforded an additional one for the alternate.

13         THE COURT:  That was exactly the argument that the

14    defense made.

15         MR. CARUSO:  We previously made that argument.  You

16    rejected it.

17         THE COURT:  He is allowed to make the request.  Are

18    you accepting Mr. Williams or are you rejecting?  Hold on.  You

19    have six.  Has two would you guys just calm down for one

20    moment.  Mr. Shipley?

21         MR. SHIPLEY:  Got it, I'm sorry, Judge.

22         THE COURT:  Mr. Shipley has one remaining challenge.

23    The defense has five remaining challenges.  I am not going to

24    call upon Mr. Shipley to exercise his last challenge at this

25    time unless he chooses to.

```
 1          MR. SHIPLEY:  And I do for Mr. Williams.

 2          THE COURT:  Knowing the defense has four left?

 3          MR. SHIPLEY:  Yes, Your Honor, we reject.

 4          THE COURT:  The government has no more peremptory

 5  challenges.

 6          Mr. Velasquez, accept or reject?

 7          MR. NATALE:  Accept.

 8          THE COURT:  That's juror number 15.  Kara Zaki?

 9          MR. NATALE:  Accept.

10          THE COURT:  Juror number 16.

11          Giovanni Garcia?  Not accept.

12          THE COURT:  Juror number 17.

13          Jorge Mesa, juror number 18, accept or reject.

14          MR. NATALE:  Reject.

15          THE COURT:  Arabic Rodriguez.

16          MR. NATALE:  Accept.

17          THE COURT:  Juror number 18.  Ladies and gentlemen, we

18  have our jury.

19          For the record, juror number 13 is Mr. Saenz.  Juror

20  number 14 is Mr. Serna.  Juror number 15 is Mr. Velasquez.

21  Juror number 16 is Ms. Zaki.  Juror number 17 is Ms. Garcia.

22  Juror 18 is Mr. Rodriguez.  Jury please.

23          MR. SHIPLEY:  Your Honor, side bar please

24

25
```

```
 1              [Proceedings at sidebar follow]:

 2              MR. SHIPLEY:  I just want to confirm that you are not

 3    swearing the jury today.

 4              THE COURT:  I am going to let them go because they

 5    have to come back.

 6              MR. SHIPLEY:  You won't tell them about the

 7    alternates?

 8              THE COURT:  No, no, no.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    [Proceedings in open court follow]:

2    THE COURT:  Ladies and gentlemen, you may be seated.

3    When I call your names, please step into the jury room.

4    Mr. Schmidt.  Mr. Saenz.  Mr. Serna.  Mr. Velasquez.  Ms. Zaki.

5    Ms. Garcia.  Mr. Rodriguez.

6    [Juror enters the courtroom.']

7    THE COURT:  Ladies and gentlemen, thank you very much

8    for your service.  You are free to go.

9    I am going to let these jurors take a break.  I am

10   going to let you all get a break.  We have to come back at

11   3:30.  We will give them the last little bit the of

12   instructions.  This is it.  I am not swearing them until next

13   Monday, so hopefully we have no car accidents or other

14   accidents.  They also have to be given some other instructions

15   about where they are suppose to be on Monday.  Then we will go

16   over, which I don't think is much, I have some legal things to

17   finish that have nothing to do with you, all that you will just

18   be getting orders over the next few days as we try to get the

19   case ready for Monday.

20   MR. NATALE:  You are going to admonish them, Your

21   Honor?

22   THE COURT:  Not to talk about the case.  Not to read

23   about the case.  In the perfect world, we would live in a nice

24   small Village where sequestering them wouldn't be such a

25   hassle.  But we don't.  We have to deal with the modern world

1 in a much more pervasive way that anybody could imagine when

2 people were trying to try to cases.  It's just the newspaper.

3 It's the Internet.  It is what it is.  Mr. Swor?

4      MR. SWOR:  Your Honor, I think the record should

5 reflect that in the government's strikes it removed 100 percent

6 of the Muslims who would have sat on this jury.

7      Secondly, I would ask the Court in making its

8 preliminary instructions to the jury to instruct the jury that

9 the defendants are entitled to separate trials.  They are being

10 tried together for the convenience of the government and the

11 Court.  There should be no inference drawn from the fact --

12      THE COURT:  I believe that is part of the normal

13 instructions.  I am not going to tell them that today.  I will

14 reviewed the normal charge that I give them before opening

15 statements.  I believe that's part of the standard language in

16 multiple defendant cases that they are to consider each

17 defendant separately et cetera, et cetera, et cetera.

18      The record should reflect, Mr. Swor, I understand

19 where you are going, but as far as I could ascertain based upon

20 the questions of the jurors, the two remaining members of the

21 panel, both females who said that they had if not practicing

22 Muslims or raised as Muslims is Ms. Zaki, who is one of our

23 alternates.  Ms. Osman who was excused.

24      Secondly, the defense exercised 25 of their 30

25 challenges.  The government exercised 19.  So each sided

1    considerable challenges to go in connection with this matter.

2    3:30, we will give the jury a quick break, and then you all

3    will be able to continue to go to prepare this case for Monday.

4    After today, we will continue on a better schedule.

5                    [There was a short recess]

6            THE COURT:  I will call the jurors out by name just to

7    remind the press that they are not to be identified by name

8    although I am certain after reading my orders and following

9    them precisely.

10           MR. NATALE:  Your Honor, one thing is to make sure

11   that they are told by the marshal, by the Court, or by whoever

12   is that it's for their convenience and for no other reason.

13   And you are also going to go through and clean out the

14   magazines in there?

15           THE COURT:  Yes.  Jury please.

16               [The jury returns to the courtroom]

17           THE COURT:  Ladies and gentlemen, we have completed

18   our jury selection in this case.  You are our jury.  Let me

19   call you out one by one.  Juror number one, Derrick Campbell.

20   Paula Tirado.  Jennifer O'Farrell.  Juror Martin Decembert.

21   Juror five Shanda Jackson.  Juror six is Marcia Macedo.  Seven

22   is Yanet Heredia.  Eight is Correy Stephens.  Juror number nine

23   is Carry Robinson.  Juror ten is Labrada Valdes.  Scott Young

24   is eleven.  Twelve is Steven Schmidt.  Thirteen is Gustavo

25   Saenz.  Juror number fourteen is Rick Serna.  Juror 15 Alfonso

1  Valez questions.  Juror sixteen Kara Zaki.  Juror 17 is Gina

2  Garz.  Juror eighteen is Eric Rodriguez.

3      Ladies and gentlemen, before I release you before the

4  end of the day.  Let me give you some further instructions.

5  First and foremost the one that I will try to instruct you on

6  every day.  You are not to read about, listen, talk to anyone

7  about this case.  If anyone tries to talk to you about it, you

8  should walk away immediately.  If it should happen to be on a

9  television station where they are discussing the case, turn the

10  channel immediately.  If you happen to see a newspaper with

11  this story, turn the page immediately.  You are not to read

12  anything.  Listen to anything, touching upon this case.

13      Also, ladies and gentlemen, as you know, traffic and

14  everything in this town is a bear.  I know many of you made

15  your best efforts to be on time and to get to the courthouse

16  and everything.  We have made arrangements for you to be met at

17  a specific location every morning, and a van will then

18  transport you to the courthouse.  The marshals will explain the

19  specific procedures related to this in just a moment when you

20  go into the jury room.

21      As I told you before, here is our schedule for May.

22  Our schedule for May.  Counsel for the government, would you

23  stand please.  Just remember ladies and gentlemen, you may see

24  these individuals in the snack bar, in the elevator.  Once

25  again, I am reminding you that they are not going to talk to

1   you about this case.  When we start this trial, you may see one

2   or more of these individuals leave the courtroom from time to

3   time.  Remember, this is no disrespect to you or to anyone

4   else.

5         Defendant and counsel please stand.  Ladies and

6   gentlemen, you may see these individuals in the snack bar.

7   Elevator, et cetera.  Remember they are not going to have

8   conversations condition with you.  They know they are not

9   suppose to except when they are in here.  You may see counsel

10  from time to time leave the courtroom.  Remember, it is no

11  disrespect to you or me.  They have the permission to carry out

12  their duties in this case.

13        As I said to you before, ladies and gentlemen, I know

14  that for all of you this is going to be a time consuming

15  endeavor.  There may be a lot of things that you would rather

16  be doing at this time.  On behalf of the United States and on

17  behalf of the defendants in this matter, we want to thank you

18  for cooperating in this matter and being our jurors.

19        All rise for the ladies and gentlemen of the jury.

20  Ivan has some other details to go over with you in connection

21  with the jury service.  Please step into the jury room.  I will

22  see you again on Monday morning.  Thank you very much.

23

24        [The jury leaves the courtroom at 3:35 p.m.]

25        THE COURT:  We have some legal matters that we are

1    going to resolve.  You have to watch your e-mails.

2            MR. BAKER:  There are some CIPA matters that deal with

3    a time gap issue.  There was to be, we understood, there was to

4    be a further hearing on it.  We have not resolved it.  The

5    government has made a proposal of a system.  We made a proposal

6    of a revision, and they rejected that.

7            MS. PELL:  If it would assist the Court, the

8    government gave language to Ms. Baker.  Ms. Baker communicated

9    back to the government.  The government, first thing tomorrow

10   morning, can file the language with the Court.  Ms. Baker

11   probably can follow quickly after.  We already had this

12   discussion, to make it easy for the Court, so you can see what

13   we are talking about.

14           MR. BAKER:  We need to deal with it before opening

15   just in case we want to refer to the fact or facts that are

16   agreed upon.

17           THE COURT:  I don't know, Ms. Baker, when I am going

18   to have time for a hearing.  I don't know.  I will see.  We

19   can't have hearings, do orders.

20           MR. BAKER:  I understand.  I am in the same position.

21           MR. SWARTZ:  Along the same lines.  We did reach a

22   system with the government as to one other item that we

23   discussed in CIPA.  Regarding the Chicago GRF.  I think the

24   systems was in a pleading, and I think it's going to be

25   unclassified now.  I just want to get a copy.

1        THE COURT:  Do you know who is handling it for the

2    government?

3        MR. KILLINGER:  Judge, I will check on that as soon as

4    I get back to the office.

5        THE COURT:  Some housekeeping matters.  Next week we

6    have our regular schedule.  When I say regular schedule, that

7    means Monday, Tuesday, Thursday and Friday.  At the end of our

8    normal days, you are free to leave things that you don't have

9    to work on.  The only thing that I would ask is that on a

10   Tuesday, when we are having a Wednesday hearing, that you leave

11   those front desk clear for counsel.  If you want to store

12   something on our back tables, feel free to do so.  We have also

13   been asked that we not have anything immediately in front of

14   that bar.  What separates the gallery.  Anything on the floor,

15   if you could try to keep that floor area clear all of us would

16   appreciate it very much.

17       MR. BAKER:  Your Honor, what you are bringing up is a

18   logistical issue that it includes the problem of boxes.  One of

19   our problems is we don't yet know which of the FISA intercepts

20   the government is going to introduce into evidence.  If we have

21   to bring all of them, there are more boxes.  The government has

22   told us instead of 230, there are approximately going to be

23   100.  We have to bring more boxes to house the 230.  We would

24   like to know which of the hundred that we have to bring to

25   court as well as alert us to what is going to be presented.

1      MR. KILLINGER:  Obviously, we have been tied up the

2  last couple of days, all day, morning, tonight.  We are making

3  an effort to eliminate some of the group out of the 228 or 230.

4  Obviously, we haven't arrived at a final decision.

5      THE COURT:  Can you let the defense know by 5:00 on

6  Friday?  That way they will know what to bring with them by

7  Monday, Tuesday, Thursday and Friday of next week.

8      MR. KILLINGER:  Judge, I hadn't actually finished my

9  thought.  I want to make this clear, though we are attempting

10 to streamline the actual evidence of our case in chief, I know

11 for a fact that we are going to authenticate much more than we

12 may ultimately introduce.  That is going to be a day-by-day

13 week-to-week basis to see how the trial is going.  The bottom

14 line is any or all of that twenty-two are subject to use by the

15 government either in our order of proof or in cross-examination

16 or rebuttal.

17     THE COURT:  You will know by Friday the 130 that you

18 plan to use.  You do have the issue of the ones you may seek to

19 authenticate.  It would be appropriate for us to ask you, what

20 you are going to use Tuesday?  Monday just let the defense

21 know.  We don't have room in the courtroom to house all of

22 these boxes, so they know what to bring with them every

23 morning, and they are not lugging things, or they can bring

24 Monday what they need to use for the week, and then Friday

25 substitute it with new stuff.  But we just don't have the

1  space.  You are pretty well tight with your space as well as

2  for the United States.

3         Is anyone seeking to bring in any electronic

4  equipment?  Your personal laptops.  I mean anything else for

5  displaying projectors.  I don't want anybody to show up on

6  Monday with something and I am hearing from the marshals.

7         MR. KILLINGER:  Actually, I was going to ask Ivan, if

8  it would be all right if the government is going to come in on

9  Friday so we can set up.

10        THE COURT:  I think any time Friday after twelve is

11  fine.

12        MR. KILLINGER:  Any time Friday after twelve.

13        MR. SWOR:  May Doctor Jayyousi have permission to

14  bring in his laptop?  He has been using it to prepare for

15  trial.

16        THE COURT:  Off the top of my head, I don't have s

17  issue, Mr. Swor.  Call Ivan tomorrow, and I will give you a

18  final answer.

19        MR. SWOR:  Thank you, Your Honor.  Monday morning.

20        MR. SWARTZ:  9:30.

21        THE COURT:  We will start at 9:30.  One hour 15

22  minutes for openings.  We will be having lunch on a regular

23  basis after today.  That way none of us will be as grumpy or

24  hyperglycemic.

25        [Proceedings conclude at 4:30 p.m.]

1          C E R T I F I C A T E

2          I hereby certify that the foregoing is s accurate

3  transcription of proceedings in the above-entitled matter.

4

5

6

7

8

9  _____      _____
                        ROBIN M. DISPENZIERI, RPR-CP
   DATE FILED
10                      Official Federal Court Reporter
                        400 North Miami Avenue, Ste. 11-2
11                      Miami, FL  33128 - 305/523-5158

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## A

**Abdullah** 1:10,10
**ability** 64:13 80:23
**able** 10:14 44:2,8,12,15,21 54:3
  90:3
**above-entitled** 9:17
**absence** 55:2 60:15,16
**absent** 23:10
**absolutely** 21:23 23:7,10 56:10
  61:2
**Abu** 1:10,10
**abuse** 8:5
**academy** 69:3
**accept** 14:13,16,18,21,23,24 15:1
  15:3,5,7,8,10,13,14,17,20,21,23
  15:24 16:1,3,4,5,7,8,10,12,13,20
  16:21,24 17:1,2,3 18:15,16
  24:23,25 26:20 31:9,10,11,12,15
  33:3 35:24,25 36:14 39:15,18,21
  46:14,15,15,18 66:24,25 67:3,6
  67:14,21 68:1,2,3,11 70:17
  71:21,22 75:20 79:1,24 80:9
  83:7,8 84:24,25 85:3,4 86:6,7,9
  86:11,13,16
**accepted** 23:24 24:20 32:25 33:4,5
  33:6,8,9 35:16 39:7 50:1 70:5
  75:8,8 76:11,12 77:20 79:9
**accepting** 34:6 61:12 65:11 80:13
  85:18
**accepts** 38:9
**accident** 58:18
**accidents** 88:13,14
**accompanied** 84:3
**accorded** 8:13
**account** 70:3
**accurate** 71:11 97:2
**accusations** 69:23
**accused** 9:9 10:9,19 34:16,16
  73:11
**accuses** 10:5
**accusing** 10:3
**acknowledged** 71:15
**acquaintances** 18:22 19:22,24
**act** 34:16 61:17
**action** 26:22
**active** 28:9
**activity** 20:14 21:11
**acts** 80:17
**actual** 9:19 77:23 95:10
**Adam** 25:25 26:1 47:7
**adamant** 28:5
**add** 35:9
**addition** 18:25 32:8 38:19 45:23
  65:23 80:3
**additional** 85:12
**address** 8:14 50:16
**Adham** 1:8 4:4,9,11 13:6
**adhere** 30:17
**administrative** 20:24
**administratively** 21:7
**admissible** 59:2
**admit** 22:3
**admitted** 10:22 22:3
**admonish** 88:20
**admonished** 6:1
**admonitions** 35:5
**advance** 35:16
**advocate** 28:15
**advocates** 26:19
**affidavits** 69:25
**afforded** 85:12
**African** 32:21,25 33:7,8,10 36:6
  39:6,9 46:7,22 51:1 53:4,22 54:2
  54:2,4,4 58:12 61:21 67:18 69:12
  69:17,19 70:13 75:4 79:7,10
**afternoon** 12:2,6,14,19,25 13:1,5,8
  13:9 40:16
**afterward** 7:11 82:25
**age** 62:19 63:17
**agenda** 28:4
**ago** 74:8
**agree** 30:22 38:10,12 78:4
**agreed** 93:16
**ahead** 80:1
**Ajisa** 18:15
**al** 1:10 4:4
**Alabama** 23:9 56:2 61:3 76:9 77:11
  77:12
**alert** 94:25

**Alfonso** 90:25
**Allan** 15:12
**allegations** 11:16,17 42:3 48:23
  70:1
**allow** 60:18 71:18 83:4 84:3
**allowed** 8:8 48:13 85:17
**allowing** 38:24 77:22
**allows** 77:21 78:24
**Altanago** 4:21
**alternate** 5:4 85:12
**alternates** 5:2 6:22 83:19 84:8,9
  87:7 89:23
**Alverado** 22:14
**America** 1:4 4:3 62:22
**American** 22:12,13 25:15 29:8,14
  31:20 32:21,25 33:7 36:7 39:6
  39:10 46:22,24 50:7,11 51:1
  53:4 54:4,4 58:8,9,10,21,21
  60:16 67:19 69:12,19 75:4 79:7
**Americans** 33:8,10 39:9 46:7 53:22
  54:2,3 70:13 80:17
**AMIN** 1:8
**ample** 8:14
**analysis** 23:2 29:24 56:11 58:16
  61:3
**Andrew** 2:14 4:19 13:18
**Ann** 7:22 39:23 68:9
**answer** 28:23 37:22 48:9 51:16,17
  51:20,24 52:1,13,17 57:24 64:8
  65:17 96:18
**answered** 52:4
**answers** 66:7
**Anthony** 2:11 4:17 13:12
**anti-American** 62:9,15 63:9,17,19
**anybody** 38:18 42:7 51:4 89:1 96:5
**apologize** 83:4
**apparently** 74:8
**appearance** 61:6 70:19,20
**APPEARANCES** 1:16
**Appearing** 4:4,9,12,16
**appears** 26:25
**appreciate** 94:16
**approach** 72:2
**appropriate** 55:11 95:19
**approximately** 94:22
**Arab** 51:14 76:20 78:10
**Arabic** 24:2,2 34:15 52:7,7 86:15
**Arabs** 78:11
**area** 94:15
**Aren't** 19:17
**argued** 61:11 78:12
**argument** 10:14 20:7 21:18,22
  22:2 29:21 50:20,24 52:14,20
  54:25 57:8 60:21,22 70:4 75:15
  75:17 78:6,14 85:13,15
**arguments** 58:19
**Arias** 16:15 29:15 59:23
**Arnold** 24:25 33:22
**arrangements** 91:16
**arrest** 80:2
**arrested** 45:18
**arrived** 95:4
**article** 8:21 9:16,22 10:5,8,9,18,20
  11:14,15 41:24
**articulate** 39:12
**articulated** 23:12 47:12 62:17
  75:18
**ascertain** 89:19
**Ash** 2:24
**Ashaunte** 16:19,21,25
**aside** 8:2 21:18 28:22 48:21 70:19
  70:19
**asked** 19:6 22:5,7 26:7,8 31:1
  32:10 36:11 37:21 38:12 43:2
  47:25 62:25 65:15,16,18 94:13
**asking** 5:22 6:16 37:21 48:18
  61:25 76:24 77:2
**asserting** 21:23
**assertion** 30:16
**asserts** 78:15
**assess** 55:4
**assigned** 21:5
**assist** 93:7
**Assistant** 12:4,8,12,20
**assisting** 13:3
**associated** 36:9 74:25
**assume** 30:10
**assumption** 5:10

**attack** 38:1 63:7
**attempting** 95:9
**attention** 5:1 8:24 46:3 56:2
**attorney** 12:4,8,12,16,20 26:21,23
**Attorney's** 1:20
**authenticate** 95:11,19
**available** 9:18
**Ave** 2:5 3:3
**Aveille** 85:5
**Avenue** 1:23 97:10
**avoid** 42:21
**aware** 34:13 51:6 71:1
**awareness** 37:9
**Azevedo** 17:1
**A.F.P.D** 2:11,11,12
**A.U.S.A** 1:18,19,19,22
**a/k/a** 1:9,10,10

## B

**back** 6:21 7:13 14:6 17:8,11 18:7
  19:11 20:17,20 26:4 29:16 33:13
  39:2,2 40:20 41:7 42:9 44:6
  47:11 55:6 56:2,17 61:10 64:16
  67:16 70:20 71:10 83:9 84:14,14
  87:5 88:10 93:9 94:4,12
**backdrop** 51:7
**badly** 45:24
**bag** 11:15
**Baker** 2:5 4:11 13:4,5,5 22:1 35:9
  35:21 66:21 83:20,22 84:18 93:2
  93:8,8,10,14,17,20 94:17
**bar** 86:23 91:24 92:6 94:14
**base** 23:12
**based** 8:3 11:7 14:2 18:3,7 20:8
  28:25 41:15 43:4,24 44:3 53:18
  56:5 57:6,22 59:11 60:2,23
  81:11,11 89:19
**basically** 27:5
**basis** 21:24,24 23:11 28:5 33:16
  34:13 36:16 39:11 45:17 49:1
  53:7 54:14,18 55:10,16,19 56:13
  65:12 95:13 96:23
**batch** 4:21
**bathroom** 34:18
**Batson** 19:13,21 21:22 31:19 33:16
  50:17 65:3 73:9
**bear** 27:16 91:14
**beat** 70:6
**behalf** 4:4,9,11,12,15,16 13:6
  24:16 92:16,17
**behavior** 47:3
**belabor** 74:12 78:6
**belief** 25:22 33:18
**believe** 6:25 18:21 19:2 20:13,18
  20:22 21:10 27:8 28:17 30:16
  32:4,20 33:15 34:4 35:6 37:7
  40:23 49:4,21 51:13,16 52:6,9
  52:11 55:11 58:10 63:23 80:14
  80:15 81:2,5 82:3,25 83:2 89:12
  89:15
**believed** 47:19 48:11
**believes** 26:9 30:18 48:21 49:24
**bench** 21:5
**best** 8:14 91:15
**better** 10:8 21:8 90:4
**beyond** 36:18,20 71:6
**bias** 19:3 20:18 25:19 34:17,21
  35:14 38:21,22 51:9 52:15 55:8
  63:6 65:19,20 81:2
**Bible** 76:21,21 78:8,12
**big** 56:11 74:21
**biggest** 28:15
**Bill** 4:14
**Biscayne** 2:3
**bit** 88:11
**black** 32:5,7,9,14,19 38:23,24 39:1
  39:2,2,5,5 59:20 68:17 69:2
  70:12
**blind** 21:4 25:19 26:8
**blush** 28:18
**Blvd** 2:3
**Bob** 4:7
**Bomber** 48:3 74:20 75:20,22
**bored** 70:25
**boring** 71:2
**born** 82:1
**bottom** 60:8 95:13
**box** 2:8 25:13,15 29:6,9 36:21 51:2
  52:19 54:24 55:17 61:8 64:17

  68:22 69:17,20
**boxes** 94:18,21,23 95:22
**brain** 62:15,20,21,22 63:9,19 65:24
**Bravo** 68:4 74:11,14,18 76:5,7,19
**break** 66:13 83:20,24 84:2,4,6 88:9
  88:10 90:2
**breaking** 66:18
**Brian** 1:19 4:7 12:11
**bribes** 26:8
**briefly** 68:20 73:2 80:20
  94:21,23,24 95:6,22,23 96:3,14
**bring** 4:22 5:1 17:11 28:2 72:2
  94:21,23,24 95:6,22,23 96:3,14
**bringing** 49:10 94:17
**brings** 65:8
**Broadway** 2:15
**brother** 47:21 49:4
**brought** 41:11 63:15
**Broward** 20:22 21:6,9
**Building** 2:18
**bunch** 63:9,16,17,18,19
**burden** 27:17
**button** 42:22
**bypass** 80:12
**bypassed** 81:22
**bypassing** 81:24

## C

**C** 97:1,1
**call** 17:13 20:2 40:2,5 56:1 68:25
  69:3 71:16 74:2,4 85:24 88:3
  90:6,19 96:17
**called** 27:22 54:17
**calling** 10:2 52:2
**calm** 85:19
**Campbell** 14:21,24 15:2 17:9,14
  33:6 39:6 83:10 90:19
**Campo** 2:12 4:19 13:17
**cancel** 28:10
**candor** 7:18,19 37:7,9
**can't** 35:7 47:4 48:16 49:11,25 54:5
  54:6 62:25 63:1 82:12,18 84:16
  93:19
**captive** 41:20
**car** 88:13
**carry** 90:23 92:11
**Caruso** 2:11 13:17 24:16 71:6
  85:15
**case** 1:3 4:3 5:24 6:2,5 7:16,24 8:7
  8:10,16,17,17 9:19,21 10:10
  11:6,7 12:5 13:23 14:3 17:25
  18:4 19:4,5 20:19 21:1,3,4,5,7,8
  22:19 23:17 24:3,11 25:24 28:6
  28:7,24 40:18,22,25 41:3,9,9
  42:6,7,10,20,20 43:2,6,12,15,18
  43:21,25 44:3,9,13,19 45:3,5
  49:17 65:17 71:3 74:9 76:2
  77:19 79:18,20 82:4 88:19,22,23
  90:3,18 91:7,9,12 92:1,12 93:15
  95:10
**cases** 22:10 34:15 53:13,21 56:3
  89:2,16
**cast** 9:7,21
**categories** 77:9
**category** 29:9 50:8,14,14 77:10
**caucus** 83:18
**cause** 6:20,24 7:6 19:6,10 30:15
  32:13,15,16 33:14 34:19 35:10
  35:15 36:12 37:12 48:1,10,13,15
  48:16,25 64:16 66:7 69:7 71:7
  71:16 82:13
**Central** 23:9 56:2 61:3 76:8
**certain** 11:16 48:4 53:18 90:8
**certainly** 12:18 44:3 61:7 76:4
**certify** 97:2
**cetera** 89:17,17,17 92:7
**chair** 30:2
**challenge** 6:20,24 19:10,13,16,22
  23:4 27:9 28:5 29:5 30:5 31:19
  33:16 35:15 37:13 48:10,13,15
  48:16 55:19,23 59:9 60:24 61:20
  62:4 64:17 65:11 66:18,22 68:7
  68:15,21 69:4,7 70:9 73:9 78:21
  78:24 85:22,24
**challenged** 22:23 32:13,14,16
**challenges** 5:2,5 21:13 35:10
  40:13 55:15,17 60:23 69:19
  70:12 79:6 85:23 86:5 89:25
  90:1
**challenging** 19:23 20:10

chance 4:22
change 5:7,8,14
changed 26:3
changes 70:10
channel 91:10
characterization 71:11
charge 71:17 89:14
charged 8:19 9:10
Charles 15:12
check 37:11 94:3
Chicago 93:23
chief 21:6 95:10
choice 24:22
choose 53:24,25 54:1,17,18
chooses 21:1 85:25
Christopher 68:11 69:1
church 26:15 28:9
CIPA 93:2,23
Circuit 9:2,19 22:11,22 23:9 45:19 56:3
circumstance 23:14
circumstances 57:4
citizens 80:12 81:21,23,25 82:1
claimed 10:21 76:22
claiming 46:23
clarified 74:8
class 50:9 58:11,12 60:23 64:19 77:5,13
classes 50:19 58:14
clear 23:7,10 24:9 25:3 29:12,17 32:8 46:6,25 51:3 52:16 54:23 55:6 61:3 74:23 80:23 85:9 94:11,15 95:9
clearly 29:22 33:15 34:24 45:19 71:12
client 10:25 62:7 65:7
clients 10:25
client's 34:22
close 23:8 38:4 69:18,24 71:16
closely 55:3
closer 5:6
CNN 80:16
cobbled 23:13
cocaine 45:18
Coconut 2:6
cognizable 57:3 64:19
coincidence 29:7
collar 48:22
collectively 8:9
combat 38:20
combination 49:7 53:14,15 78:13 80:15
come 7:10,17 11:17 17:8 22:15 23:24 38:17 41:7 48:3 49:12 61:8 76:6,7 79:3 87:5 88:10 96:8
comes 6:11 11:7 42:24 44:24 45:6 45:7 49:19 54:13
coming 32:8 54:24 61:15 66:9 74:17 78:22
comment 21:12 35:9,12,19
commit 52:8
committed 52:10
common 38:9
communicated 93:8
community 23:21 78:11
companies 27:16
compare 66:1
competency 34:12,13,23
complain 54:5,6
complete 33:12 46:10 54:21 74:14
completed 90:17
completely 21:23
composed 25:8
composition 56:16 58:21 76:3
comprehend 33:15
compromise 42:3
concern 23:24 53:6 62:23 82:7,13
concerned 28:4 35:4 62:16
concerning 7:24 8:10 78:10
concerns 36:10
conclude 96:25
condition 36:9 92:8
conduct 61:24
confess 21:20
confirm 46:22
confused 66:21 74:7,8
confusion 37:4
connection 18:20 49:11 65:25 90:1 92:20

connections 20:16
consider 5:3 6:7 10:24 22:16,18 60:15 61:7 78:3 89:16
considerable 8:5 90:1
consideration 29:4 37:10 51:7 54:13 56:10,17 61:9 70:2
considered 34:17 48:20 52:17 57:20
consistent 62:19
consistently 39:1 57:25
constantly 65:9
constitution 1:23 30:17 59:3
constitutionally 57:3,6,9,19 59:1,6
consuming 92:14
contained 9:7 10:20
continue 27:25 77:8 90:3,4
continuing 62:1
contradicted 75:7
contrast 46:22
control 42:25
convenience 89:10 90:12
Convention 28:10
conversation 49:21
conversations 92:8
converted 18:24
convict 70:24
convicted 8:19 9:10 36:23,25
conviction 9:12
convince 30:19
COOKE 1:14
cooperating 92:18
copy 8:25 93:25
Corey 46:14
correct 43:15 57:12 59:15 63:4 69:15 73:4
correctly 29:22
couldn't 41:22
counsel 12:1,22,23 14:8 66:14 91:22 92:5,9 94:11
count 39:9 67:16 81:8,16 85:11
Counterterrorism 1:22
countries 24:6
country 10:23 27:22 38:21
counts 85:11
County 20:22,24 21:6 29:10
couple 4:25 13:21 21:21 60:14 65:14 95:2
courthouse 91:15,18
courtroom 11:1,8,24 14:7 17:12,19 17:23 18:12 40:3,10,14 42:18 45:13 59:17 71:25 73:14 74:6 78:18 79:16,22 84:10 88:6 90:16 92:2,10,24 95:21
Court's 5:1 8:23,24 9:18 22:6,8 32:12 54:25 56:1 70:21
credibility 52:24
credible 52:21 61:4
crime 9:10 48:22,23 52:10
crimes 8:19 52:8
criminal 7:24 26:11 34:16 82:24
criteria 78:18
criticize 28:14
cross-examination 95:15
crystallize 50:24
CSO 84:3
Cuba 62:9,21 65:25 66:2
Cuban 63:14 66:1,1
Cubans 62:11
cure 58:23
Cure-Hill 16:7 33:9
Cure-Hill's 18:23

D
Dade 20:24 29:10
damaging 9:9
DATE 97:9
David 60:6
day 1:15 29:4 30:2 62:19 63:5 91:4 91:6 95:2
days 21:21 88:18 94:8 95:2
day-by-day 95:12
deal 6:13 88:25 93:2,14
dealing 10:5
death 5:13
Debra 68:9
Decemberbert 17:15
Decembert 16:1,4,6 17:9 33:8 83:12 90:20

decent 52:7
decide 44:3
decided 7:22
decision 23:9 26:13 95:4
defend 30:9
defendant 2:1,10,17 13:15 22:12 64:25 89:16,17 92:5
defendants 1:11 8:6,18 9:12 22:9 25:21,23,24 26:14 30:7,9,11,18 43:25 44:10 52:6 82:6 89:9 92:17
defendant's 22:20
Defender's 21:12 18:13 13:11,17
defense 11:20 12:23 14:15,16,24 15:3,10,15,17 16:7,13,19 17:3,7 18:15 19:4 24:20,25 25:5 26:21 26:23,23 28:17 29:2,8,15,20 30:7,7 31:1,8,24 33:1,5,6,7,21 33:22 34:4 35:10 39:11,23 40:13 46:19,23 47:5 50:6 50:23 52:22 57:8 58:20 59:14,19,24 60:7,13 66:8 67:2,9,13 68:2,4,11 70:4 74:18 76:17 85:5,14,23 86:2 89:24 95:5,20
defense's 59:8
defer 56:22
definitions 76:13
degree 49:3
deliberations 23:23
denied 24:14
denies 35:15
Department 1:23 12:16
depending 82:4
depends 82:5
DEPUTY 59:17 73:14 76:18 84:10
derogatory 65:23
Derrick 14:21 90:19
descent 34:15
description 65:24 70:7
Desert 38:19
desk 94:11
despairing 65:23
despite 8:20 29:19
details 43:11 58:12
determinations 9:6
determine 42:23
determining 8:14 22:18
Detroit 2:19
device 10:22
devote 62:18
Diane 31:22,22
didn't 7:17 8:7 14:1 19:9 21:21 30:11 36:12 37:17,18 38:11 41:13 42:8,11 46:2 48:25 53:5 71:8 82:24 83:3
difference 9:5
different 51:20 57:24 64:6 69:20 82:3,14
diminishes 68:23
dire 6:10 19:2 22:3 32:8,9 62:10,10 62:17 64:10,16 71:2,5 80:3
direct 8:24 70:1
directions 22:8
directly 10:25
directs 49:17
Dirty 48:3 74:20 75:20,22
disagree 46:9 77:14
disagreeing 11:19,20
disagreement 78:5
disappointed 82:23
disconnect 54:23
discretion 8:6,14
discrimination 23:1 56:5 58:16 61:14
discriminatory 21:14 22:14 50:22 61:24
discuss 44:6 45:5,11
discussed 44:7 45:11 93:23
discussing 91:9
discussion 93:12
disparity 56:7 61:7,11 64:17 76:5,8
DISPENZIERI 3:2 97:9
displaying 96:5
disproportion 52:20
disproportionate 54:18
disregard 9:17
disrespect 27:23 92:3,11
dissimilar 8:17
District 1:1,1,14 3:3
diverse 31:3,4

DIVISION 1:2
Doctor 13:11 25:21 96:13
doesn't 7:18 11:3 38:8 64:16 66:3 66:12 68:16 74:13 78:25 82:11
doing 7:1 21:16 42:9 53:16,16 54:7 92:16
don't 6:7,19,21 11:4 30:13 34:21 34:21 35:2,3,3 36:20 41:15 42:9 48:5 51:16,21 52:9,23 55:10 58:10 60:21 61:18,22 64:5,18,20 64:24 65:2,15 71:10 78:6,9,24 82:20 88:16,25 93:17,18 94:8,19 95:21,25 96:5,16
Dore 2:20 4:14 13:10
doubt 71:6,14
Downs 31:5
downstairs 4:21
dozed 71:1
Dr 4:15
draw 21:4
drawn 89:11
drop 70:24
drops 70:23
due 58:15
duties 92:12
D.C 1:24

E
E 97:1,1
earlier 58:13
easily 70:25
East 2:22 26:7 51:19
easy 93:12
eaten 83:22
Edna 84:21
effect 26:12
effort 44:22 95:3
efforts 91:15
Egyptian 39:4 51:14
eight 47:7 90:22
eighteen 70:11 76:16 84:5 91:2
Eileen 69:8
either 20:19 37:8 61:14 95:15
electronic 82:19 96:3
elevator 91:24 92:7
eleven 73:13 81:14 83:16 84:11,13 90:24
Eleventh 9:19 22:22 23:9 45:19 56:3
eliminate 95:3
eliminating 29:14
Elizabeth 39:20
emphatic 80:23
empirical 37:21
employees 27:15
encouraged 31:1
endeavor 92:15
endorse 66:3
endorses 52:11 62:14 63:23 66:4
endorsing 62:19
enemies 81:20
engaged 54:8
engagement 37:9
engineers 38:11
enters 11:24 17:12,23 40:14 42:18 79:16 88:6
entire 55:6
entitled 20:1 25:10 37:24 89:9
equal 50:19 58:15 60:2,13
equates 74:19
equipment 96:4
Eric 91:2
Escobar 46:17,19 47:15,17 55:8 56:21 58:6 59:9,14 60:5
especially 52:22 81:20
ESQ 2:2,5,7,14,18,20,24
essence 50:17
establish 20:21 56:20 76:9
established 20:13 79:8
establishes 32:20
Estopinales 15:3
et 4:4 89:17,17,17 92:7
ethnic 20:5 55:18
ethnicity 19:17 53:19
evaluating 34:22
events 51:5,18 52:3
everybody 37:24
evidence 8:3 9:20,20 11:7 44:3,13 70:22 94:20 95:10

exact 60:25
exactly 51:21 63:3 85:13
exam 74:17
example 21:2 44:24 48:2 70:24
examples 58:17
excess 5:12
exchange 51:11
exclude 52:23
excluded 57:5 62:1
excluding 20:11
exclusion 61:14
excuse 5:4 27:12 34:10 36:12
  62:10
excused 7:5 28:19 30:15 35:22
  39:13 50:2 59:14,16,18,20,23,25
  60:6,6 69:6 71:19 73:10,10
  77:22,22 80:7 83:5 89:23
excusing 4:23 20:7 24:13 25:16
  55:22 75:15 80:21
executed 26:9
exercise 17:7 30:5 45:22 48:16
  60:24 85:24
exercised 25:6 33:9,10 39:11
  50:18 78:3 79:10,12 80:18 89:24
  89:25
exercising 21:13 29:4 35:20 55:22
  59:8 60:22 62:3
exited 17:19 42:16
exits 14:7 18:12 40:10 45:13
expect 26:22,23
expected 11:21
experience 6:3 69:22
experiences 26:7
explain 91:18
explanation 22:23 25:11 29:12
  37:6 45:21 52:18 74:18 75:3,11
  75:23 79:13,13 80:11
explanations 81:12
explode 10:22
exposure 9:11
express 53:5
expressed 25:18,22 47:24
expressly 34:14 48:20
extensive 30:12
extremist 62:16 63:9
eyeball 4:23
e-mails 93:1

**F**

F 97:1
facia 21:12 22:19 23:1 61:24
facially 52:21
fact 9:13,20 20:17 21:7 25:7,14
  27:12 38:22 42:10 48:20,21
  50:13 54:12 56:15 57:4 59:13
  61:9 64:25 66:8 68:7 71:10 75:7
  79:12 89:11 93:15 95:11
factor 27:25 53:15 65:1,2 78:2
factors 27:24 53:14,14,15 61:5
  65:6
facts 7:25 11:6 93:15
factual 9:5
factually 8:17
fair 5:11 14:3 18:4,8 29:18,19
  30:16 40:21 41:3,16 43:5,25
  44:8 47:25 54:7 60:19 64:13
  65:17 76:1 80:24
fairly 11:7
fairness 29:1
faith 76:2
falls 29:8 47:1
false 69:22,25 70:1
family 63:14 66:1 69:24
far 81:22 89:19
Fargo 4:19
father 18:23
fault 21:8 38:14
faulted 38:4
favor 81:24
favorable 29:1
favorably 78:18
Fax 2:16
Federal 2:12 3:2 4:18 8:13 13:13
  13:16 97:10
feel 34:18 48:19 94:12
feeling 71:8
feelings 8:20
feels 62:20
felt 52:2 74:24

female 31:21 32:5,19,21 39:1
  69:12 77:12
females 32:7,9 39:5 68:18 69:2
  70:12 79:7 89:21
fifth 32:23
fifty 22:21
fight 30:11
file 93:10
FILED 97:9
filled 80:25
final 95:4 96:18
Finally 37:1 71:15 76:3
financial 27:1,2,11,17,22
find 5:25,25 33:17 38:14 50:23
  56:15 59:4 70:23 80:19 82:24
finding 56:13 58:16 59:1 61:6,10
  61:14,23 65:3 79:4,13
finds 61:4
fine 6:23 96:11
finish 10:14,15 57:16,17 84:9
  88:17
finished 95:8
first 4:20 8:11 9:13 11:22 13:22
  14:10 17:8 19:12 28:18 29:20
  42:11 45:25 47:17 59:4 61:13
  62:8 69:14 75:6 77:3 84:4 91:5
  93:9
FISA 94:19
fits 64:19
five 16:25 69:13,17,19 75:4 83:12
  85:23 90:21
FL 1:21 2:3,6,8,13,22 3:4 97:11
Flagler 2:13,22
flat 10:5
floor 2:3,15 3:3 84:4,11,12 94:14
  94:15
FLORIDA 1:1,6
flow 10:25
fluent 24:2,2
focused 28:22
follow 22:5,7 26:10 34:25 35:4
  44:15 70:21 71:9 73:1 74:1
  82:12 87:1 88:1 93:11
followed 35:5
following 32:17 90:8
follow-up 32:10
force 63:15
foregoing 97:2
foreign 81:19
foremost 91:5
forget 26:13
forgot 64:4
form 38:7
Fort 21:1
forth 30:22
forthrightness 46:4
Fortunately 29:25
forty 70:14
forward 5:14 7:17 22:15 28:17
found 6:2 33:19 82:24
foundation 21:19 24:10
four 5:4 22:25 27:21 32:25 33:9
  46:22 47:2 51:2 58:21 61:15
  81:13 83:12 86:2
fourteen 74:15 90:25
fourth 16:6 32:4,19
frank 26:24
Frazier 1:19 4:7 12:10,11
Fred 85:8
free 11:18 40:9 55:18,18,18 88:8
  94:8,12
freedom 26:20 28:13
Friday 94:7 95:6,7,17,24 96:9,10
  96:12
friend 18:21,22,24
front 65:16 75:21 94:11,13
full 75:3
further 19:1 20:20 23:11 47:10
  91:4 93:4
future 35:7
F.2d 7:22
F.3d 22:10 23:10 45:21 56:4

**G**

G 1:14 2:14
gallery 94:14
game 46:21
gap 93:3
Garcia 60:6,11 62:4,8 65:14,15,16

65:19,22 66:18 73:8 86:11,21
  88:5
Gardens 28:9
Garz 91:2
Gay 31:22,22
gender 20:5 54:12 57:22 81:11
genders 69:20
general 5:22 28:21 35:10
generalization 23:24
generic 35:19
gentleman 41:10
gentlemen 4:2 10:9 11:25 12:2,7
  12:11,15,19,25 13:9 14:5
  17:17,24 18:11 40:4,8,15,16
  79:17,20 86:17 88:7,7 90:17
  91:3,13,23 92:6,13,19
getting 52:25 60:19 61:21 63:2
  66:16 67:16 88:18
Gina 91:1
Giovanni 86:11
give 23:4 49:8 53:13,14 54:11
  61:11 65:6 67:15 80:10 83:24
  84:2,5 88:11 89:14 90:2 91:4
  96:17
given 47:11 64:17 66:8,8 70:3 71:3
  75:7,11 88:14
gives 82:7
giving 5:3
Glenn 24:22
go 5:13 10:15 17:18,21 20:17 26:4
  28:16 29:15 33:13 40:20 42:14
  43:12 55:6 58:13 60:18 69:3
  74:2 80:1 83:9 84:7,9,11,13 87:4
  88:8,15 90:1,3,13 91:20 92:20
goes 8:4 19:16 20:20 31:23 35:14
  53:23 55:17 62:12 64:8 68:16
  79:12
going 4:24 5:24 14:9 20:22 21:20
  25:21 29:6 30:3,4,5 31:2,18
  33:15,19 34:22 35:6,17,18 39:4
  39:14 41:23 44:25 45:3,4,7,14
  47:1,11 49:8 52:20 53:1 54:7,17
  54:24,25 55:1,4 58:25 61:5 62:4
  64:16 65:21 66:12,17 71:4,18
  74:11 75:17 76:19 82:25 83:4
  84:2,3,3,6,16,16 85:23 87:4 88:9
  88:10,20 89:13,19 90:13 91:25
  92:7,14 93:11,17 94:20,22,25
  95:11,12,13,20 96:7,8
Gonzalez 7:10
Good 4:2,6,10,14,17 11:25 12:2,6
  12:14,18,25 13:1,5,8,8 40:16
government 1:17 9:1 10:21 14:10
  14:12 15:5,12,19 16:1,10,17
  16:21 17:1,8 18:17,25 19:6 20:7
  20:11 21:1 22:12,15,24 24:21
  25:4,20 26:19 28:14 29:1 31:5
  31:23 32:5,10,13,15,17,18 38:9
  38:21,23 39:14 53:3 54:15 59:17
  60:1 65:9,12 66:23 67:11 68:9
  69:9 71:4,20 75:4 76:15 77:4
  78:22 80:7 81:24 82:11 84:21
  85:2,8 86:4 89:10,25 91:22 93:5
  93:8,9,9,22 94:2,2,20,21 95:15
  96:8
government's 5:8 19:25 20:4,14
  21:8,11,12 24:22 30:10 42:4
  66:9 70:11 79:6 89:5
grant 6:24 35:11
granting 35:11
grasping 29:13
great 49:3 52:22 66:7
GRF 93:23
Griswold 2:19
ground 50:2
grounds 9:22 10:4 20:8 31:19
  36:18 46:4
group 57:3,7,9,19 58:4 59:6 79:15
  95:3
groups 51:15
Grove 2:6
grumpy 96:23
guess 6:14 82:5
guilt 9:7,17
guilty 30:8,11,18 36:25 65:21
  70:23 80:19
gun 70:22
Gustavo 84:23 90:24
guy 27:4
guys 85:19

**H**

hadn't 95:8
half 57:14,15,16
hallway 74:5
Hammerle-Titsworth 67:9
hand 11:4 40:19 50:20 79:19
handed 8:16
handling 94:1
happen 8:8 44:23 91:8,10
happened 6:13 23:20 43:1 70:7
happy 23:6 24:9 39:12 46:5,10
hard 9:8 26:13
hardship 27:13 76:22
hasn't 35:5 48:3 77:4
hassle 88:25
Hassoun 1:8 2:1 4:4,9,11 12:24
  13:2,6 24:18 30:21
hate 46:21
haven't 43:13 69:1 83:22 95:4
head 96:16
health 34:11
hear 25:23 27:19 29:6 35:3 42:2
  46:23 66:11 78:8
heard 5:23 6:4 7:15,19 11:11,16
  13:22 14:1,2 17:25 18:3,7 31:1
  34:23 40:18 41:9,25 42:20 43:3
  43:5,7,9,13,15,17 46:1 51:1,5
  58:19 65:13 69:1 75:22 77:16
  80:24
hearing 19:14 34:12 77:18,25
  78:20,21,23 93:4,18 94:10 96:6
hearings 93:19
hears 61:4
heart 82:9
hearts 82:9
Heath 2:21
Heilman 15:17 26:16,18 28:23
  29:12,16,21 47:12 55:7 58:5
held 41:20
Hello 13:15
Henry 16:10 26:4
Herald 80:4
Heredia 35:23 40:1,6 83:14 90:22
Hernandez 23:18 24:3 80:8 83:5,5
higher 20:23 39:3 46:8
highly 9:8,17
hired 28:8
Hispanic 25:9 49:9 50:4,5,25 57:23
  58:3,6 59:11,14 60:2,3,14,17
  61:15 62:7 64:20,23 65:7,7,12
  68:15,22 75:10,15,16 76:7,14
  77:7 81:10,13,15
Hispanics 32:15 47:7 62:1
history 52:3
hold 9:11 23:14 27:3 85:18
holding 28:22
hollow 58:24
home 26:17 40:9
HONORABLE 1:14
Honor's 30:1 56:17 61:6
hook 74:13
hope 7:17
hopefully 88:13
hoping 31:3
hour 96:21
house 27:1 94:23 95:21
housekeeping 94:5
Houston 45:20
howled 30:14
Hughes 15:10 33:6 59:20
hundred 19:4 94:24
hyperglycemic 96:24

**I**

Ibrahim 1:9
idea 37:3 75:14
ideas 23:13 24:7
identified 90:7
ignorant 7:25 11:4,5
ignoring 47:4
illustrates 53:1
imagination 29:11
imagine 89:1
immediate 8:13 65:25
immediately 43:12 91:8,10,11
  94:13
impanel 8:11
impartial 8:11 40:22 41:3 47:25
impermissible 20:3 53:16 56:14

71:17
**important** 25:24 27:23 28:11
**impressions** 8:2
**inability** 70:20
**inadmissible** 9:20,21
**inadvertently** 41:11
**inappropriate** 49:20
**incident** 37:3,16
**incidents** 7:25
**inclined** 48:8
**included** 9:21 47:7
**includes** 94:18
**including** 25:11 47:11
**inclusion** 78:16
**incorrect** 57:13
**indicated** 5:11,12 7:10 19:3 28:25
  29:19 36:18,22 37:2,4 45:24
  60:13 64:12,12 65:19 70:23 71:5
  71:12 75:9
**indicates** 24:5 65:20
**indication** 29:13 76:1
**indicative** 19:25
**indict** 21:1
**indicted** 21:3
**individual** 11:11 24:5 36:9,18,22
  37:1,11 64:18 69:21 70:19,21
  77:4 78:15 80:1,2,4
**individually** 8:8 81:5
**individuals** 46:7 52:15 57:5 76:2
  76:22 81:3,6 91:24 92:2,6
**indoctrination** 62:9,11,12
**indulgence** 32:12
**inference** 22:14 56:5 57:5 89:11
**influence** 23:23
**informally** 14:9
**information** 9:7,9,12,16,16,17,25
  10:4,20 24:7 76:19 78:10
**informing** 61:9
**informs** 56:11,16 76:22
**initial** 71:1
**initially** 45:23
**innocent** 30:19 36:23
**inquire** 11:10 21:15 23:11
**inquires** 77:19
**inquiry** 10:7 11:11 37:21 49:18
**insight** 23:4
**instance** 8:11
**instances** 39:5
**instruct** 44:18 89:8 91:5
**instructions** 22:6 34:25 44:16
  70:21 88:12,14 89:8,13 91:4
**insulted** 75:1
**insulting** 76:25
**intent** 22:14 76:10
**intentional** 58:16
**intentionally** 26:25
**intercepts** 94:19
**interested** 37:19
**interesting** 27:11,19,25 37:23
**internal** 20:24
**Internet** 41:11 42:8 44:20,20 89:3
**interpret** 65:20
**interpretation** 62:13 63:25 64:2,3
**interpretations** 66:4
**interpreting** 64:8
**interprets** 42:24
**intervened** 6:8
**introduce** 12:1 94:20 95:12
**invalid** 49:16
**involved** 8:1 10:1 42:10 82:5
**involves** 27:12
**involving** 34:15 37:17 65:14
**Iron** 24:6
**Isador** 31:14,16
**Islam** 52:11 62:14 63:23 64:7 66:3
  66:4 74:22
**Islamic** 76:2
**isn't** 6:2 9:17 28:6 29:25 48:22 79:3
**issue** 6:19 8:15 24:4 34:13 55:9
  56:3,22 62:3 71:3 93:3 94:18
  95:18 96:17
**issues** 8:10 28:22 29:1,18 69:21,22
**item** 93:22
**items** 65:14
**it's** 5:25 20:25 22:17 24:22 26:12
  31:19 34:4 50:9 55:17,23 56:15
  60:2,10 61:10 65:10 71:2 78:13
  82:19 89:2,3 90:12 93:24
**Ivan** 59:16 92:20 96:7,17
**I'm** 30:24 33:25 55:8 61:22 63:21

67:23 70:16 85:21

---

**J**

**Jackson** 16:19,21,25 17:10,15
  33:9 39:8 83:13 90:21
**Jayyousi** 2:17 4:13,15 5:19 13:7
  13:11 25:22 96:13
**JAYYOUSSI** 1:8
**Jbaker@fourdefendants.com** 2:6
**Jeanne** 2:5 4:11 13:4,5
**Jennifer** 15:19 67:11 90:20
**jihad** 66:6,8,10 80:16,24,25
**Joe** 22:10
**John** 1:19 4:6 12:3 63:20
**join** 5:17
**joined** 21:4
**joining** 5:19
**joint** 5:20
**Jorge** 16:15 39:17 80:8 86:13
**Jose** 1:9 13:14 16:15 46:17,19
**Juana** 67:5,7
**Judge** 1:14 4:21 8:9,12,23 10:12
  10:13,17 19:15,23 21:6,6,6
  24:11 27:6 28:15 32:4,7 34:24
  38:6 46:25 47:14 48:14 49:7
  53:2,15 56:3 58:24 61:2 68:23
  71:7,13 74:11 79:3 81:8 84:7
  85:21 94:3 95:8
**judges** 8:13 27:9
**judgment** 29:25
**judicial** 65:20
**June** 21:5 80:6
**jurors** 4:20,22 7:18,19,25 8:8 9:11
  9:22 11:4 17:16 19:5 20:7 27:12
  27:14 28:19,24 29:5,6 30:4
  32:11,25 35:1,11 36:19,20 37:3
  38:23,24 39:1,2,2 40:2 41:5 42:2
  44:7 45:12 46:23 47:24 49:5
  51:2 53:22 54:24 55:3 56:6,7
  58:22 64:11 66:13 69:17,19 75:8
  75:15 77:1 81:13 83:23 84:1,4,5
  88:9 89:20 90:6 92:18
**Justice** 1:23 12:16
**J.E.B** 77:11,12

---

**K**

**K** 1:19
**Kara** 86:8 91:1
**Kathryn** 67:9
**keep** 35:2 44:2,12 62:7 84:16 94:15
**keeping** 20:4
**Keith** 15:10
**Ken** 4:10 13:1,6
**KENNETH** 2:2
**ken@swartzlawyer.com** 2:4
**kept** 26:22
**key** 23:20
**kids** 45:8
**Kifah** 1:8 4:12 13:11
**Killinger** 1:18 4:7 12:18,19 94:3
  95:1,8 96:7,12
**kind** 19:13 29:23 37:22 60:18,25
**Kitchen** 15:12 29:16
**Klucar** 39:14
**knew** 42:10
**knock** 38:23
**know** 6:7,19,21 20:3,19 27:9 30:13
  37:17 38:5 42:10 43:4,14 53:23
  58:3 63:13,14 64:5 66:15 77:15
  78:7 91:13,14 92:8,13 93:17,18
  94:1,19,24 95:5,6,10,17,21,22
**knowing** 30:3 86:2
**knowledge** 25:19 52:5
**knows** 19:19
**Kosovo** 47:21 49:4

---

**L**

**Labrada** 67:22,25 74:3 83:15 90:23
**lack** 21:8
**lacks** 37:7
**ladies** 4:2 11:25 12:2,6,10,14,19,25
  13:19,19 14:5 17:17,24 18:10
  40:4,8,15,16 79:17,20 86:17
  88:2,7 90:17 91:3,13,23 92:5,13
  92:19
**laid** 50:24
**language** 10:1 23:20 89:15 93:8,10
**laptop** 96:14
**laptops** 96:4

large 27:15
largely 8:12
latest 76:7
**Lauderdale** 21:1
**Lavon** 46:14
**law** 9:11,3,21 24:11 25:10 49:17
  50:19 61:1 71:9,13 77:19 78:1,1
  78:9
**laws** 80:11 81:22,25 82:11,12
**lay** 8:1
**leading** 56:2
**Leanne** 17:21
**learn** 63:15
**learned** 52:3
**leave** 92:2,10 94:8,10
**leaves** 74:6 79:22 92:24
**leaving** 5:15
**Lebanese** 51:14
**Lee** 39:23
**left** 5:9 42:19 47:1 86:2
**legal** 21:19 26:20 36:19 56:22
  66:12 88:16 92:25
**legitimate** 29:3 37:10 49:1 53:17
  55:9,10
**Lena** 67:13
**Lenamon** 2:2
**length** 71:4
**lengths** 52:22
**lengthy** 27:13
**letting** 5:3,4 74:10
**levels** 24:8
**Lewis** 17:21 39:23 42:17,19 44:5
  70:16 71:18
**life** 37:24
**Lija** 79:15,23
**likewise** 53:7
**Lillie** 31:5
**Limbaugh** 76:20 78:11
**limits** 27:14
**Linda** 2:7 4:11 13:3
**Lindamoreno.esquire@gmail.c...**
  2:9
**line** 63:22 95:14
**lines** 93:21
**link** 48:2
**list** 33:4 66:15
**listen** 27:8 41:22 42:7 44:13,19
  45:9 91:6,12
**listened** 43:13
**listening** 42:24
**literally** 35:16
**little** 47:10 88:11
**live** 88:23
**livelihood** 81:21
**lives** 81:21
**living** 45:6
**location** 90:17
**logistical** 94:18
**long** 8:9 30:13,24 41:23,24 55:21
  82:1
**longer** 35:7
**look** 19:14 20:1,14,17 32:18 35:2
  53:24 55:9 64:15 71:10 75:24
  76:3,4 80:22
**looking** 8:25 21:20 38:23 76:23
  79:2
**looks** 9:25 21:10 51:8 52:19 58:19
**Lopez** 39:17 59:16
**lot** 36:24 38:6 70:8 82:7 92:15
**louder** 35:7
**Louis** 2:20,21 4:15 8:16,23 9:4,24
  10:13,17 11:9 13:10 18:19 19:11
  19:15,20,23 20:9 21:10 22:17
  24:13 32:4,23 33:13,17,24 45:16
  82:21
**Love** 14:16 18:24
**lower** 32:17
**lugging** 95:23
**lunch** 66:16 83:24 96:22

---

**M**

**M** 97:9
**Macedo** 31:8,11,13 39:25 40:6
  50:1,10 58:22 60:4 75:8,10,15
  83:13 90:21
**Mack** 67:13,17,23
**Macnam** 69:7
**Mae** 31:5
**magazines** 90:14

**making** 20:7 26:13 30:21 37:14
  55:19 56:13 59:1 61:23 79:4,5
  89:7 95:2
**male** 25:9,13,15 26:3 29:8 31:20
  34:8 36:7 38:23 39:10 49:9
  50:11,25 53:4 57:23 59:12,14
  60:2,3,17 62:7 64:20,23 65:7,8
  65:12 68:7,15,21,22 75:10 76:14
  76:14 77:7,10
**males** 25:6,12 29:14 32:14 39:5
  46:24,24 50:5,7 60:14,15,16,17
  61:15,16 65:10 68:8 76:6,7
  77:9 89:24 74:19,23 80:11 82:22
**man** 25:8 30:2,6,8,13,14,16,20
  57:9 69:2 74:19,23 80:11 82:22
**manner** 50:22
**man's** 19:2
**Marcia** 1:14 90:21
**Marcio** 31:8,11 40:5
**Marcus** 56:3
**Maria** 17:1 85:5
**MARIE** 3:2
**marine** 47:21
**Marines** 49:4
**Marjorie** 2:24 4:15,19 13:10
**Mark** 15:17
**marshal** 90:11
**Marshall** 22:13 10
**marshals** 91:18 96:6
**Martin** 16:1,4 90:20
**Martinez** 68:11 69:1,6 74:15,16
**Mason** 2:25
**material** 6:25
**matter** 9:14 12:9,17 28:21 34:24
  48:12 90:1 92:17,18 97:3
**matters** 56:16 92:25 93:2 94:5
**Ma'am** 9:24 18:7 40:23 41:10,14,17
**McFadden** 32:2 33:13 34:1
**McNamara** 41:6,8 47:3 69:6
**mdl@sinclairlouis.com** 2:23
**mean** 11:4,5 38:6,8 61:22 63:10
  68:16 96:4
**meaning** 81:1
**means** 43:14 65:3 77:21 94:7
**meant** 27:23 64:11
**measure** 36:20
**mechanism** 58:15
**media** 69:23
**medical** 36:9
**member** 18:23 22:20 31:4 57:3
  69:24
**members** 18:19 22:23,25 89:20
**membership** 57:6
**men** 10:6,18 76:6
**Meneses** 39:20
**mental** 34:11
**mention** 19:9
**mentioned** 43:2 50:15
**mere** 64:24
**merely** 7:19
**Mesa** 86:13
**met** 13:23 17:24 40:17 42:5 79:17
  91:16
**MI** 2:19,25
**Miami** 1:2,6,21 2:3,13,22 3:3,4
  12:12 28:8 97:10,11
**Michael** 2:11 13:17,24 17:5 68:4
**Michelle** 15:23
**microphone** 7:3,4 18:6 40:24
**Middle** 26:7 51:19
**military** 47:22 49:6
**mind** 6:10 20:4 44:2,12 53:6 62:7
  64:6
**minority** 22:23
**minute** 37:23
**minutes** 96:22
**miracle** 7:13
**misrepresentation** 7:1
**misspoke** 70:16 73:11
**mistake** 6:18
**mistreatment** 11:17
**mistrial** 9:23
**mix** 84:16
**mixed** 11:15
**modern** 62:13,19 64:3 88:25
**moment** 5:14 7:21 16:3,23 25:13
  44:8 51:8 53:20 74:8 83:18
  85:20 91:19
**Monday** 88:13,15,19 90:3 92:22
  94:7 95:7,20,24 96:6,19

monitored 34:12
Montgomery 7:22
months 27:21
moon 30:14
Moreno 2:7 4:11 13:3
morning 4:1,2,6,10,14,17 11:25
42:11 66:14 70:20 76:13 91:17
92:22 93:10 95:2,23 96:19
Moses 36:13
motive 59:2
move 48:15 66:12,17 78:7
moving 60:5 65:9
muddying 58:7
Mujahir 1:10
multiple 89:16
music 42:24
Muslim 18:21,21,22,23,24 20:12
20:19 21:14 22:4 51:10 62:18,18
63:6,10 64:13 76:20 81:2,5
Muslims 19:1 20:15,16,19,23 22:8
22:9 34:15 47:19 48:7 51:14
62:12,22,22 66:10 75:2 89:6,22
89:22
Myrtle 14:12

N

N 2:3
NAACP 28:10,10
name 12:3,7,11,15,19 13:1,9,12,24
17:13 19:2 26:2,3 40:5 50:2 64:5
74:2,4 90:6,7
named 17:16
names 88:3
Natale's 50:24
Natalie 75:19
nation 18:23
national 20:5
nationals 82:2
native 22:12,13
nature 66:12
Navy 38:20
necessarily 6:2 58:4 81:1,4,7
necessary 27:22
need 6:22 13:21 20:3 80:11 81:22
84:5 93:14 95:24
needed 70:24
needs 47:10 70:23 75:12
Neither 83:23
nervous 27:2
Nesmith 36:4 39:2
neutral 21:15 28:18 45:21 49:9
53:6 55:22 60:24 62:3 77:20,21
77:22 78:25 79:2
never 46:1 55:9 80:24
new 2:15,15 64:3 95:25
news 8:18 9:7,21 24:5
newspaper 8:21 9:22 41:25 89:2
91:10
nice 88:23
niece 69:24,25 80:4
night 83:22
nine 32:10,12 39:10 67:1 70:11
73:12 83:15 90:22
nineteen 47:8
Ninety 35:3
nonAfrican 25:14 29:7,14 31:19
39:10 46:24 50:7,10 58:8,9,10
60:16
noninvidious 22:16
normal 5:6 43:11 89:12,14 94:8
North 3:3 97:10
notes 21:20 37:11 72:2 76:23
notice 27:20
notion 21:22 66:10
notoriety 28:7
nuclear 10:22
number 5:11 7:6,9 14:12,15 15:2,9
15:22 16:25 17:21,22 18:13 24:2
26:16 31:8,13 35:12,23 36:1
39:25 40:1,12 45:19 46:16 47:24
49:5 56:6 60:8 62:1 63:5 67:1
69:8,17 70:22 71:23 73:3,12,13
73:13 75:24 76:5,6 83:10,10,11
83:12,12,13,13,14,15,16,16 85:1
85:5 86:8,10,12,13,17,19,20,20
86:21,21 90:19,22,25
numbers 32:6
nurseries 63:16
nursery 63:18

Nussbaum 2:21
N.E 1:20
N.W 1:23

O

object 69:11
objecting 59:5,8,13
objection 6:16 24:13 49:24 57:1,20
59:5 60:12 81:11
objections 24:17
obligation 8:10
obvious 38:16,22 62:6
obviously 6:20 38:17,20 65:25
69:21 95:1,4
occasion 35:2
occurred 51:18
Ochoa 23:8
odd 19:5
offensive 76:25
offered 37:6 56:12
office 1:20 2:8,12 4:18 13:13,17
94:4
officer 68:25
Official 3:2 97:10
oh 6:12 7:4 63:21
Ojeda 17:20 18:13 59:25
okay 47:8 55:23 63:13
once 43:20 79:2 91:24
ones 7:7 27:16 84:13,14 95:18
open 20:4 44:2,12 74:1 88:1
opening 19:14 93:14
openings 96:22
open-ended 7:15
operating 20:24
opinion 23:19 37:16,17,22 38:1,8
38:12,13,17 56:4
opinions 8:2
opportunity 7:2 74:14 81:8
opposed 19:4,18
opposing 57:5
opt 24:16,17
order 27:1 47:4 81:25 95:15
orders 88:18 90:8 93:19
ordinary 28:7
origin 20:6
originally 21:5
Orlando 2:12 4:18 13:17
Osman 18:15 19:25 20:10,12 21:14
22:3 23:5 24:1,13,20 32:21
89:23
ought 27:10
outside 42:14,15
overthrow 26:19
O'Farrel 83:11
O'Farrell 15:19,22 17:9,14 90:20
O'Quinn 7:1 31:25 33:24 34:1

P

Padilla 1:9 2:10 4:16 10:19,22
13:14,15 24:16 34:13 42:3 45:24
46:1 48:3 74:20 75:9,19,22
78:17
Padilla's 11:16
page 9:4 23:18 33:14 46:1 51:11
60:9 63:4,22 71:2 80:22,22 81:1
82:16 91:11
pains 11:18
Palestinian 51:14
Palestinians 51:10
panel 18:20 20:12 22:9 31:4 32:7
32:11 46:9 53:24 54:4,5,6,6,11
54:16,18 55:1 68:16 77:23 81:14
89:21
parking 70:8
part 57:18,19 61:3 89:12,15
partially 63:2
particular 28:6,19,23 48:18,19
54:12 56:6 82:10
particularly 23:18 25:21 27:13
33:17 55:7
parties 57:5
party 59:5
Pass 18:6 40:24
passes 52:23
Patel 2:14 4:19 13:18
path 6:9,18
patter 21:11
pattern 19:1 20:14,18 21:24 22:17
22:18 23:8,10 25:10 29:13,17

32:8,20 33:11,19 34:9 38:15
39:11 46:10,23,25 49:19,24,25
56:16 76:9 79:11
Paula 15:5 90:20
Pauline 14:16
pause 61:12
pay 26:8 46:2
paying 27:17
pedophile 10:3
peers 22:21
pejorative 10:2 11:4
Pell 1:22 4:7 12:14,15 93:7
penalizing 27:4
penalty 5:13
pending 6:20
Pennycooke 13:24 17:5
Penobscot 2:18
Pentagon 37:2,5
people 6:1,8 11:16 19:18 20:19
25:20 26:8,15,18,22 27:15 28:3
28:14,14 34:15 35:4 36:23 38:6
47:19 48:2,4,21 49:5 51:10,13
54:10 61:8,8 62:9,14,20 63:14
65:24,25 66:9 75:2,4,21 80:19
81:2,5 82:5 84:6 89:2
percent 22:21 32:9,10,13,14,15
35:3 46:9 70:14 89:5
percentage 20:23 32:17 46:8 56:7
56:8 70:13
perception 8:13
peremptories 5:12 20:2 35:13,17
35:18,20 85:10
peremptory 5:5 20:4 23:4 27:9
28:4,5 29:5 30:5 37:14 45:22
48:2,16 50:18,21 55:3 66:9 68:2
68:19 70:8 78:9 79:9 71:17 78:21,23
79:10 86:4
perfect 88:23
perfectly 24:3 53:1
perform 27:23
period 49:19
permissible 56:14
permission 92:11 96:13
permitted 8:7
person 19:6,23 24:1 34:11,14
35:18 50:15 57:2 62:24 66:7
67:19 68:24 74:24 80:16 82:8,10
personal 21:18 69:22 70:1 71:8
96:4
personally 49:2
persons 36:24
persuasive 63:1
pertaining 43:11
pervasive 89:1
phase 13:20 40:17
phases 71:1
Phillipines 26:1
phrase 6:7
physically 37:25 38:5
pick 11:3
picking 38:16 54:5
picture 56:11
piece 56:21
ping-pong 46:22
place 29:20
plainly 28:23 29:18
Plaintiff 1:5
plan 66:17 95:18
plans 27:3
plausible 29:23 75:23 81:12
play 23:25
playing 71:4
plea 65:18,21
pleading 93:24
please 11:23 12:10,18,23 14:6
17:11,13 28:1 40:4,5,6,6,18 41:6
41:7 44:6 45:11 47:15 71:24
72:2 74:2,4 77:8 79:19 86:22,23
88:3 90:15 91:23 92:5,21
pleasure 13:11,13
plot 10:22
point 10:18 20:11 21:12 35:5 46:8
47:9,13 48:25 53:9,10,10,12
55:2 58:13 60:14 62:14 75:11
78:6
pointed 29:22
points 11:19,20
police 68:25 70:6 74:17
pool 24:1 31:2 61:16,16 70:14
77:23 84:17

pools 27:14
population 76:20
portion 9:6
position 8:23 11:2 42:4 48:24
69:16 93:20
possession 45:18
possibility 22:20
possibly 27:21
Post 2:8
potential 11:24 51:9
potentially 10:21
powerful 70:2 78:7
practicing 89:21
preaching 64:4 66:5
precautions 27:22
precisely 90:9
preemptory 21:13
preface 7:16
prejudice 10:24 25:19
prejudicial 9:8
preliminary 89:8
premised 21:22
premium 20:15
prepare 90:3 96:14
prepared 5:13
preponderance 29:24
present 30:7 37:25
presented 94:25
press 90:7
pressed 9:8
pretrial 7:23 8:15
pretty 96:1
prevent 14:3 18:4,7 40:21 41:3
43:5,25
previous 18:20 20:15
previously 8:19 9:10 85:15
prima 21:12 22:19 23:1 61:24
principal 26:21
principals 30:17
prior 25:12 82:23
probably 93:11
probative 9:7
problem 10:20 55:1 94:18
problematic 77:25
problems 28:13 94:19
procedures 20:25 91:19
proceed 13:20
proceedings 1:13 73:1 74:1 87:1
88:1 96:25 97:3
proceeds 51:25
process 11:18 19:2 23:11 29:2
35:15 49:20 53:25 54:2,7,8,25
58:15 64:11 80:22
professional 34:12
profoundly 47:20
projectors 96:5
promise 44:23
proof 30:10 76:10 95:15
proportion 5:6,7,8 46:8
proportional 78:2
proportionality 60:22 61:10 77:24
proportionate 60:20
proposal 93:5,5
propose 51:7
prosecution 22:23 40:12
prosecutor's 45:22
protect 80:12 81:20,25
protected 50:8,9,14,14 57:7,9,19
58:11,12 59:6 60:23 77:5,10,13
protecting 9:12
protection 50:19 58:15
protective 50:19 58:14
proved 9:21
provide 24:9 32:6 46:5
provided 8:25
public 2:12 4:18 13:13,16 27:15
80:5
publicity 7:23 8:15
Puerto 1:10 70:6 74:25 75:1,1
76:24 78:16,17
pulled 42:8
purposeful 61:14
push 47:10 61:22
put 26:25 27:2 28:17 30:22 47:4
48:21 58:17 66:6 71:2 75:1,12
P.A 2:21
p.m 1:7 79:16 92:24 96:25

Q

question 5:22,24 7:14 8:7 11:6
  22:7 32:10 34:14 46:3 47:1,18
  47:20 51:9,17,21,23,25 52:4
  55:3 63:5,11 71:13 75:1 76:24
  78:16 80:14
questioned 8:9
questioning 29:19 32:18 36:18
questionnaire 28:25 34:20 35:13
  45:24 47:18 51:22 52:19 62:8,17
  80:25
questionnaires 58:4
questions 13:21 33:24 63:6 64:13
  77:2 80:12,13 89:20 91:1
quick 90:2
quickly 93:11
quite 6:7 26:24 66:16
quota 60:25
quote 23:20 33:14 36:24,24 51:18
  51:19 56:5 71:14,16

R

R 97:1
race 19:17 20:4 21:15 28:18 32:19
  49:8 50:14 53:6 54:12 55:22
  56:6 57:22 59:11 60:24 77:20,20
  77:22,24 78:25 79:2 81:11
racial 23:24 50:18 55:18
racially 50:21
radio 42:21,22 43:20 44:19,24
Rahman 25:19
Rahmings 7:5
rain 70:23,24
raise 18:1 40:18 57:4 79:19
raised 35:10 50:21 59:5 89:22
raises 37:8
randomly 31:3,4
Rawlins 18:2 33:20,21,22 34:3
  35:22
reach 93:21
reached 13:19
reacting 82:9
reaction 21:18
read 5:23 6:4,17 7:16,20,21 9:3,22
  11:10 13:22,25 14:1 27:20 35:13
  40:17,21,25 41:2,8,19 42:19
  44:19,20 51:23,25 61:7 79:18
  88:22 91:6,11
reading 63:3,22 76:21 82:14,16,19
  90:8
reads 24:2 78:8
ready 28:10 88:19
real 27:1 62:23 79:5
realize 42:9 54:16
realized 43:21
really 7:17 27:14 28:3 55:4,5 58:8
  74:9
reason 20:13 21:15 22:16 26:25
  28:2,4 30:19 38:15,16 48:4,5
  49:10,13,23,23 53:7,8,17,17
  55:5,22 56:20 59:7 60:24 69:1
  75:6 77:20,21,23 78:8,9,10,21
  78:24,25,25 79:2,5 80:21 90:12
reasonable 71:6,14
reasonably 45:21
reasoning 19:25
reasons 23:12 24:10 25:16 27:7,11
  28:18 30:25 37:13 39:12 46:5
  47:11,11,15 49:8 50:18 53:4,18
  54:11,13 55:4,6,7 56:12 61:4,4
  61:19 62:3 75:18 77:15,16,17
  79:9,10 80:6,15
rebuttal 95:16
recall 30:25 51:21
recalls 66:2
recess 84:20 90:5
recognize 27:20
recognized 45:20
record 5:17 12:1 20:21,23 23:3,7
  23:15,17 24:4,9 25:2 31:18
  33:12 36:8 40:12 46:6,10 47:6
  52:17 54:21 55:5,8 56:18,20
  59:9 62:6 63:4 68:6,19,23 69:5
  69:20 71:17 74:12,14 79:5,9,14
  80:1,5 81:9 83:2 86:19 89:4,18
records 82:24
rederik 63:16
reduced 22:20
refer 23:17 51:10 56:17 63:1 93:15
reference 29:22 64:9,10

references 52:23
referencing 11:14
referred 62:14 63:12,18
referring 64:9
reflect 89:5,18
reflected 80:3
refute 49:11
Regan 6:21,25
regard 33:12 65:19 77:4 80:24 81:2
regarding 9:12 37:3 45:24 51:4,9
  52:21 55:8 59:5 69:24 74:22
  80:12 93:23
regardless 48:24 55:20,21,23
regular 94:6,6 96:22
rehabilitate 30:13
rehabilitated 29:2 34:19 52:16
rehabilitation 35:15
reinforces 68:22 74:13
reject 14:17,22,25 15:3,4,6,10,11
  15:13,16,17,18,23 16:2,4,7,11
  16:13,14,16,22 17:1,3,4,6 18:15
  24:20,25 31:9,11 39:16 44:14
  67:4,8,10 68:2,5,10,12,13 86:3,6
  86:13,14
rejected 24:21 85:16 93:6
rejecting 34:6,7 85:18
rejoinder 63:1
related 19:24 91:19
relates 26:14 53:3
relating 8:15 63:12,13
release 91:3
relevant 57:4
reliance 29:18
religion 18:24 19:18 20:6 52:12
  63:23 66:2
religious 26:10 55:18
rely 8:12
remain 80:13
remaining 85:22,23 89:20
remanded 8:18
remark 75:25
remarkable 50:23
remedy 61:17 77:6
remember 11:2 12:3 19:7 26:2
  30:2 36:11 70:6 74:17 91:23
  92:3,7,10
remind 7:12 90:7
reminding 91:25
remodeler 26:17
remotely 23:8,16 79:11
removed 57:2 89:5
render 8:2
renew 31:18
renewing 68:6
renowned 24:6
repeated 29:19
repeatedly 51:1 70:22
report 8:18
REPORTED 3:1
Reporter 3:2 7:3 63:20 97:10
represent 12:16,20 13:2 64:23
representation 56:9
representative 29:10 46:25 47:9
  47:13 52:25
represented 53:19
representing 12:4,8,13 13:11,14
request 5:20 37:8 66:14 85:11,17
require 11:3 78:2
required 7:24 11:3 22:15 23:15
  26:21
requires 61:1
reshuffled 31:2
resolution 5:11
resolve 93:1
resolved 93:4
respect 29:21 35:19 52:14
respectfully 10:13 47:10
respond 46:13
response 23:2 28:20 32:24 64:12
  71:12
responses 50:16
responsible 63:7
responsive 64:14
rest 26:13 44:18 61:16
restless 66:16
restroom 83:20
result 55:20,21,24
resulted 9:13
results 60:25 77:23
retired 17:16

return 40:9 45:10
returns 40:3 71:25 90:16
review 35:3
reviewed 89:14
revision 93:6
rhymes 63:18
Rican 1:10 70:6 75:1 78:17
Ricans 75:2 76:25 78:16
Rick 85:2 90:25
Rico 74:25
rid 49:12
right 5:2 13:2 25:5,8 26:20 28:13
  30:2 63:3 65:5 71:7 75:4 80:13
  84:12 96:8
rings 58:24
rise 92:19
Rizo 67:5,7
Robert 12:7
Robin 3:2 63:21 97:9
Robinson 66:23 67:1 73:6,7,12
  74:3 83:15 90:23
Rodriguez 86:15,22 88:5 91:2
Roman 16:17 18:22
room 1:24 4:20 14:6 17:14,16
  18:11 40:5,6,7 41:6,19 42:14,16
  44:6 45:6,11 57:2 74:3 79:21
  84:2,12,13,15 88:3 91:20 92:21
  95:21
Rossi 15:23 18:20
round 17:9 40:11 71:24
row 40:20 67:19 68:18 69:2,13
  75:5 79:7
RPR 3:2
RPR-CP 97:9
rule 20:25
rules 82:3
ruling 9:18
runs 19:22
Rush 76:20 78:11
Russell 1:18 2:24 4:7,15 12:19
  13:10

S

s 96:16 97:2
Saenz 84:23 86:19 88:4 90:25
safety 26:14
salary 27:17
sanction 59:3
sat 30:2 89:6
saying 20:11 26:22 27:24 29:3
  30:14 43:21 48:17 49:15,16 50:5
  50:6,10,12 52:15 54:9 55:8
  57:10,18 58:8 81:19 82:10
says 6:12 9:6 10:9 26:18 27:2
  34:20 35:14 48:7 53:15 54:15
  75:21,25 77:12 78:1 82:8
scenes 38:1
schedule 90:4 91:21,22 94:6,6
Schiller 24:25 25:11,17 29:18
  30:22,24 50:3
Schmidt 83:6,17 84:12 88:4 90:24
school 28:13
Scott 71:20 73:13 74:4 76:11 90:23
scrutiny 39:3
seat 26:5,16 42:14
seated 12:1,22 14:8 26:5,16 40:4
  40:16 88:2
second 13:20 24:4 40:17 60:9
  67:15,18 84:11
Secondly 36:22 77:5 89:7,24
Section 1:22
see 55:6 57:24 61:25 67:20 70:23
  70:24 79:2 84:6 91:10,23 92:1,6
  92:9,22 93:12,18 95:13
seek 25:10 95:18
seeking 96:3
seen 38:19
sees 52:19
selected 6:12 84:1,10
selection 1:13 13:20 49:20 53:25
  74:8
self-employed 27:20
Senior 4:7 12:6,7
sense 11:5,5
sent 31:3
Seon 42:17
separate 32:19 89:9
separately 89:17
separates 94:14

September 63:7 64:10
sequence 69:15
sequestering 88:24
series 80:4
serious 42:3
Serna 85:2 86:20 88:4 90:25
serve 27:1,3
served 38:19,21
service 17:18 27:18,21,23 40:8
  47:22 82:23 88:8 92:21
SESSION 4:1
set 4:3 82:11 85:10 96:9
seven 22:25 46:6 47:7 83:14 90:21
sex 59:12
sham 38:17
Shanda 90:21
shape 38:7
Sheikh 25:19 26:8,11
Sherwood 14:12 33:5,5 39:8
Shipley's 30:1 57:8
Shoats 40:11 45:14
shoes 79:1
shored 50:20
short 84:20 90:5
shorten 80:2
shouldn't 26:19 38:14
show 7:8 58:17 96:5
showed 7:6
showing 23:1 61:24
shown 19:1 20:18
shows 34:25 37:7
sick 49:13
side 11:15,18 19:12 39:14 58:20
  78:19 79:12 86:23
sidebar 73:1 87:1
sided 89:25
sides 44:9,13 53:14 77:18,25 78:23
signal 78:8
significant 5:25 61:12
silence 80:13
similar 8:20 29:6
simple 10:6
simply 21:24 24:4 76:24 77:1
Sinclair 2:21
single 25:13,14 29:9
sir 40:20,25 42:5,13,15 43:14 44:21
  45:10
Sister 7:22
sit 30:3 52:6
site 8:25
sitting 28:6 62:24 83:1
situation 9:15 23:19 55:3 64:21
six 5:2 25:6,6,7,9,12 27:21 31:13
  63:22 83:13 85:19 90:21
sixteen 47:8 81:9 91:1
skipped 29:14
sleep 71:3
slow 63:20
small 88:24
smoking 70:22
snack 91:24 92:6
society 26:13
somebody 6:12 10:2 27:2 29:4
  35:14 45:2 48:11 49:3 50:13
  62:16 64:3 82:10,25
somewhat 65:19
son 37:1,4 38:3,8,19,20,20 70:5
song 63:16
soon 94:3
sorority 28:9
sorry 33:25 61:22 63:13,21 67:23
  70:16 85:21
sort 21:22 62:23
sought 37:12
source 24:7
SOUTHERN 1:1
space 96:1,1
speak 23:20
speaking 41:21 63:8
speaks 24:1
specific 45:21 57:2 69:22 77:5
  91:17,19
specifically 20:9,12 24:17 25:11
  50:17 56:4
specious 54:13
speculating 83:1
speech 20:20 28:13
spite 82:8
spoke 23:21
spokesperson 62:2

Stallworth 67:2
stand 12:23 30:24 50:25 56:18 58:22 83:5 91:23 92:5
standard 47:2 55:16 64:24 71:6 89:15
standing 13:2 46:23 49:23
standpoint 24:9 51:4
stands 50:23 66:18,19,22 75:21
start 6:9,10 14:9 17:8,20 45:14 83:18 92:1 96:21
started 6:23 41:12 63:22 64:4
starting 12:23 48:23
starts 34:20 40:11 79:15 80:5
state 74:22
stated 47:18 55:7 77:4 80:21
statements 29:6 89:15
States 1:1,4,14,20,23 3:3 4:3,5,8 7:22 9:1 11:19 12:4,5,8,8,12,13 12:17,20,21 22:10,22,24 23:16 23:17 30:18 33:1 44:9 45:20 60:19 62:11,13,21,23 70:3 81:19 92:16 96:2
Stating 33:14
station 91:9
stay 30:20 38:25
stayed 75:16
staying 17:9
stays 60:5,6 84:12
Ste 97:10
step 14:5 17:13 18:11 22:6 40:5,6 40:7 41:6 42:13 44:6 74:4 79:20 88:3 92:21
Stephane 4:7
Stephanie 1:22 12:15
Stephens 73:8 74:3 83:14 90:22
Steve 18:2 33:20,22
Steven 83:6 90:24
Stevens 46:14
Stewart 22:22 23:8
stood 30:2,13 48:9 71:6 74:11
stop 41:12
stopped 41:14,21
store 94:11
Storm 38:19
story 91:11
straws 29:13
streamline 95:10
Street 1:20 2:13,19,22
stretch 29:10
stricken 18:20 19:5,24 32:5,20 34:1,2
strike 14:14,20 15:25 16:9,18 18:14,18 19:6 20:10,15 21:12 30:5,24 31:7,17 32:1,3 33:23 36:3,5,15 39:1,19,22,24 45:15 46:20 51:8 53:1 55:10 56:13 59:2 60:11,18 67:12,17 69:10 70:18 79:25 80:10 83:4 84:22 85:7
strikes 4:24 14:15 25:6,7,9,12,12 33:7,10 39:10 45:22 47:6,8 49:22 50:18,21 60:15 61:12 74:15 78:3 79:11 81:9 89:5
striking 19:25 22:11 30:20 38:24 50:5,6 54:3,10,11 56:21 75:21
string 76:8
strong 74:20
strongly 46:9
struck 22:13,25 29:8,15 33:1,5,6,8 39:1,4 53:4,5 56:8 60:17,18 68:18 69:2 75:4
stuck 37:22
stuff 43:9 81:20 82:6 95:25
subject 80:4 95:14
substantial 7:23 56:7 76:5,8
substitute 95:25
suckers 62:15 63:10
sufficient 8:1 76:9
suggest 71:16
suggestion 78:16
suggestive 9:17
Suite 2:5,22
supplement 20:23
support 19:21 64:16
supporters 26:9
suppose 7:7 88:15 92:9
supposed 21:5 44:4 69:14
Supreme 23:21
sure 23:7 24:8 30:21 31:2 51:3 55:20 59:9 77:19 90:10

surprising 51:6
sustained 68:15,20 73:9
Sutton 16:10,13 26:4,4
SW 2:5
Swartz 2:2,2 4:10,10 5:17 12:25 13:1,6 24:18 30:3,17 37:16,16 38:3,6,14 46:13 55:12,16 56:19 60:3,8 65:8,13 66:11 69:11 70:11 83:24 93:21 96:20
swath 28:24
swearing 87:3 88:12
swiftly 68:12
Swor 2:18 4:14,14 5:20 13:8,9 22:1 22:5 29:25 32:21 33:13,17 50:8 56:21,23,25 57:1,10,16,17,24 58:1,3,12 59:4,7,20 61:13,23 76:19 77:8,10,12,14,15 78:4,12 78:15 89:3,4,18 96:13,17,19
Syria 24:6
system 36:23 65:20 66:1 93:5,22
systems 93:24

T

T 97:1,1
table 11:15
tables 94:12
Tachy 19:3,3,9,10
take 6:19,22 26:21 30:12 57:15 70:3 84:11 88:9
taken 11:18 78:18
talk 42:6 45:2 57:17 79:19 88:22 91:6,7,25
talked 5:22 23:19 62:8
talking 19:17 22:17 25:7 41:12 54:14 56:4 58:5,5,6,6 93:13
talks 9:5
Tampa 2:8
tapes 71:3
target 65:9
teach 63:16,17
teacher 28:8
teachings 26:10
television 45:7 91:9
tell 45:4 49:12 66:13 82:18 87:6 89:13
telling 40:20 41:2
tells 6:3
ten 73:3,13 83:15 90:23
term 10:1
terms 58:24 69:15 71:4
Terri 39:14 66:23 74:3
terrorism 74:21
terrorist 24:6 74:24 75:9
terrorists 10:2,6 34:17 62:15 63:19
test 52:24
testify 25:24
testimony 51:4
Thaggard 36:13,14 39:3,13
thank 10:17 11:22 12:22 14:5 17:15,17 18:6,10 24:11,12 35:21 40:8,15,24 41:5 42:13 44:5 45:10 46:12 47:13 53:1 68:23 79:20 88:7 92:17,22 96:19
that's 5:11 6:23 8:21 9:3,15 10:24 20:2 21:3 24:7 33:7 35:12,16,17 36:9 40:1 43:14 45:9 47:8 48:4 48:12,25 50:8 51:6 53:8,23 55:1 55:10 57:25 58:23 63:18 64:9,24 68:14 69:12 71:7,8,11,16,23,23 73:4,14 77:25 78:17,18 79:2,13 80:21 81:1 82:9 83:9 86:8 89:15
theft 80:2
Theoretically 65:5
theory 66:9
Theresa 32:2
there's 58:22
they're 65:21
thing 5:21 6:6 28:15 42:11 51:6 55:14 59:4 62:12 68:14 74:21 90:10 93:9 94:9
things 4:25 6:22 43:11,15,17 77:3 88:16 92:15 94:8 95:23
think 5:5,24 6:6,18 7:14,18 9:8 10:6,8 11:11,14,18,20 19:24 21:21 25:10 27:8 28:2,11 29:12,17,17,23 34:18 37:8,10,11 41:15 42:10 44:14 47:9 49:11,13 49:14,17 50:12 51:19 52:17,21 52:23,25 53:7,12,23 55:2,2,5,12

56:16,23 58:19 60:21 63:1 64:18 64:20,24 65:2,8,14 68:22 71:11 77:25 78:1,9,12,13 79:8 82:12 88:16 89:4 93:23,24 96:10
Thirteen 90:24
Thompkins 29:22 84:21
Thompson 14:16
thought 25:23 38:10,11 48:12 74:9 75:14,19 76:24 95:9
three 15:22 22:9 24:6 25:7 33:1 36:17 37:12 39:9 46:7 60:13 68:17 69:2 79:6
throwing 58:7
Thursday 94:7 95:7
tie 25:21
tied 95:1
tier 66:17
tight 96:1
time 4:22 9:12 30:12 36:12 37:2,5 37:12 48:15 52:2 54:20,22 56:23 57:12 58:2 65:9 71:15 76:4 83:3 85:25 91:15 92:2,3,10,10,14,16 93:3,18 96:10,12
times 19:12 28:3 35:12 36:24
Tina 16:7
tipping 53:9,10,10,12 55:2
Tirado 15:5,9 17:9,14 70:5 83:11 90:20
today 4:3 44:7 46:9 51:20 52:7 87:3 89:13 90:4 96:23
told 30:3,4,6,8 35:1 41:21 42:5 71:13 76:25 77:1 90:11 91:21 94:22
tomorrow 93:9 96:17
tongue 23:21
tonight 95:2
tons 53:21
top 96:16
total 60:16 61:14
touching 91:12
town 91:14
traffic 91:13
tragedy 26:15
transcript 1:13 46:2 51:11 55:9 56:17 63:2,5 64:15 65:16 71:10 75:25 80:23 82:15
transcription 97:3
transcripts 80:22 82:14
transferred 21:4
transparent 28:24
transport 91:18
treated 45:25
trial 1:13 4:3 8:5,12 9:13 10:10,19 10:23 36:10 44:19 65:22 80:5 92:1 95:13 96:15
trials 27:13 89:9
tried 21:9 42:21 89:10
tries 45:2 91:7
trouble 65:22 80:18
troubled 65:22
troubling 80:18
truth 30:10
try 11:7 25:21 30:12 55:4 74:23,24 79:19 88:18 89:24 91:9,12
trying 26:2 38:25 56:19 65:6 89:2
Tuesday 1:7 94:7,10 95:7,20
turn 43:23 45:1,8 60:10 91:9,11
turned 43:12,19
twelve 83:16 84:10 90:24 96:10,12
twenty 85:11
Twenty-four 76:18
Twenty-three 32:14
twenty-two 95:14
twice 71:5,12
two 5:3,3,4 9:11 15:9 22:8 25:7 33:7,10 39:2 49:19,22 50:10,16 57:20 60:13 69:17,21 72:2 75:24 77:3,9 83:10 85:10,19 89:20
type 25:10 4:4,24 35:17 64:7 82:4

U

ultimately 56:12 58:14,25 61:10 95:12
Unable 74:21
uncalled 40:10
unclassified 93:25
understand 8:23 9:15,24 11:2 28:12 35:16 83:3 85:9 89:18

93:20
understanding 55:21 70:1
understands 24:2
understood 11:9 48:11 93:3
undue 23:23
unequivocally 74:22
unfair 9:13
unfounded 71:17
unique 37:13 38:18,18
United 1:1,4,14,20,23 3:3 4:3,4,8 7:21 9:1 11:19 12:4,4,8,8,12,13 12:17,20,21 22:10,22,24 23:16 23:17 30:17 32:25 44:9 45:20 60:19 62:11,13,21,23 70:3 81:19 92:16 96:2
unpleasant 26:6
unselected 17:19
untrue 21:23
upset 78:15
upside 55:13
use 20:3 21:11 35:17,18 50:19 58:15 76:13,17 84:18,19 95:14 95:18,20,24
U.S 23:18 82:1

V

v 9:1 77:11,12
vacation 7:11
Valdes 67:20,22,25 68:1,2 73:2 74:3 83:15 90:23
Valdez 73:12
Valez 91:1
valid 49:15 51:7 54:14 56:10 61:9
validates 24:3
van 91:17
Vasquez 59:18
vastly 8:20
Vazquez 23:9 31:14,16,24 33:24
Velasquez 86:6,20 88:4
venire 11:24 14:7 17:12,19,23 18:12 22:24,25 40:3,10,14 57:3 57:6 74:6 79:16
venomous 58:20
verdict 8:2
verse 45:20
version 82:19
versus 4:3 7:22 22:10,22,24 23:17
vested 8:6
Vidal 36:2
view 36:24 62:18
viewed 78:11
views 74:20,22
Village 88:24
violence 26:11,19 28:15 48:23 52:12 62:14,20 63:24 66:3,4,5 80:17
violent 47:19 48:8,22 51:15 81:3,6
virtually 35:19
voir 6:10 19:2 22:3 32:7,9 62:10,10 62:17 64:10,15 71:2,5 80:3
vs 1:6
V-a-l-d-e-s 73:5

W

W 2:13,24
Wael 1:8 4:12
wait 37:23 59:22,22,22
waiting 68:25 69:3
walk 41:13 91:8
want 6:6,19 23:7 24:8 25:3 28:3 30:11 34:21,22 35:9 37:24 43:4 43:14 46:5 49:1 50:16 51:3,10 55:20 56:1,20 61:19 63:4 74:13 75:3 76:12 78:6 79:13 87:2 92:17 93:15,25 94:11 95:9 96:5
wanted 33:14 35:18 56:22 70:22 71:6 77:15
wanting 65:6
wants 6:23 27:5 56:24 68:24 75:12 78:7
war 66:6
warranted 11:12 23:1
warrants 10:6
washed 62:15,20,21,22 63:9,19 65:24
Washington 1:24
wasn't 38:5 48:15 60:13 63:6,10 64:12

waste 54:20
watch 93:1
water 23:14
waters 58:7
way 5:9,15 6:13,21 7:18 10:17 21:12,13 22:6 32:24 37:21 38:7 47:12 53:12,23 56:8 58:19 64:4 85:10 89:1 95:6 96:23
Wednesday 94:10
week 94:5 95:7,24
week-to-week 95:13
went 19:11 51:12 70:7
weren't 42:6,7
Westlaw 8:25
we're 27:6 54:5
whatsoever 21:19,25 24:11
white 25:6,8,12,13,15 26:3 34:8 46:24 48:22 53:22 57:9 58:3,5 60:16 61:16 65:10 68:7,8,21 76:6,14 81:10
Whitehead 68:9
whites 32:16 47:7
wholly 7:25 66:6
wide 28:24
wife 45:8
William 2:18 13:9 16:10 26:4
Williams 9:1 69:8 70:9,15,15 79:15 79:23,24 80:7 85:8,18 86:1
window 68:16
wiretap 36:19 69:21
withstand 29:23
withstanding 61:5
witness 23:20
woman 39:4
won't 7:13 87:6
word 21:8 66:8,10 80:24
work 41:11 42:12,22 94:9
worked 37:2
working 37:5
works 75:12
world 11:5 37:9 88:23,25
worse 68:16
worthy 38:15
wouldn't 5:13 23:14 29:20 48:10 51:5 88:24
written 8:21
wrong 69:25 76:21
wrote 52:18

Y
Yanet 15:3 40:6 90:22
Yeah 48:14
Yemen 24:6
Yesenia 16:17
yesterday 5:22 8:21 41:25
York 2:15,15
young 63:15,17 69:2 71:20 73:13 74:4 76:11,12,14 83:16 90:23

Z
Zaki 86:8,21 88:4 89:22 91:1
Zavertnik 2:21
zero 32:15 68:21
Zloch 21:6

0
04-60001-CR-COOKE 1:3

1
1-18 14:7 17:12
10 73:6
10th 1:23 22:11
100 2:3 89:5 94:23
10006 2:15
106 80:13
107 80:13
10985 2:8
11 40:12 63:7 64:10 71:23 73:6
11-2 97:10
111 2:15
1125 2:22
119 51:11
12:00 1:7
13 1:15 26:5 85:1 86:19
13th 2:15
130 82:19,20 95:17
131 80:22 82:19,21
132 81:1

1328 45:21
134 80:22
137 82:15
14 85:5 86:20
1488 22:11
15 86:8,20 90:25 96:21
150 2:13
157 71:2
16 86:10,21
169 2:22
17 86:12,21 91:1
18 4:20,22 11:22,24 31:3 40:13 86:13,17,22
183 33:14
19 17:21 18:13 40:3 89:25
19-36 17:23 18:12
1985 7:22

2
2nd 84:11
2.02.00 20:25
2:15 66:15
2:40 79:16
2:41 79:22
2001 56:4
2004 21:5
2007 1:7
202 2:5
202/353-2357 1:24
20530 1:24
21st 2:3
212-346-4664 2:16
228 95:3
230 94:22,23 95:3
236 23:9 56:4
24 31:8
25 89:24
2649 1:24
27th 2:5
28 33:20 34:3 46:2
28th 80:5
29 35:23 46:2
2937 2:5

3
3:15 84:14,14
3:30 88:11 90:2
3:35 92:24
30 5:16 89:24
301 3:3
305/374-0544 2:22
305/443-1600 2:6
305/523-5158 3:4 97:11
305/579-9090 2:3
3060 2:18
313/967-0200 2:19
33128 3:4 97:11
33131 2:13,22
33132 1:21 2:3
33133 2:6
33679 2:8
352 23:18
36 17:22 32:9 40:3
363 23:18
37 40:12 46:9

4
4th 1:20
4:30 96:25
40 60:8
400 97:10
456 45:20
470 9:4
471 9:4
48226 2:19
48854 2:25
49 63:4,22

5
5 17:16
5th 9:2
5:00 95:5
500 23:18
517-819-0812 2:25
52 69:8
529 2:24
54 34:14
57 34:14 47:18 51:17

59 34:14

6
6 5:16 39:25
6th 3:3
60 63:6
629 23:10
638 56:4
645 2:19

7
7 36:1 40:1
75 80:14
772 7:22
773 7:22

8
8 1:7 22:10 26:17 46:16 73:8
85 80:14
88 7:6,9

9
9 73:7
9:30 66:14 96:20,21
911 26:15 37:2,4,17 47:20,24 49:3 51:4,5 52:21,23 53:6 63:11
99 1:20 47:20