```
 1                  UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
 2                        MIAMI DIVISION
 3                   CASE 04-60001-CR-COOKE
 4
     THE UNITED STATES OF AMERICA,
 5
                         Plaintiff,
 6
         vs.                              MIAMI, FLORIDA
 7                                        JULY 3, 2007
                                          TUESDAY - 9:30 A.M.
 8   ADHAM AMIN HASSOUN,
     KIFAH WAEL JAYYOUSI,
 9   JOSE PADILLA,
        a/k/a "Ibrahim,"
10      a/k/a "Abu Abdullah the Puerto Rican",
        a/k/a "Abu Abdullah Al Mujahir",
11
                         Defendants.
12
13             TRANSCRIPT OF JURY TRIAL PROCEEDINGS
               BEFORE THE HONORABLE MARCIA G. COOKE,
14                 UNITED STATES DISTRICT JUDGE
15                           DAY 37
16   APPEARANCES:
17   FOR THE GOVERNMENT:
18                       RUSSELL KILLINGER, A.U.S.A.
                         BRIAN K. FRAZIER, A.U.S.A.
19                       JOHN SHIPLEY, A.U.S.A.
                         United States Attorney's Office
20                       99 N.E. 4th Street
                         Miami, FL  33132
21
                         STEPHANIE PELL, A.U.S.A.
22                       Counterterrorism Section
                         United States Department of Justice
23                       10th and Constitution Avenue, N.W.,
                         Room 2649
24                       Washington, D.C.  20530 - 202/353-2357
25
```

```
 1  FOR THE DEFENDANT HASSOUN:
 2                         KENNETH SWARTZ, ESQ.
                           Swartz and Lenamon
 3                         100 N. Biscayne Blvd.  21st Floor
                           Miami, FL  33132 - 305/579-9090
 4                         ken@swartzlawyer.com
 5                         JEANNE BAKER, ESQ.
                           2937 SW 27th Ave., Suite 202
 6                         Coconut Grove, FL 33133  305/443-1600
                           Jbaker@fourdefenders.com
 7
    FOR THE DEFENDANT PADILLA:
 8
                           MICHAEL CARUSO, A.F.P.D.
 9                         ANTHONY NATALE, A.F.P.D.
                           ORLANDO do CAMPO, A.F.P.D.
10                         Federal Public Defender's Office
                           150 W. Flagler Street
11                         Miami, FL  33131
12  FOR THE DEFENDANT JAYYOUSI:
13                         WILLIAM SWOR, ESQ.
                           3060 Penobscot Building
14                         645 Griswold Street
                           Detroit, MI  48226  313/967-0200
15
                           MARSHALL DORE LOUIS, ESQ
16                         Sinclair, Louis, Heath, Nussbaum &
                           Zavertnik, P.A.
17                         169 East Flagler Street, Suite 1125
                           Miami, FL  33131  305/374-0544
18                         mdl@sinclairlouis.com
19                         MARJORIE RUSSELL, ESQ.
20  REPORTED BY:
21                         ROBIN MARIE DISPENZIERI, RPR
                           Official Federal Court Reporter
22                         United States District Court
                           301 North Miami Ave.,  6th Floor
23                         Miami, FL  33128 - 305/523-5158
24
25
```

TOTAL ACCESSTM COURTROOM REALTIME TRANSCRIPTION

3

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

INDEX TO WITNESSES

Witnesses:                      PAGE

ROHAN GUNARATNA ................. 9

     Direct Examination By  ...... 9
Mr. Shipley

Reporter's Certificate .................................. 102

INDEX TO EXHIBITS

| Exhibits | Marked for Identification | | Received in Evidence | |
|---|---|---|---|---|
| Description | Page | Line | Page | Line |
| Government Exhibit 705  ........................... 32 | | | 3 | |

USA vs ADHAM HASSOUN ET AL - 070307

1                         MORNING SESSION

2  Sidebar Conference Begins ......................... 21        1

3  Proceedings In Open Court Resume .................. 23        1

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1

 2

 3        THE COURT:  All right.  Mr. Swor, your issue please,

 4  sir.

 5        MR. SWOR:  Your Honor, the defense believes that the

 6  Court needs to take some action.  I am not sure what.  Doctor

 7  Gunaratna, in our opinion, violated the Court's instructions

 8  not to discuss his testimony, not to discuss the case.  He

 9  appeared this morning on CNN as an expert commentator.

10        THE COURT:  This is true?

11        MR. SWOR:  He was invited to talk about the

12  unpleasantness in Glascow.  He went on to opine what makes a

13  terrorist, while highly educated people, like Doctor Jayyousi.

14  It was inappropriate.  He was apparently, I mentioned this to

15  Mr. Shipley.  While he thinks it's less of a problem than I

16  think, I think he agrees that he would have counseled other

17  than appearing.  The man claims to be -- he is on the witness

18  stand as an expert witness.  He is not supposed to be

19  testifying outside the courtroom.  It is entirely

20  unappropriate.

21        THE COURT:  Let me ask this question, Mr. Swor.  I

22  have to say I am not pleased.  Let's assume that Doctor

23  Gunaratna was an author and in discussion to appearing here he

24  was doing a book tour.  Let's say he was doing a book tour on

25  his third edition of Inside Al-Qaeda.  Does the fact that you

1  are appearing, and there is not a trick question here, does the

2  fact that you are appearing as a witness in a Court of law

3  prevent you from lawfully exercising your free speech options

4  outside the courtroom?

5       MR. SWOR:  The answer to the very general question is

6  no.  The answer to the more nuanced question about doing a book

7  tour may be, may be, and the answer to the specific question as

8  far as it relates here, it has been the practice in every case

9  in which I have been involved, and not just the terrorism

10  cases, but including terrorism cases.

11       THE COURT:  I am certain Mr. Shipley would say if

12  Doctor Gunaratna approached him, he probably would advised him

13  to wait until after he concluded his testimony, not to discuss

14  it.  He did.  What's the remedy that you seek on behalf of your

15  client and the other defendants in this case?

16       MR. SWOR:  I am satisfied with a private, or at least

17  an informal, admonition to the witness.  An instruction not to

18  do it again, but at least a clear statement to him that being a

19  witness may be a much broader responsibility than he thinks it

20  is.

21       THE COURT:  Let me hear from Mr. Shipley.  Thank you,

22  Mr. Swor.

23       Can I assume, as Mr. Swor represented, that you were

24  not aware of Doctor Gunaratna's media thing this morning?

25       MR. SHIPLEY:  No, I was not.  Doctor Gunaratna advised

1  me of that this morning.  He made clear to me, contrary to the

2  implication from Mr. Swor, had absolutely nothing to do with

3  the testimony in this case.  It was a reference to the London

4  bombing.  It had absolutely nothing to do with his testimony at

5  all.  If he had asked me about it, I might have counseled that

6  he wait.  Obviously, this is a significant figure with imput on

7  the issues of a significant event.

8       THE COURT:  Mr. Shipley, would it be appropriate for

9  me to require Doctor Gunaratna not to discuss in the media,

10 obviously, his case.  Is it appropriate for me to ask him not

11 to appear and use what he thinks his expertise is?

12      MR. SHIPLEY:  As a legal matter, Your Honor, I don't

13 think that would be appropriate.

14      THE COURT:  Do I have that authority?

15      MR. SHIPLEY:  I can tell you, I advised him he should

16 speak to one of us if he is presented with an opportunity to do

17 that.  I would probably counsel him against it.  I don't think

18 it's appropriate, with all due respect for the Court, nor do I

19 think there is a permissible basis to do that.  The prohibition

20 on discussing testimony is so that he is not out talking to us

21 or somebody else and is able to adjust what he says on the

22 witness stand.

23      I can represent to the court I have spoken to him

24 about that this morning.  I have asked him in future to let me

25 know or let one of us know if he intends to do such a

1    presentation again.  I think that is appropriate.

2          I do want to say the suggestion that this man has not

3    taken seriously his testimony in court, and I don't know if

4    Mr. Swor meant it that way, he has been here an extraordinarily

5    amount of time.  He has made enormous sacrifices from his

6    family and his other professional responsibilities, because he

7    takes this Court seriously and this case seriously.  He never

8    envisioned that he would be here the length and amount of time.

9    So I want to make that clear on the record.

10         THE COURT:  I don't think the Court did either,

11   Mr. Shipley.  That's two of us.

12         MR. SHIPLEY:  I think he has taken the

13   responsibilities in this case extraordinarily to some personal

14   sacrifice to the point that we hear about every day when we

15   come back.

16         THE COURT:  Mr. Swor?

17         MR. SWOR:  Your Honor, the the concern is this.

18   Regardless of whether you take a narrow view of what his

19   testimony here is and a broad view of his appearance, the fact

20   that he is appearing on television as an expert, not an author,

21   but as an expert.

22         THE COURT:  Mr. Swor, I think everyone agrees that

23   this was not the best circumstance.  I don't know think that

24   any of us, I think Mr. Shipley would rather not have had this

25   happen.  I know I would rather have not had this happen.

USA vs ADHAM HASSOUN ET AL - 070307

 1          The question now is i cannot require Doctor Gunaratna

 2   not to exercise his First Amendment rights.  I am going to

 3   caution him and admonish him that he should think about

 4   appearing on the press and in the media, and in the future,

 5   before he does so, to please consult, as long as he remains a

 6   witness in this case, to consult with government counsel.  So

 7   at least there is, hopefully, a filter for someone involved in

 8   this case who might be able to see issues that Doctor Gunaratna

 9   is not seeing by virtue of his testimony.

10          MR. SWOR:  I would ask that the Court also generally

11   ask the jurors whether they had seen, or read, or heard

12   anything about anyone involved in the case without calling

13   their intention to whom it might be.

14          THE COURT:  We gave them the reminder yesterday

15   afternoon.  I will give it to them today because it's a long

16   weekend to remember anything they hear, or see, or observe

17   outside of this courtroom is not to be used in the course of

18   their making their decisions in this case.

19          MR. do CAMPO:  Your Honor, I just wanted to bring it

20   to the Court's attention that this Court has broad discretion

21   in controlling witnesses and the testimony that comes in.

22   While I don't think you can order Doctor Gunaratna not to

23   speak.  You can certainly control his testimony up to and

24   including the most Draconian, which would be striking his

25   testimony, if you think his behavior outside of this courtroom

1   is somehow impacting adversity on my client's right.  I think

2   this Court has the power.

3        THE COURT:  I did not see the CNN interview.  It

4   sounds to me as described by Mr. Swor that Doctor Gutaratna

5   appeared in a general way as an expert on terrorism, not

6   discussing the facts of this case or the issues in this case.

7        MR. do CAMPO:  At this point I am not urging the Court

8   to imploy these powers.  We are going on a long break, the 4th

9   of July weekend.  There are a lot of media interest in the

10  events that happened in the United Kingdom.  I think he is

11  going to get a lot of phone calls to do commentary, to do

12  interviews and different things.  One question might lead to

13  another that may be impinging about this case.

14        With respect to what admonition the Court is going to

15  give Doctor Gunaratna, if something happens offer weekend where

16  he does cross that line, you can strike his entire testimony.

17        THE COURT:  Let's hope that is an area that we don't

18  have to go into.

19        MR. do CAMPO:  I bring this could the Court's

20  attention to avoid that scenario.

21        MR. CARUSO:  Your Honor, if I may speak briefly

22  although I am unclear as to whether the Court can require him

23  not to speak to the media, certainly, the Court can request.

24        THE COURT:  I can't require him, that little old thing

25  called the First Amendment.  Obviously, probably the reason I

1 don't have a lot to say is because I am a little surprised this
2 morning.

3        MR. SHIPLEY:  I know, I know.  Based on my
4 conversation, he did not -- I don't have a problem with the
5 Court suggesting that he not do that, I don't think he any
6 conception of it being an issue given what he was talking about
7 which was not anything to do with the case.  I just ask the
8 Court to keep that in mind.

9        THE COURT:  Can you bring Doctor Gunaratna in for me
10 please.

11        [Witness Gunaratna enters the courtroom.]

12        THE COURT:  Doctor Gunaratna, I want to have a
13 conversation with you.  Doctor Gunaratna, I understand that you
14 had occasion to appear on CNN news this morning.  Is that
15 correct.

16        THE WITNESS:  Yes, Your Honor.

17        THE COURT:  You were discussing issues related to your
18 expertise in counter-terrorism, I suppose.

19        THE WITNESS:  Yes, Your Honor, it was pertinent to the
20 London bombing.

21        THE COURT:  Doctor Gunaratna, I know that is your
22 area.  I know that is the area that you speak and opine on and
23 write books about, it is very difficult, or it would be very
24 difficult, if one of our jurors were to see you in that manner
25 to ask them, although we do, to separate your appearance as an

1    expert from your appearance as an expert in this trial.

2         I cannot force you not to speak.  I would strongly

3    urge you not to, particularly over the next few days when our

4    jury is out and about and not coming to court, to appear on the

5    news media and discuss, I know they are issues separately from

6    this case, out and about.

7         First of all, obviously, you can't discuss this case

8    in the media, but even your expertise in terrorism to be

9    appearing in the popular media now some might find distracting

10   and some might consider it inappropriate.

11        If for some reason you feel this is a speaking

12   engagement or commenting that you cannot avoid, I would ask

13   that you discuss it with Mr. Shipley or one of the other

14   government prosecutors before you proceed; do you understand

15   that.

16        THE WITNESS:  Your Honor, I will now give a promise to

17   the Court that I will not speak to any media on my specialty

18   until I finish my testimony.

19        THE COURT:  I would appreciate that very much.

20        THE WITNESS:  I apologize for this inconvenience that

21   I have caused.

22        THE COURT:  All right.  Let's see how much time we can

23   get in.  Hopefully Mrs. Tirado is feeling better.  Jury please.

24        [The jury returns to the courtroom at 10:50]

25        THE COURT:  Doctor Gunaratna, I will remind you that

USA vs ADHAM HASSOUN ET AL - 070307

GUNARATNA - Cross

13

```
 1  you are still under oath in connection with this matter.
 2  Ms. Baker, you may proceed.
 3                      CROSS EXAMINATION
 4  BY MS. BAKER:
 5  Q.  Thank you, Your Honor.  Good morning, Doctor Gunaratna.
 6  A.  Good morning, ma'am.
 7  Q.  Doctor Gunaratna, just a few questions about Hekmatyar.
 8  When the jihad in Afghanistan was happening in the late 80s, I
 9  think you have already told us that the United States
10  government provided financial support through the CIA and
11  through some other avenues to the mujahideen who were fighting,
12  correct?
13  A.  Yes, yes.
14  Q.  And that includes Hekmatyar as a leader of one of the
15  groups of mujahideen, correct?
16  A.  Yes.
17  Q.  I think you did describe him as having a radical Islamic
18  viewpoint?
19  A.  Yes.
20  Q.  Now, you are familiar with the fact that he, himself, was a
21  recipient of significant aid from the United States government?
22  A.  Yes.
23  Q.  In fact, he received at least 20 percent of the United
24  States aid that flowed to the Afghan groups fighting the
25  Soviets?
```

USA vs ADHAM HASSOUN ET AL - 070307

1   A.   Yes.

2   Q.   You agree with that?

3   A.   Yes.

4   Q.   You also agree that Hekmatyar, as a leader of his group of

5   mujahideen, his share was a minimum of $600 million that he

6   received from the United States government to assist him in the

7   efforts at this time?

8   A.   Yes.

9           MR. SHIPLEY:   Objection, withdrawn.

10          THE COURT:   Objection has been withdrawn, Ms. Baker.

11   The witness may answer.

12   BY MS. BAKER:

13   Q.   Now, you are familiar with the facts of what happened when

14   Hekmatyar became the Prime Minister of Afghanistan?

15          Yes.   I think you testified on June 28 that he became

16   Prime Minister on two occasions the second one for a few months

17   in '94, '95?

18   A.   Either '94, '95.

19   Q.   In your book you state that he became Prime Minister in

20   1996.

21   A.   Probably the book reference is correct.   I recall he became

22   Prime Minister on two occasions.   On the second occasion, he

23   was a Prime Minister for a very short period of time.

24   Q.   I just want to make clear though.   When you testified at

25   page 115 of June 28, that his second time of being Prime

1  Minister was in '94, '95.  If your book says it was in May

2  1996, you will stand by what your book says?

3  A.  I need to recollect.  It's very commonly known when

4  Hekmatyar was Prime Minister.  It is not a secret.  It is very

5  well publicized.  It is possible I provided a date which is

6  incorrect.  It is possible that I may have even given a wrong

7  date in my book.  I would like to say that Hekmatyar was Prime

8  Minister on two occasions.  On the second occasion, he was

9  Prime Minister very briefly.

10 Q.  So you are not sure as you sit here now, which date was

11 correct?

12 A.  Yes.

13 Q.  You are sure he was prime Minister at some point around

14 that time period, correct?

15 A.  Yes.

16 Q.  Wasn't it, in fact, before Osama Bin Laden had reentered

17 Afghanistan?

18 A.  Yes.

19 Q.  And didn't Osama Bin Laden leave Afghanistan in 1996?

20 A.  Yes.

21 Q.  Shortly after Hekmatyar became Prime Minister, isn't it a

22 fact that he was attacked by the Taliban and driven out of the

23 country?

24 A.  Yes.

25 Q.  In fact, he was forced into exile by the Taliban?

1  A.  Yes, in Iran.

2  Q.  He was forced to plea Afghanistan and landed in Iran?

3  A.  That's correct.

4  Q.  That's where he stayed for some length of time?

5  A.  That's correct.

6  Q.  Last Friday I asked you a question about somebody named

7  Montasir Zayat, do you remember that?

8  A.  Yes, ma'am.

9  Q.  We were discussing whether or not Montasir Zayat was a

10  leader of the Islamic group of Egypt?

11  A.  Yes, ma'am.

12  Q.  I recall you said he was not a leader?

13  A.  No, he was a figure in the Islamic Group of Egypt.  He was

14  very close to Doctor Ayman Zawahiri, who was in the Egyptian

15  jihad.  Certainly, he was in EIG, ma'am, his close friendship

16  was with Doctor Ayman Zawahiri.

17  Q.  Isn't it a fact, although you didn't call him a leader, you

18  recognize that he was a spokesman for Islamic Group of Egypt?

19  A.  He would express not only the point of view of IG but even

20  EIG.  He became later a human rights lawyer and he appeared

21  both for IG members, for members of Islamic Group of Egypt as

22  well as members of the Islamic Jihad.  He could have been a

23  spokesperson.  He could have represented the views of both of

24  these groups.

25  Q.  Are you familiar with his book.  Are you familiar with his

1  book, the Road To Al-qaeda?

2  A.  Yes, ma'am.  Actually, two books I am familiar with that

3  has come to my attention.  One is on Doctor Ayman Zawahiri and

4  the other is on Islamic groups.

5  Q.  The book, The Road To Al-qaeda is a book that he wrote

6  about the Islamic Group of Egypt?

7  A.  Yes, the second book, which you are now referring to, I

8  have not read that book.  The book on Ayman Zawahiri, I have

9  read that book at the time that it was released.

10 Q.  My question is are you familiar with his book, The Road To

11 Al-qaeda?

12 A.  Not this book, ma'am.

13 Q.  You have not read it?

14 A.  I haven't.

15 Q.  Do you recognize that it is a primary source about the

16 Islamic Group of Egypt?

17        MR. SHIPLEY:  Objection, he answered he is not

18 familiar with the book, Your Honor.

19        THE COURT:  Objection sustained.

20 BY MS. BAKER:

21 Q.  If Montasir Zayat wrote a book about the Islamic Group of

22 Egypt in which he described the events of that group during a

23 period of time, would you consider that a primary source?

24        MR. SHIPLEY:  Objection, Your Honor.

25        THE COURT:  Sustained.  He said he has never read it.

GUNARATNA - Cross

18

1  Not only has he not read it.  He is not familiar with the text.
2  BY MS. BAKER:
3  Q.  You are familiar with The Osama Bin Laden That I Know, the
4  Peter Bergan book?
5  A.  Yes.
6  Q.  You told us already that he is a reliable authority?
7  A.  Yes, ma'am.
8  Q.  He says at Roman numeral XXI, at the beginning of his book,
9  that Zayat was a spokesman for the Islamic Group of Egypt?
10  A.  Yes.
11  Q.  Would you except that as a reference to Peter Bergans'
12  book?
13  A.  Yes.
14  Q.  Are you familiar with Professor Ibrahim Abu Rabi?
15  A.  I have heard of him.
16  Q.  Do you consider him an authority on the Islamic Group of
17  Egypt?
18  A.  Yes.
19  Q.  He has written an introduction to The Road To Al-qaeda in
20  which he says --
21          MR. SHIPLEY:  Objection to foundation.  If she wants
22  to get around 801.13, she has to talk about the specific item
23  that she is going to read.
24          THE COURT:  Objection sustained.
25  BY MS. BAKER:

USA vs ADHAM HASSOUN ET AL - 070307

1  Q.  Do you consider an introduction to a book by Zayat, written

2  by Professor Ibrahim Abu Rabi, a reliable authority on what the

3  book is about.

4          THE COURT:  Excuse me a momement, Ms. Baker, are you

5  asking about the book or about the introduction to the book?

6          MS. BAKER:  Introduction.  Whether a statement by this

7  professor would be considered a reliable authority by Doctor

8  Gunaratna.

9          THE COURT:  The objection is sustained.  It's the

10  introduction to the book, not the book.  The person that you

11  are quoting from, did not author the book, correct?

12          MS. BAKER:  He wrote the introduction.

13          THE COURT:  The objection is sustained.

14  BY MS. BAKER:

15  Q.  You told us, on June 26, that there was a fatwa or

16  declaration issued in 1998 with respect to a world front for

17  jihad?

18  A.  Yes, February 1998.

19  Q.  And you testified that the third signatory on that

20  declaration was Taha?

21  A.  Yes, ma'am.

22  Q.  You have also testified that the Islamic Group engaged in

23  violence and killings throughout the 1990s?

24  A.  Yes, ma'am.

25  Q.  That was your testimony with respect to the time frame that

GUNARATNA - Cross

1  the Islamic Group of Egypt was operating throughout the 1990s?

2  A.  Yes, ma'am.

3  Q.  You have told us you don't speak Arabic?

4  A.  Yes, ma'am.

5  Q.  But you are aware that the Open Source Center do print

6  english translations of many Arabic documents and publications.

7  A.  Yes.

8  Q.  You are familiar with the Open Source Center?

9  A.  Yes.

10  Q.  That is a data base that provides information that many

11  intelligence analysts utilize?

12  A.  Yes.

13  Q.  And also scholars like yourself?

14  A.  Yes.

15  Q.  That is a data base that you, yourself, look at and refer

16  to as part of your data base research?

17  A.  Sometimes.

18  Q.  It is one of the sources that you will go to when you were

19  looking for your materials in one of the topics you are

20  researching?

21  A.  Yes, ma'am.

22  Q.  You are familiar with the fact that it reprints English

23  translations of articles from many leading Arab publications in

24  the Arab world, is that correct?

25  A.  Yes, ma'am.

1  Q.  And among those publications, that it reprints articles

2  from is the newspaper called Al Hayat?

3  A.  Yes.

4  Q.  That's a highly respected Arabic newspaper that is

5  published in London?

6  A.  Yes.

7  Q.  You, yourself, cite to that newspaper, on different

8  occasions, in your book?

9  A.  Yes, ma'am.

10 Q.  After February 1998, when Taha, you said was the third

11 signatore, you are familiar with the fact that after that, Taha

12 repudiated his signature, and made it clear publically that the

13 Islamic Group of Egypt was not joining and had not joined in

14 that fatwa with respect to the world front?

15 A.  Yes, ma'am, I would like to explain at this time.

16 Q.  Let's get a yes or no first.  You are familiar with the

17 fact that subsequent to February 1998, Taha repudiated his

18 having signed that document, and made it publically clear that

19 the Islamic Group of Egypt had nothing to do with that Fatwa

20 with respect to the world front, yes or no?

21 A.  Yes, but I would like to explain at this point, ma'am.

22 [unintelligible] World Islamic Front against the jews and

23 crusaders in 1998.  But in May of 1998 there was a press

24 conference in Afghanistan where Sheikh Omar Abdul Rahman's two

25 sons also participated.  It was after that conference there was

GUNARATNA - Cross

1  significant pressure from the Islamic Group of Egypt to

2  withdraw his signature, and it was only as a direct result of

3  that political pressure did Mohamed Muzar [phonetic] withdraw

4  the Islamic Group of Egypt signing that document.  But it does

5  not -- personally, he remained involved with the Al-Qaeda

6  organization.

7  Q.  You are talking about personally Taha did?

8  A.  Taha did and so did Sheikh Abdul Rahman's two sons.

9  Q.  The Islamic Group of Egypt, as an organization, did not

10  remain, or even become a part of that front, as an

11  organization, correct?

12  A.  It was a front because it -- the leader of that group

13  signed that particular document, and he withdrew later.  But to

14  say that it did not join the World Islamic Front against the

15  Jews and crusaders is incorrect.

16  Q.  Your testimony is that Taha signed, so for a period of a

17  few months before there was a public withdrawal, that

18  organization, you would say was part of the front?

19  A.  Yes, I would also like to add --

20       MS. BAKER:  There is no question pending, sir.

21       THE COURT:  Please wait for the next question.

22  Continue, Ms. Baker.

23  BY MS. BAKER:

24  Q.  You are familiar and have identified Professor Gerges as a

25  reliable authority in the areas of terrorism and Islamic

1  groups?

2  A.  Yes, I would like to say a specialty of terrorism is very

3  broad.  It is very important to clarify the specialist area

4  that you would like me to say that he is a specialist, because

5  we all have our sub specialties.  It is very important to be

6  clear in our sub specialities.  I would consider Professor

7  Gerges as a very good specialist on the Egypt groups.  As a

8  specialist of Al-Qaeda, I would say that I worked on that much

9  more than anyone else.

10 Q.  The Islamic group that we have been talking about is an

11 Egyptian group?

12 A.  Yes, but the top leader of Al-Qaeda are from the Egyptian

13 Islamic Jihad.

14 Q.  Sir, you recognize Professor Gerges as a reliable authority

15 with respect to the Islamic Group?

16 A.  Yes.

17 Q.  At page 39 of his book The Far Enemy, which you are

18 familiar with?

19 A.  Yes.

20 Q.  You have cited The Far Enemy as a resource as an

21 authoritative source of your work, right?

22 A.  Yes, he has also cited my book.

23 Q.  Professor Gerges, at page 39 of The Far Enemy wrote; of all

24 of these factions, the Egyptian Islamic Group was the largest,

25 but Taha, a hard liner, he was present at the world creation of

GUNARATNA - Cross

1  the Islamic Front, did not speak for the unincarcerated senior

2  leadership of his group, and was subsequently forced to being a

3  part of the world Islamic fund.

4          After the 1998 bombings of U.S. bombings in Kenya and

5  Tanzania, Taha released an official statement in which he

6  denied that the Islamic Group was a founding member of Bin

7  Laden's World Islamic Front.  Quote, we are not a party in any

8  front that confronts Americans, unquote?

9  A.  Yes, he did that under severe pressure.  But he did sign

10  that fatwa.  He made that statement simply because he was under

11  pressure.  In his part, he was very closely working with

12  Al-Qaeda during that period.

13  Q.  Now, you are also familiar with the fact that prior to

14  February of '98, not Taha, but the Islamic Group leadership had

15  entered into a unilateral cease fire?

16  A.  Yes.

17  Q.  That was entered into the prior summer, the summer of 1997,

18  correct?

19  A.  Yes.

20  Q.  After February of 1998 and after Taha withdrew any

21  political pressure from his leadership, his signature on that

22  front, the Islamic Group maintained its commitment to that

23  unilateral cease fire, did it not?

24  A.  There were two factions of the Islamic Group at that time.

25  One of those factions remained committed to the cease fire.

The other faction remained militant and violent.  And that was

the faction that was working with Al-Qaeda.

Q.  At page 160 to 161 of the far enemy Professor Gerges wrote

by the spring of 1999, leader of the IG, I am substituting the

Islamic Group, by the Spring of 1999, leaders of the Islamic

Group at home and abroad, formulized their unconstitutional

cease fire with the Egyption cease fire and called off their

war?

A.  Yes, but there were still members of that group that were

working with Al-Qaeda that continued to work.  But the main

stream Islamic Group that was based in Egypt at that time had

agreed with the Egyptian government not to conduct any attacks.

Q.  The other day when we talked about the Boy Scouts, we

agreed that just because some members of a group might be

violent, that wouldn't make it correct, members of the Boy

Scouts, that wouldn't make it correct to call the Boy Scouts a

violent group, right, you agree with me?

Madame, I fully agree with you, but if you permit me to

explain, that is the same reason in my book, Inside Al-qaeda

there was a disclaimer by the publisher, which I told they must

put that simply because an organization is named and simply

because there is one terrorist in that organization we cannot

say that organization is terrorst because these groups

infiltrate so there may be some bad people.  As an

organization, we cannot sometimes blame the complete

1  organization.  But the organization must take responsibility

2  for the activities that is happening in that organization once

3  those activities are brouth to the attention of the

4  organization.

5  Q.  Do I have it right, just to summarize, an organization can

6  have a viewpoint and some of its members can have a different

7  viewpoint?

8  A.  Yes, but once that point of view, once the organization is

9  formed, look, you have these, these, members engaged in

10  violence.  You see if that organization still targets those

11  members, then the organization must take responsibility for the

12  actions of those members.

13  Q.  If it knows about them?

14  A.  Yes.

15  Q.  Isn't it a fact that not withstanding, that some members of

16  the Islamic Group may have had some views different from their

17  leadership that as an organization from '97 or '98 on, there

18  was a rift between, a rift meaning a split apart, between the

19  Islamic Group and Al-Qaeda, do you agree with that?

20  A.  Between the mainstream Islamic Group that was based in

21  Egypt and Al-Qaeda.

22  Q.  There was a rift?

23  A.  Yes.

24  Q.  And they no longer had the same agenda once that rift

25  began?

1    A.   The Islamic Group mainstream that was in Egypt refused to

2    go with Al-Qaeda when it came to attacks, such as attacking the

3    United States, U.S. targets.

4    Q.   That's where they differed?

5    A.   Yes, ma'am, but there were members of that group such as

6    Mustapha, Mohamed Susa, the two sons of Sheikh Abu Rahman and a

7    number of other people planning with Al-Qaeda planning

8    conducting mounting attacks.

9    Q.   Sir, I am going to ask you a new question.

10         You talked about Egypt in your answers this morning,

11   right?

12   A.   Yes, ma'am.

13   Q.   Last week you also talked about Egypt when you told us that

14   Egypt had a secular administration like the United States,

15   correct?

16   A.   Yes, I meant that Egypt, system of government was secular.

17   I said it's like the United States, because the U.S. is a

18   secular state.

19   Q.   Isn't it a fact that sharia is enshrined in the Egyptian

20   constitution?

21   A.   But not Sharia practiced according to the Taliban regime,

22   not according to those harsh methods.

23   Q.   My question was:  Isn't it a fact that Sharia is enshrined

24   in the Sharia constitution?

25   A.   Yes, technically.

Q.  You know, from your research, what you call the secular

administration of Egypt, has operated over the past several

decades?

A.  Yes, ma'am.

Q.  You know from that research that in Egypt, elections are

not free?

A.  There are elections, but they are not free.

Q.  You know from your research that political decent is not

allowed?

        MR. SHIPLEY:  Objection to irrelevant.

        THE COURT:  Approach please, counsel.

                [Side bar proceedings held]

        MR. SHIPLEY:  The objection is one of relevance.

Also, the concern about going into areas that are going to get

towards justification, foreign policy defenses.

        THE COURT:  My concern is that he is not an expert on

Egypt.  Then we are going to end up with an expert answer that

goes into --

        MS. BAKER:  Actually, I asked him a foundation

question that this is an area that he studied.

        THE COURT:  I understand that.  Where are we going?

        MS. BAKER:  I want to bring out facts that are

relevant to some of the calls that deal with people going in

and out of Egypt.

        MR. SWARTZ:  He made a comment about Egypt being

GUNARATNA - Cross

1  secular.  Tie it to your direct testimony.

2          THE COURT:  This is my concern, and I think I know

3  kind of what you are trying to do but I am not you so I can't

4  say that for sure.  Part of your answer, just now, let me think

5  that I am correct.

6          That is, there is some conversation on some of the

7  calls about, and I can't remember which call it is, about

8  whether or not something is going on in Egypt if they can

9  discuss things on the phone, et cetera, et cetera, et cetera.

10 I think you are trying to get this witness to go, that they tap

11 phones in Egypt or whatever, that we would think of as

12 impermissible without a warrant, am I incorrect?

13         MS. BAKER:  I did want him to describe the Egyptian

14 system.  I don't know what he is going to say.  I did lay the

15 foundation first that he said this is an -- we should look

16 back.

17         THE COURT:  Why don't I let him describe the Egyptian

18 system.  I think he testified that they don't have free

19 elections, a secular state that technically has Sharia in the

20 constitution.  I am going to let it go that far.

21         MR. KILLINGER:  I want to add one thing because nobody

22 said this yet.  Where I think you are going, I could be wrong

23 and I hope I am wrong, where I think they are going the want

24 they to get this, but to opine about human rights violations,

25 about torture in Egypt.

USA vs ADHAM HASSOUN ET AL - 070307

```
 1              THE COURT:  Well, he is not going there.
 2              MS. BAKER:  I wasn't going there.
 3              THE COURT:  As long as we know we are not going there
 4   what's your next question?
 5              MS. BAKER:  I think there was a pending question.
 6              THE COURT:  Before I went.
 7          THE COURT:  I will allow him to answer that question.
 8                        [End of side bar.]
 9   BY MS. BAKER:
10   A.  Yes.
11              MS. BAKER:  Political descent means people speaking
12   out in public and opposing.
13              MR. SHIPLEY:  Objection, relevance.
14              THE COURT:  I will allow him to answer that question.
15              THE WITNESS:  Yes, ma'am.
16   BY MS. BAKER:
17   Q.  The question is; is that what you mean by political
18   descent?
19   A.  Yes, because there are a number of restrictions.
20              For example, the Muslim brotherhood organization, they
21   are able to represent themselves in parliament as independent
22   candidates but not as Muslim brotherhood.
23   Q.  You are just giving that as one example of restrictions on
24   political descent in Egypt?
25   A.  Yes, ma'am.
```

1  Q.  And there are other examples?

2  A.  Yes, ma'am.

3  Q.  Now, you have your notebook there, your binder?

4  A.  Yes, sir.

5  Q.  You testified about a conversation on February 10, 1998,

6  marked 92TR.  That's a conversation in which Adham Hassoun and

7  Kassem Daher were the main speakers.  On page five, and let's

8  give the jurors time to find the page.

9         THE COURT:  Ms. Baker, what was the transcript number

10  again?

11         MS. BAKER:  92.

12         THE COURT:  Thank you.

13  BY MS. BAKER:

14  Q.  Calling your attention to the very top of page 5, Daher is

15  quoted as saying; "the dogs came, the ones that are with the

16  devils, they took them."  Do you see that sentence, sir?

17  A.  Yes, ma'am.

18  Q.  Are you aware from your general review of materials in this

19  case that the reference Daher made there to "the ones who are

20  with the devils" is the reference to the Hezbollah group?

21         MR. SHIPLEY:  Objection, Your Honor, foundation and

22  speculation.

23         THE COURT:  Sustained.

24  BY MS. BAKER:

25  Q.  Well, you have reviewed materials in this case, right?

USA vs ADHAM HASSOUN ET AL - 070307

1  A.  Yes.

2  Q.  My question is based on that, are you aware of what the

3  reference to the phrase the devils is, are you aware of what

4  that reference is to?

5  A.  Well, "the devils" could mean in this context armed

6  personnel, who are opposed to them, because they would refer to

7  their enemies as dogs.

8  Q.  So you interpret that sentence as Daher referring to

9  someone that Daher, at least views as an enemy or an apport?

10  A.  Yes.

11  Q.  From the context that also Mr. Hassoun refers to or shares

12  the view that the devils are an enemy or an appointment?

13          MR. SHIPLEY:  Objection, Your Honor.  This witness

14  speculating to the defendant's state of mind.

15          THE COURT:  Sustained.

16          MS. BAKER:  Your Honor, I seek permission to read into

17  evidence a section of T86, which is a transcript that has been

18  admitted into evidence, although it is not in Doctor

19  Gunaratna's book.

20          THE COURT:  I think, first of all, we have to find out

21  if Doctor Gunaratna is familiar with that transcript.  It's not

22  in his book, correct?

23          MS. BAKER:  Well, Your Honor, it's in evidence.

24  Therefore, I wanted to present him some information from it

25  since it's in evidence.

GUNARATNA - Cross

33

1       THE COURT:  But I need to find out if Doctor Gunaratna
2  is familiar with it.
3       MS. BAKER:  Well, I will certainly ask him.  If I may
4  show it to him.
5       THE COURT:  You may approach and show it to him.
6       MR. SHIPLEY:  May I see it first?
7  BY MS. BAKER:
8  Q.  I am going to approach and particularly show you this
9  transcript, and ask you if you had an opportunity to review it
10  or read it in advance?
11       MR. SHIPLEY:  Respectfully, Your Honor, I think the
12  question is have you seen it before, or have you reviewed it
13  before.
14       THE WITNESS:  Madame, I have not seen this transcript
15  before.
16  BY MS. BAKER:
17  Q.  Have you seen any materials, or have you been provided with
18  any materials or information by the government about
19  Mr. Hassoun's viewpoint on Hezbollah?
20  A.  No, Ma'am, the government has not provided me any material
21  on his point of view on the Lebanese Hezbollah.
22  Q.  You have no information or knowledge as to whether or not
23  Mr. Hassoun opposed, or at the time of the conversation,
24  opposed Hezbollah, that's not something that you know anything
25  about?

USA vs ADHAM HASSOUN ET AL - 070307

1  A.  No, Ma'am.

2  Q.  Hezbollah is an organization that you would call a

3  terrorist organization, is it not?

4  A.  Yes, because it has killed civilians.

5  Q.  In fact, in your book you many times describe Hezbollah as

6  being closely aligned in Al-Qaeda, correct?

7  A.  No, Ma'am, Hezbollah did have a close relationship with

8  Al-Qaeda for a specific period of time.

9  Q.  What was the period of time?

10  A.  Hezbollah representative Igmad [phonetic] was responsible

11  for the U.S. Marines barracks in 1983, met with Osama Bin Laden

12  in Khartoum, Sudan in 1993.  That relationship continued to

13  1996.

14  Q.  In your book, you don't limit the relationship of Hezbollah

15  to Al-Qaeda.  You describe it as being an ongoing relationship?

16  A.  Based on the material that we had seen at that time,

17  certainly the Lebanese, Hezbollah and Al-Qaeda had a

18  relationship.

19        MS. BAKER:  If I may ask the witness about some

20  language on page 5.  T92.

21        THE WITNESS:  Which page please?

22  BY MS. BAKER:

23  Q.  Page five.  You had asked you about the line at the top

24  where Daher referred to the ones that were with the devils.

25        Now I want to ask you to look further down the page

1  where Daher says in the middle of that paragraph that starts

2  one million screws he says; "the dogs came, the devils, the

3  ones that are with the party of the devil came and took them

4  and now after this."  After this matter of "britile" there is

5  nothing left, there is nothing left up there anymore."

6            Does calling your attention to that paragraph, give

7  you any information about what the party of the devil refers

8  to?

9  A.  Ma'am, the party of God is the English translation of

10 Hezbollah, the organization or the party of God.  But in this

11 context, he says the party of the devil.

12 Q.  So my question is; do you know, from reading this and based

13 on your knowledge and research in the area, what the party of

14 the devil refers to?

15 A.  Ma'am, in this case, the party of the devil, it is not

16 clear.

17 Q.  And what you told us about Hezbollah is already -- you told

18 us what you do know about Hezbollah and its relationship to

19 Al-Qaeda?

20 A.  Yes, ma'am, from '93 to 96, we have evidence that these two

21 organizations had a relationship.

22 Q.  And there is no place in your book that you limit that time

23 frame, is there?

24 A.  I am not sure.  I can tell you based on the information

25 that we now have, that the relationship existed from '93 to

GUNARATNA - Cross

1   '96, which I have stated in the book.  Beyond that, we do not

2   have evidence to support whether the relationship continued or

3   not.

4   Q.  Nonetheless, it, in your view, remained what you call a

5   terrorist organization even after that.

6   A.  Because it conduct attacks against civilians.

7   Q.  I just want the bottom line.  In your view, Hezbollah

8   remained a terrorist organization?

9   A.  Hezbollah conducted acts of terrorism.  It also engaged in

10  electoral politics.  That is why I am using that term more

11  precisely.

12  Q.  You testified about Osama Bin Laden and the degree to which

13  he was known at the period of time of 1997, do you recall that,

14  sir?

15  A.  Yes.

16  Q.  From your research, which of course included in the -- it

17  included researching information about Osama Bin Laden in the

18  '90s, right?

19  A.  Yes, ma'am.

20  Q.  From your research, you know that, in fact, he was featured

21  in a TIME magazine article in as early as October 4, 1993?

22  A.  Very briefly.

23  Q.  He was briefly in a TIME magazine article in October of

24  1993?

25  A.  Yes.

GUNARATNA - Cross

1  Q.  You know in May of 1996, do you recall the cover of that

2  TIME magazine article in October of 1993, would it refresh your

3  recollection that it was called the Afghan connection?

4  A.  Yes.

5  Q.  That article was about what had been happening in

6  Afghanistan, and it talked about Osama Bin Laden in that

7  context?

8  A.  Very briefly.

9  Q.  Of course TIME magazine is a very widely distributed United

10  States magazine, right?

11  A.  Yes, ma'am.

12  Q.  You are also familiar with the fact that in May of '96

13  there was a article in that months TIME magazine called the

14  Paladin of jihad?

15  A.  Yes.

16  Q.  That was essentially all about Osama Bin Laden?

17  A.  Yes.

18  Q.  And that was, again, in the same time magazine that is

19  distributed very widely in the United States?

20  A.  Yes.

21  Q.  And internationally as well?

22  A.  Yes.

23  Q.  And not limited to the Middle East?

24  A.  Yes.

25  Q.  Last week, on your first day of testimony, you testified

GUNARATNA - Cross

1   about communications techniques that you attributed to support

2   cells, do you remember that, sir?

3   A.  Yes, ma'am.

4   Q.  You are asked; what are some of the methods, support cells,

5   used to communicate.  You answered:  They used numerous methods

6   but you then say they would mention two or three methods,

7   right?

8   A.  Yes, ma'am.

9   Q.  "The methods were using a human courier that is an

10  individual from the country where there is an support cell that

11  would travel with a message or document to the conflict zone?"

12  A.  Yes.

13  Q.  "Second, somebody from the conflict zone could come to the

14  country where there is a support cell and meet there, third,"

15  "they could communicate electronically by phone or otherwise to

16  different areas."

17  A.  Yes, these are some of the methods, ma'am.  Some of the

18  methods.

19  Q.  Those are the three methods that you specifically told us

20  about?

21  A.  Yes.

22  Q.  Now, this is what I want to ask you:  If there were two or

23  more people not part of a support cell, but one of them was in

24  a conflict zone, they would have available to them the same

25  methods of communications, right?

1           MR. SHIPLEY:  Object to the form and speculation.

2           MS. BAKER:  It's a hypothetical to an expert.

3           THE COURT:  Just a moment, please, Doctor Gunaratna.

4    There is an objection.

5           Objection overruled.

6           THE WITNESS:  And there are other methods as well.

7    BY MS. BAKER:

8    Q.  That's not my question.

9           My question is if there were two or more people who

10   were not part of a support cell, but one of them was in a

11   conflict zone, and at least one of them was out of the conflict

12   zone, those two or more people would have available to them the

13   same methods of communications that you described were

14   available -- would be used by a support cell?

15   A.  Yes, if I try to understand you, what you are saying is

16   that there are two individuals who will not belong to a

17   terrorist or militant support cell.  You are telling me there

18   are two people.

19   Q.  Do not belong to a support cell?

20   A.  Yes, one is in the host country and the other is in the

21   conflict zone.

22   Q.  Yes?

23   A.  You are asking me how do they communicate to each other?

24   Q.  I am asking you; wouldn't they have the same methods of

25   communications available to them?

1    A.  Yes, they can use the same methods, or they can use other

2    methods.  Because there are numerous methods of communications.

3    I mentioned only the three methods that are common.  But there

4    are even other methods, communications, methodology depends on

5    the secured environment.  As the secured environment changes

6    these groups will change their method of communication.

7    Q.  My question about were whether two people who were not a

8    part of a support cell.  One in a conflict zone, one out of a

9    conflict zone, they would have available to them the same

10   methods of communications that you have testified about?

11            MR. SHIPLEY:  Objection, Your Honor.  Asked and

12   answered.

13            THE COURT:  Overruled.

14            THE WITNESS:  Yes, ma'am.

15   BY MS. BAKER:

16   Q.  Thank you.  And you have previously testified in other

17   situations that one of the major methods that support cells use

18   for communications is encrypted e-mails and Internet

19   communications, correct?

20   A.  Yes, but again, it depends on security environment.  For

21   example, if the know that the are monitoring their e-mail

22   traffic, they will be very, very careful because the terrorist

23   group knows the Americans biggest strength is the ability to

24   monitor whereever they can go, so it depends on their

25   environment.

GUNARATNA - Cross

41

1  Q.  Was that a yes or no to my question?

2  A.  Yes, ma'am.

3  Q.  You have also testified that support cells use videos taken

4  of matters that occur in conflict zones, they use videos to

5  engage in fund raising.

6  A.  Yes, ma'am.

7  Q.  If somebody was not part of a support cell, but wanted to

8  raise money for refugees or victims of something that was

9  happening in a conflict zone, the method of using a video to

10  fund raise would also be available to such a person, correct?

11  A.  Yes, but that person will not show the videos of killings

12  and attacks to raise money for humanitarian purposes.  There is

13  a huge distinction when a humanitarian organization raises

14  funds, and a militant and a terrorist group raises funds.  A

15  humanitarian organization would not show a burning pilot or a

16  burning aircraft being shot down.

17  Q.  But an organization seeking to raise funds, or victims of

18  war, or for refugees from attacks will show videos taken in the

19  conflict zone area which show persons who have been victims of

20  atrocities?

21  A.  Yes.

22  Q.  And who have been victims of war crimes?

23  A.  Yes, refugees, displaced persons, they will show all of

24  that.

25  Q.  Yes.  Thank you.  I want to ask you about Maktab Al

1   Khidmat?

2   A.  Yes, ma'am.

3   Q.  You testified that your first name was Maktab Al Khidmat al

4   mujahideen Rabi?

5   A.  Yes, ma'am.

6   Q.  You do recognize what I said.

7          I don't.

8   A.  Yes, ma'am.

9   Q.  That, in fact, was the full name of that organization?

10  A.  Yes, ma'am.

11  Q.  You refer to it as a front organization for Al-Qaeda?

12  A.  Yes, ma'am, it functioned as a front organization for

13  Al-Qaeda.

14  Q.  By the way, front organization is a term that does not

15  appear inside your book does it?

16  A.  The term front organization?

17  Q.  Yes?

18  A.  It is possible.  If you tell me I believe you.

19  Q.  Did you start to use it for this case?

20  A.  No, Ma'am, from 1999 to -- from 1996 to 2001 I wrote the

21  book on networks and from that I have extensively described

22  front cover and sympathetic organization.

23  Q.  But it's not in your book?

24  A.  It may not be.  I cannot recollect.

25  Q.  If you studied the book and it is not there, I believe you

GUNARATNA - Cross

1   ma'am?

2   Q.  And you published the book in 2002 and you have gone

3   through severely decisions since then?

4   A.  Yes.

5   Q.  You, told us already earlier that you did ask for -- to see

6   more evidence from the government than the two volumes of

7   transcripts that they gave you?

8   A.  Yes, ma'am.

9   Q.  But, in fact, you have not read transcripts beyond those

10  two volumes?

11  A.  No, Ma'am.

12  Q.  So you have not read the approximately 1,000 transcripts

13  that appear to be in existence?

14  A.  No, Ma'am.

15  Q.  And the summaries of phone calls that have not been turned

16  into transcripts, you have not read that?

17  A.  No, I specifically requested it from them but I did not

18  receive that.

19  Q.  Were you uniformed by the government that he they had

20  provided you all of the information that they thought was

21  relevant to the testimony?

22  A.  I didn't qt question in that form and I received no such

23  answer as a result of that.

24  Q.  From what you have been able to review from the testimony

25  there are two times when Mr. Hassoun maux a reference to Maktab

1    Al Khidmat, right?

2    A.   Ma'am, I believe I have heard a reference to Maktab Al

3    Khidmat on two occasions.

4    Q.   Maktab Al Khidmat had its main was in Peshawar, right?

5    A.   The administrative office was in Peshawar.

6    Q.   In the '90s, the administrative head of MAK was in

7    Peshawar, headquarters, that's its main office?

8    A.   Not for the United States, but the global administrative

9    office.

10   Q.   You testified that MAK was functioning through the mid

11   '90s?

12   A.   Yes, ma'am.

13   Q.   And, in fact, you know that shortly after the end of

14   November, 1995, MAK was shut down by the Pakistani government?

15   A.   Yes, but MAK once again continued to operate it.

16   Q.   You testified that it did not continue to -- that it

17   functioned through the mid '90s, correct?

18   A.   I testified that it functioned throughout the 1990s, I

19   would like to say that the office was shut down.  Again, the

20   MAK people tund to operate in Peshawar.  Because I know that

21   MAK operated in 1998 because I listened to their communications

22   in 1998.

23   Q.   You personally listened to their communicationses?

24   A.   I have listened to their transcripts.  I know their

25   transcripts.  I know what they were speaking.  I know each the

USA vs ADHAM HASSOUN ET AL - 070307

GUNARATNA - Cross

1  individuals who were communitying and with whom.

2  Q.  You are talking about listening to wiretaps of MAK itself?

3  A.  I am referring to a transcript that I have seen and I am

4  also treeferingt tapes that were available of MAK

5  communications.

6                    [There was a short recess]

7          THE COURT:

8          MS. BAKER:  I think you were telling us about

9  intercepts or transcripts of calls you have reviewed in your

10  research rk correct.

11  A.  Yes, ma'am.

12  Q.  Let's go back to be clear what you are talking about, is

13  this correct that western intelligence agency had wiretaps on

14  the MAK offices, is that correct?

15  A.  Ma'am, it's not western intelligence services.  One western

16  intelligence service which is a couldn't nant European service.

17  Q.  One western --

18  A.  From continental Europe did monitor the MAK office in

19  Peshawar.

20  Q.  Actually at page 16 of your book didn't you refer to plural

21  western intelligence agencies?

22  A.  Yes.

23  Q.  That was a plural in your book?

24  A.  I am particularly referring to a reference, to the

25  monitoring of the MAK office.

GUNARATNA - Cross

46

1  Q.  Yes.

2  A.  There is a particular transcript in my mind about Maktab Al

3  Khidmat and I will be very happy to talk to you about that.

4  Q.  I want to talk to you in what language did you read the

5  transcript that you are talking about?

6  A.  I read the transcript in English, the same way.  In Court

7  we had Arabic voice and we had the English transcript.

8  Q.  I just want to have a clarification here.  You are

9  informing this jury that you are aware that the MAK office was

10  wiretapped by the least one western intelligence agency during

11  the period of time we have been talking about?

12  A.  There was a specific period.  I know that during that

13  period they were looking at that office.

14  Q.  And the calls to and from that office were being monitored?

15  A.  Yes, ma'am.

16  Q.  You testified lavrs week about an organization called Usbat

17  al Ansar?

18  A.  Yes, ma'am.

19  Q.  That was an organization that you testified was in Lebanon

20  in the 1990s?

21  A.  Yes, ma'am.

22  Q.  You testified about its activities?

23  A.  Yes, ma'am.

24  Q.  You described it as a quote very significant group unquote

25  that was committed to forming a radical Islamic state in

1    Lebanon?

2    A.   Yes, ma'am.

3    Q.   You also testified that Al-Qaeda provided it training and

4    finance in the mid 1990s?

5    A.   Yes, ma'am.

6    Q.   In your book, unside Al-Qaeda, other than mntioning Usbat

7    al Ansar once in a list, you have no discussion of it

8    whatsoever, isn't that correct?

9    A.   No, Ma'am, if you tell me that I have referred to Usbat al

10   Ansar in the book, then I believe you.

11   Q.   My question sir is the opposite, isn't it a fact that you

12   do not tell your readers anything about Usbat al Ansar in this

13   book?

14   A.   No, but I have referred to it in a book.

15   Q.   There is a list where you list organization on a particular

16   page, I think it's 88?

17   A.   It's possible.

18   Q.   You do include Usbat al Ansar in that list?

19   A.   Yes, ma'am.

20   Q.   You label that list terrorist organization?

21   A.   Yes, but I don't give a description.

22   Q.   You nowhere in the book discuss anything about Usbat al

23   Ansar, yes or no?

24   A.   Yes, ma'am.

25   Q.   You have written nothing about Usbat al Ansar in your

1  published research and scholarship?

2  A.  Yes, except to identify it as a terrorist group associated

3  with Al-Qaeda in the book Inside Al-qaeda.

4  Q.  By which you are telling us you have included in the list?

5  A.  Yes, ma'am.

6  Q.  But you have written nothing about it in any of your

7  published work, isn't that correct?

8  A.  No, Ma'am.

9  Q.  By no, you mean it is correct?

10  A.  Yes, it is correct.

11  Q.  Of course you told us that you have never visited Lebanon,

12  correct?

13  A.  I have not been to Lebanon.

14  Q.  You also told us that after taking the assignment in this

15  case, accepting the assignment with the government, you

16  reviewed the full range of authorities dealing with the issues

17  that the case was going to cover?

18  A.  You used the word full range, Madame.  But I said I did

19  review material.

20  Q.  Because you didn't review the full range?

21  A.  I would not use the term full range, because in the

22  universe of knowledge, it is impossible to review the full

23  range.  There would be some documents we would refer to, some

24  documents we would not.

25  Q.  Did you make an effort to canvass the field?

1  A.  I did.  I looked at whatever documents that I could get at

2  that time.

3  Q.  One of the books you did not look at was Bernard rurb Arias

4  book published by Harvard university about this type of group

5  in Lebanon?

6  A.  Yes, you introduced that book to me yesterday as a dee if

7  you know active book on Lebanon.  I now ordered the book and

8  you have it with me.

9  Q.  And you will read it now?

10  A.  Yes, ma'am.  And I thank you.

11  Q.  Are you aware that the Lebanese general a dum disagreed

12  with Usbat al Ansar and said that it was not a terrorist

13  organization?

14       MR. SHIPLEY:  Objection, relevance and foundation,

15  Judge but witness Madame I am not aware of that.  I'm aware

16  that the Lebanese government did execute three members of this

17  organization for the assassination of a leader in that country.

18  BY MS. BAKER:

19  Q.  That was years before Usbat al Ansar was ever designated by

20  the United States a terrorist organization, wasn't it?

21  A.  Yes, ma'am, but I cannot understand why a Lebanese

22  Prosecutor general will say that Usbat al Ansar is not a

23  terrorist group when it has very clearly conducted terrorist

24  attacks in Lebanon.  There must be something wrong with him.

25  Q.  There must be something wrong with the Prosecutor Attorney

GUNARATNA - Cross

1  General of Lebanon?

2  A.  Yes, because he should have described a group as a

3  terrorist group, a group that kills people who are civilians

4  should be designated as a terrorist group.

5  Q.  But your testimony is you are not even familiar with the

6  position that the Lebanese government has taken on how to

7  characterize that organization?

8  A.  Yes, I will say that the Lebanese government is wrong if

9  they have not did he see naught it as a terrorist group.

10  Certainly the United States government has designate it as a

11  terrorist group.  So has the united nation and many other

12  countries.

13  Q.  That happened in 2001, did it not?

14  A.  Yes, ma'am.

15  Q.  I believe the U.S. government would have reviewed the

16  activities of Usbat al Ansar over a period of time in

17  designating the group?

18  Q.  I am just asking you, sir, that designation happened in

19  2001, did it not?

20  A.  Yes, ma'am.

21  Q.  Thank you.  Now, in the transcript which we are going to

22  have to turn to your book, 35T.  So this is what it reads.  I

23  am going to read in Arabic.  After the words the arrest of the

24  Sheikh.  Da yea al Islam and ra dee al Islam, the leaders of

25  the daawa institute, the hid yea and the ee has san parenthesis

GUNARATNA - Cross

1  guidance and bef lense institute, do you see that stet of set

2  of words?

3  A.  Yes, ma'am.

4  Q.  Are you familiar with the organization that is called in

5  this passage hid yea and ee has san, the guidance and bef lense

6  institute?

7  A.  No, Ma'am, I am not familiar with that institute.

8  Q.  So you are not familiar with an organization whose name

9  correctlyly stated would be Jamiyyat al Hidaya wal-Ihsan.

10 A.  No, Madame.

11 Q.  So you don't know whether that organization is the

12 organization that, in fact, is referred to on page 7 of the

13 call in which there is a reference to bombing the luck core

14 stores?

15 A.  Madame.  You said in page search.  Right.

16 Q.  Yes, I am saying you don't know if that organization is the

17 organization connected to the bombing the liquor store referred

18 to on page 7?

19 A.  What line are you referring to on page 7.

20 Q.  Two thirds?

21 A.  Could you read that.

22 Q.  AED car during Christmas, during Chris tas.  The guys

23 carried out, what do you call it.  They bomb the liquor stores?

24 A.  Madame, this is a reference to Usbat al Ansar.

25 Q.  Sir, my question is, you don't know it to be a riferns to

1  mid yea while issue sha?

2       MR. SHIPLEY:  Asked and answered.  He previously

3  indicated he is not familiar with the group.

4       THE COURT:  Sustained.

5       MS. BAKER:  I will move on.

6  BY MS. BAKER:

7  Q.  On page 7, one third of the way from the top, there is a

8  reference to his brother, doctor Hassan sha lal's son, doctor

9  Hassan sha lal's son.  Do you see that reference, sir?

10 A.  Yes, ma'am.  Da'i al Islam al-Shalal and his father was

11 Salim al-Shalal

12 Q.  Are you familiar with the fact that the head of an

13 organization that was not Usbat al Ansar was da ha Islam al sha

14 lal and his father was Sal lamb al sha lal?

15 A.  No, Ma'am, because it is the same organization that I said

16 I had no knowledge.

17 Q.  Oning.  Those two people are associated with hid yea would

18 I ha shan?

19 A.  If you tell me that I should believe you.

20 Q.  And your study of Lebanon and of groups in Lebanon has not

21 given you -- has not led you to learn any information about

22 that group that we have been talking about, hid yea would I I

23 shan?

24 A.  No, Ma'am.

25 Q.  I meant to ask you have you brought us any additional names

1  of cases where you gave reports in the UK?

2  A.   Not yet, but I have requested the law firm to send me the

3  information that they have.

4  Q.   Thank you.  Turning to a different topic, last Friday.

5  Page 136 of the transcript, you acknowledged that you adhered

6  to the principal because if you do not live in a conflict zone

7  and understand the suffering of those people, you will never

8  get an idea of why those organization form and why they come

9  many this manner, do you recall that testimony, sir?

10 A.   Yes, ma'am.

11 Q.   Now, you are aware based upon your knowledge an research

12 and all that you reviewed in the course of your expert work,

13 you are aware that prolonged social economic rest and receiver

14 suffering of people can lead them to adopt tactics of use of

15 force against persons whom they perceive as oppress zrs?

16 A.   Yes.

17 Q.   You include in your research and study, studying the

18 causes, studying the reasons, studying the surxz and conditions

19 that lead people to adopt tax tux of use of force against

20 oppress zrs?

21 A.   Yes.

22 Q.   Because you testified about Somalia, I assume you consider

23 that one of your areas of expertise?

24 A.   Yes.

25 Q.   Therefore you have studied with respect to Somalia the

1   history of suffering and socioeconomic problems that led people
2   in Somalia to adopt tactics of use of force against oppress
3   source in the '90s?
4         MR. SHIPLEY:  Judge, I object based on the Court's
5   prior rulings.  There is there is a question about Somalia that
6   we are talking about, Ogaden or what it is specifically she is
7   talking about.  Side bar.
8         THE COURT:  Where are you going with this, Ms. Baker
9   er?
10        MS. BAKER:  He has reported with respect to some of
11  the countries that he talked about on circumstances that led to
12  different events, I want to bring out the historical
13  circumstances that I am sure he is aware of through the
14  studying that led to the {development|involvement} of certain
15  groups in Somalia.
16        MR. SHIPLEY:  That's not where she is going.  Two
17  issues, he didn't go into this on direct testimony.  Number
18  two, this is classic we concede this going towards
19  justification type arguments these are not questions going to
20  calls.  Ms. Baker is not going to say in this call this event
21  occurred or otherwise.  We all know this has been an issue.  We
22  all know where this is going, Your Honor.
23        MS. BAKER:  I have two responses, Your Honor, one is
24  that our defense, certainly my client, had an intent to defend
25  people who were under attack.  In order to be allowed to put on

1    that defense, I have to show that there were people under

2    attack and pinging the calls link my client to that area.

3         The second point is this witness was allowed in his

4    testimony to give historical date tas an facts about some of

5    the areas.  He did mention something about the Ethiopian Army.

6    He wasn't asked that's why he didn't testify to it, the

7    circumstances surrounding the Ethiopian Army invasion into

8    Ogaden.  I am not trying to confuse things.  I am perfectly

9    happy to separate out Somalia and talk about Ogaden separately

10   and I will respond to all the concerns of Mr. Shipley.  I think

11   I have to be entitled as a matter of cross examining or

12   testifying about an area to probe what he knows about that

13   area.  Otherwise we are being cut off by the knees.

14        MR. do CAMPO:  I don't mean to speak from Ms. Baker

15   because I don't know exactly where she is going but I can say

16   on behalf of Mr. Padilla, the charges of this case as to

17   whether a murder occurred in Somalia, the circumstances of the

18   historical background of who was there, what were the groups,

19   who was fighting whom is clearly relevant to layout was it

20   against an attack against a civilian.  Was it against

21   government factions fighting.  You think all defendants have a

22   right to flush out the details of what was going on on the

23   ground in Somalia at the time period sgliferjtses Mr. Shipley,

24   I did say I was going to let you talk.  Go ahead.

25        MR. SHIPLEY:  Brief.  That's a different qep than what

1    Ms. Baker is going into.  What Mr. do Campo is referring to is

2    situation on the ground or armies.  That is a less problem

3    particular area.  Ms. Baker asked the open nded question.  I

4    disagree with Mr. do Campo his statement of the law and what

5    the legal criteria here is what defines murder are or unlawful.

6    That is not something we need to take up now.  Judge,

7    Ms. Baker's argument is exactly what we spent all that time on.

8    She says I need to be able to show my client's state of mind.

9    These questions are not tied to state of mind.  Given the

10   Court's add moaning, I didn't ask him.  I may seek to do that

11   on redirect depending on what she says.  Or to go onto are they

12   consistent.  She can't use a state of mind argument each if it

13   were prms believe to get into these specific areas.

14         THE COURT:  I have not yet let Mr. Lewis speak.

15   Louisiana I don't have to speak, Judge.

16         THE COURT:  This is my concern and maybe I am not

17   listening as keenly as I should.  The questions as proffered to

18   me by Mr. do Campo I think are proper.

19         MS. BAKER:  I am not sure how mine are different but I

20   would be guided by it.

21         THE COURT:  I'm afraid that we are going to get into

22   an open ended discussion about who was killing who and whether

23   such a killing was a murder or an unlawful killing which I

24   think is exactly the area that I had a problem with yesterday,

25   because I believe that touches on the so called justification

GUNARATNA - Cross

57

1   and necessity argument that I have for closed.

2           If you want to ask this witness on a given period of

3   time, based upon his study, what groups, terrorist groups were

4   in Somalia, who was involved in those terrorist groups in

5   Somalia, which is what the question was posed by Mr. do Campo,

6   I think that is a proper area of inquiry.  But beyond that, who

7   is killing who and whether a certain killing was unlawful, I

8   think -- I know you are violating the rule that I put forth.

9           MS. BAKER:  Your Honor, this is very important.

10  Please allow me to at least make my record and hopefully

11  persuade you that there is a different goal, a legitimate goal

12  which is within your ruling that I am -- may I please speak.  I

13  really feel it is very important to represent Mr. Hassoun that

14  I be allowed to make this argument, Your Honor.

15          THE COURT:  Yes, go ahead.

16          MS. BAKER:  It is directly relevant to my client oons

17  intent what was going on that he knew about.  Now, you agree

18  that I have to tie what was going onto his knowledge for it to

19  be relevant to his state of mind.  I totally agree.  But if it

20  does matter who was killing who, if my client, if my client

21  understood, based on whatever the information was that Muslims

22  were being attacked and that the Ethiopian Army for instance,

23  had invaded, in his view, unjustly, that is what -- unjustly is

24  the characterization.  If for example you want to say on a

25  certain given time the Ethiopian Army invaded Ogaden, I hope I

1   am pronouncing that correctly and Ogaden was a predominantly

2   Muslim area, did the Ethiopian Army invade Ogaden, did people

3   fight the Ethiopia an Army.  I think that is relevant.  But

4   when you start did the Ethiopia an Army commit atrocities

5   against the Muslim people, then you are going to ask him what

6   this meant.  That is definitely going into a justification

7   argument.

8          MS. BAKER:  I don't believe it is, Your Honor.  Please

9   allow me to make my point.

10          THE COURT:  You may make your point, but I think that

11   line of questioning is directly, I am not going to reargue this

12   today, Ms. Baker.  I think that is directly on the point of

13   justification.  Because the next line of questioning is what if

14   someone heard that people in Ogaden were being attacked and

15   they felt in their heart this was a killing that they could not

16   -- would it not be appropriate for that person to come to the

17   aid of those people?  That is a justification defense.

18          MS. BAKER:  No, no, I am talking about what is in my

19   client's mind.  My opinion client didn't go there.

20          THE COURT:  I do not disagree that your client is

21   entitled --

22          MS. BAKER:  How do I --

23          MR. SHIPLEY:  Then put him on the stand.

24          THE COURT:  Rewind the tape and let's see what Judge

25   Walton did.  He said you want to put on his state of mind, what

GUNARATNA - Cross

1  you were thinking when you walked into that grand jury young
2  man, you have to testify.  That is the law.
3         MR. LOUIS:
4         MR. NATALE:  Judge, Ms. trird do is crying.  You think
5  that --
6         THE COURT:  She told me she was going to make it for
7  as long as we could.
8         MR. NATALE:  This has been going on for a good part of
9  the discussion.  Russell and I both agree Baker Baker Your
10 Honor, maybe we will have an opportunity to argue this more
11 fully.
12        MR. SWARTZ:  Judge, are we going to break?
13        THE COURT:  I think we need to.
14        THE COURT:
15        End of side bar.
16        THE COURT:  Ladies and gentlemen,, we are going to
17 break for the day.  As you no one of your members is suffering
18 a loss.  Seriousness that all of you have taken as your
19 obligations as jurors in this case.  This is a really really
20 long week end.  Longer than the ones that we had in the past.
21 So, you want you all to rebuttal your obligation as jurors.
22 One, no reading about this case.  No reading about non sorbl in
23 this case.  No watching about this cause on the news or on the
24 Internet and do not ah how number to to you about the cause.
25 Anything that goes on out sued of this courtroom is of no

USA vs ADHAM HASSOUN ET AL - 070307

GUNARATNA - Cross

1    moment of this case.  It is what comes on the witness stand or

2    the documents.  Thank you very much ladies and gentlemen,.  You

3    will see you all Monday morning.  One bug change Monday morning

4    we are going to start at 10:00 instead 930.

5                    [The jury leaves the courtroom

6            THE COURT:  Just for the record, I know counsel and I

7    talked about this in chambers, our juror number two who has

8    been making it to court every day, one of her close family

9    members has been suffering with end stage cancer throughout

10   these proceedings.  She has not missed a day of court or asked

11   from any unindulgence of the court until today.  That is

12   because her sister passed away today.  She knew today was a

13   short day and she came in knowing she would be with her family

14   later on.  She told me she would make it as far as she could

15   and she made it this far.  I wouldn't have made it this far

16   myself.  Both sides note she was crying during our side bar.

17   She made an effort.  Not excusing her, we will start Monday

18   morning.  She said she would be here Monday morning to continue

19   yes, sir obligations.  We are going to start at 10:00 on Monday

20   morning.  Doctor Gunaratna you are free to leave the courtroom.

21   I am certain Mr. Shup will tell you where to meet him and to be

22   ready to start your testimony on Monday morning until 10:00.

23   Thank you Doctor Gunaratna, remember your promise to me, no

24   CNN.  But witness okay.

25            THE COURT:  We are back on the discussion.  As I said

1    at side bar, the question as posed by Mr. do Campo to me
2    Ms. Baker is fundamentally different.  If I said it before and
3    if I haven't, I don't think the law requires as you know, it
4    would be a violation of your client's constitutional right to
5    ask him to take the stand.  But I do believe that there are
6    certain defense's that cannot be put forth absent that.

7         Now, if you want to talk about the general conditions
8    on the ground, that's available to you.  As I said yesterday
9    and the similarity between your question yesterday and today,
10   to me, which is why we went to side bar, were such that I felt
11   we were going into an unappropriate area.  You want to talk
12   about the Ethiopian Army going into Ogaden that that is a
13   predominantly Muslim country, that is permissible.  Whether we
14   get into whether a killing is unlawful, unjustified, based upon
15   some standard to meet goes into the area that has been
16   precluded in this case and that's the defenses of justification
17   and necessity.  Mr. Louis was about to speak before we had to
18   break for Ms. trird.  Mr. Louis, if you would speak.

19        MR. LOUIS:  Your Honor, this but has testified that
20   there are certain farkt tours environments that are conducive
21   to these organization gang afoot hold and rising up in certain
22   areas.

23        THE COURT:  And he testified to that during
24   Ms. Baker's cross that there are economic pressures that
25   happened.  There are social pressures that happen.  All of

1   these are factors.

2          MR. LOUIS:  Correct.  I think it goes beyond that.

3   It's not just the normal environment, for example, the United

4   States where there might be socially disadvantaged people.

5          THE COURT:  What kind of question do you think would

6   be prms believe, Mr. Louis?

7          MR. LOUIS:  Your Honor, , ploring the area of the

8   nature of the conditions on the ground.

9          THE COURT:  Guf me an example.

10          MR. LOUIS:  Grunt in Ogaden, it is not simply people

11   that are Poore and under pressure from the government, it is

12   people that are being killed.  Don't get into the area of

13   justification, deechings of others, who is doing the killing.

14          THE COURT:  If you want to discuss the fact that

15   during the I don't know if the word invasion would be a proper

16   word, the on tree of the Ethiopia government into Ogaden that

17   there were killings on the ground, I think that is permissible.

18   But yesterday we went into killing, we went into this line of

19   questioning that was authorized versus unauthorized, justified

20   versus unjustified.  That's the area that is foreclosed.

21          MR. LOUIS:  Independent, I didn't see it as relating

22   to the justice defense, maybe it's because I didn't have the

23   foresight that Mr. Shipley had.

24          THE COURT:  Hope plea we are.  We are going to return

25   to the courtroom at 10A M. on Monday morning.

GUNARATNA - Cross

63

1          MR. SHIPLEY:  I would Luke to get a sense how much

2    longer cross is going to go.  This is now three days.  We have

3    qualified or surpassed with just one defense lawyer.

4          THE COURT:  In Ms. Baker's defense, no, I he know I

5    was pretty hard on her yesterday.  We have had several hours

6    that were not examination.  We probably had two full days, not

7    three.  Do you anticipate how much longer you have for this

8    witness?

9          MS. BAKER:  I certainly do not anticipate going beyond

10   Monday.  What I have to think about if I am going to take the

11   full day.

12         MR. SWOR:  I just want to know which Monday.

13         THE COURT:  In anticipation Ms. Baker saying she will

14   be fund on Monday, Mr. Swor please be ready to start your

15   examination or Mr. Louis, whoever is going to do it for

16   Mr. Jayyousi on Monday.  Do you have an anticipation of how

17   long you think your cross will be.

18         MR. SWOR:  A couple of months.

19         THE COURT:  I assume there will be cross-examination

20   on behalf of Mr. Padilla?

21         MR. do CAMPO:  Yes.

22         THE COURT:  Let's see if we can get Doctor Gunaratna

23   out of here by Tuesday afternoon.

24         MR. SHIPLEY:  Assuming we do that and move into the

25   launder stages of our cause, we are going to be coming up on

USA vs ADHAM HASSOUN ET AL - 070307

GUNARATNA - Cross

1  the time that the government is going to rets and the defense

2  rule 29.  We would like the Court to set a deadline for jury

3  instructions from both sides.

4        THE COURT:  Have I gotten any from the government?

5        MR. SHIPLEY:  No, I think the Court should set a

6  deadline.

7        THE COURT:  Why don't know we e-mail to Ivan no late

8  than Thursday.  All the jury instructions to Ivan on Thursday

9  with you you think is July 12.  Mr. Natale?

10        MR. NATALE:  Suns we are anticipating wounding up at

11  some point with Doctor Gunaratna.  Can we fund out who the next

12  but is going to be.

13        MR. SHIPLEY:  You thu they will be Padilla oriented

14  witnesses.  Um not sure the order.  We are truing to brung some

15  people in and make some judgments.  I have already told music

16  he will.

17        THE COURT:  Can you speak by e-mail.  Mr. Shipley, is

18  the government anticipating that you will conclude your case by

19  the end of July 17?

20        MR. SHIPLEY:  What day would that be, Your Honor?

21        THE COURT:  That's a Tuesday.

22        MR. SHIPLEY:  You think that is a possibility.  If

23  Doctor Gunaratna gets off the stand by the middle of next week,

24  you think that is realistic.

25        THE COURT:  This is my scheduling plan, ladies and

USA vs ADHAM HASSOUN ET AL - 070307

1    gentlemen,.  Um hoping to do the following.  Finish the

2    government's case in chief.  Dependinging on what day that is,

3    regardless of what day that is, allowing a full day for rule 29

4    motions.  Depending on what the results of the rule 29 motions,

5    we would begin the defense case the following day.  We would be

6    here to do two things, rule 29 and jury instructions.

7             MR. SWARTZ:  Judge, we still have a CIPA issue.

8             THE COURT:  Is the CIPA issue necessary to resolve

9    before we conclude Doctor Gunaratna's testimony?

10            MR. SWARTZ:  No.

11            THE COURT:  So let's plan on doing that once we finish

12   Doctor Gunaratna's testimony, next Tuesday.

13            MR. SHIPLEY:  I think it is getting to the poun if we

14   are anticipating wounding up the government's case within the

15   week or ten daus that we are entitled to dlirbs from the

16   defense about a Denise cause, defense exhibits, we are now

17   easily within a two week one do and I think it is time we are

18   entitled to that information that we have not been provided to

19   date.

20            THE COURT:  Let me think about a date.  Obviously that

21   is going to occur so use this time that we don't know have the

22   ladies and gentlemen of the jury so at least we can gun by the

23   disclosure of kpubts by a certain date and thn your but list to

24   follow thereafter.

25            MR. CARUSO:  I did talk to Mr. Shup regarding the

GUNARATNA - Cross

 1  wutses that are going to follow Doctor Gunaratna.  All you have

 2  been told is that the witnesses are going to be Padilla orpted

 3  and he doesn't know the lawyer.  Sooner rather than launder you

 4  need the names.

 5          THE COURT:  That's the issue that you are spos to work

 6  out Thursday and Friday of this week.  When you come in on

 7  Monday you are going to be automobile to it will me Judge, you

 8  spoke to Mr. Shup and we know what is going on.

 9          MR. SWARTZ:  With regard to the seep.  Ms. Pell said

10  the agency would need time with the order.  If we are running

11  out of time, we might not have that.  I don't know how that

12  works, this is what we were told by the government.

13          THE COURT:  Ms. Pell, I know we are in open court, but

14  do you have new inclination if the ruling is to disclose, is

15  this such a volume of information that the agency would need

16  suggest or substantial time in which to review and make a

17  disclosure?

18          MS. PELL:  Not significant or substantial.  I wanted

19  to make the Court aware that it is not an overnight process.

20  You would say a couple of days.

21          THE COURT:  Yn don't we anticipate doing this Monday

22  after we let the jury know.

23          MS. PELL:  That's fine, Your Honor.

24          THE COURT:  Monday we will anticipate doing this

25  matter 445 or so.

USA vs ADHAM HASSOUN ET AL - 070307

1          MS. PELL:  We would need an opportunity to go back to
2     our office to get the appropriate documents.
3          THE COURT:  That will be a sealed hearing.  Everyone
4     have a good and safe weekend please.  12:00.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1              C E R T I F I C A T E

2          I hereby certify that the foregoing is an accurate

3     transcription of proceedings in the above-entitled matter.

4

5     _____        _____
           DATE FILED           ROBIN M. DISPENZIERI, RPR-CP
6                               Official Federal Court Reporter
                                United States District Court
7                               301 North Miami Avenue, 6TH Floor
                                Miami, FL  33128 - 305/523-5158
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Quality Assurance by Proximity Linguibase Technologies

**A**

**Abdul** 21:24 22:8
**Abdullah** 1:10,10
**ability** 40:23
**able** 7:21 9:8 30:21
  43:24 56:8
**above-entitled** 68:3
**abroad** 25:6
**absent** 61:6
**absolutely** 7:2,4
**Abu** 1:10,10 18:14 19:2
  27:6
**accepting** 48:15
**accurate** 68:2
**acknowledged** 53:5
**action** 5:6
**actions** 26:12
**active** 49:7
**activities** 26:2,3 46:22
  50:16
**acts** 36:9
**add** 22:19 29:21 56:10
**additional** 52:25
**Adham** 1:8 31:6
**adhered** 53:5
**adjust** 7:21
**administration** 27:14
  28:2
**administrative** 44:5,6,8
**admitted** 32:18
**admonish** 9:3
**admonition** 6:17 10:14
**adopt** 53:14,19 54:2
**advance** 33:10
**adversity** 10:1
**advised** 6:12,25 7:15
**AED** 51:22
**Afghan** 13:24 37:3
**Afghanistan** 13:8 14:14
  15:17,19 16:2 21:24
  37:6
**afoot** 61:21
**afraid** 56:21
**afternoon** 9:15 63:23
**agencies** 45:21
**agency** 45:13 46:10
  66:10,15
**agenda** 26:24
**agree** 14:2,4 25:17,18
  26:19 57:17,19 59:9
**agreed** 25:12,14
**agrees** 5:16 8:22
**ah** 59:24
**ahead** 55:24 57:15
**aid** 13:21,24 58:17
**aircraft** 41:16
**al** 1:10 21:2 41:25 42:3
  42:3 44:1,2,4 46:2,17
  47:7,9,12,18,22,25
  49:12,19,22 50:16,24
  50:24 51:9,24 52:10

52:13,13,14
**aligned** 34:6
**allow** 30:7,14 57:10
  58:9
**allowed** 28:9 54:25 55:3
  57:14
**allowing** 65:3
**Al-Qaeda** 5:25 17:1,5
  17:11 18:19 22:5 23:8
  23:12 24:12 25:2,10
  25:19 26:19,21 27:2,7
  34:6,8,15,17 35:19
  42:11,13 47:3,6 48:3
  48:3
**al-Shalal** 52:10,11
**Amendment** 9:2 10:25
**AMERICA** 1:4
**Americans** 24:8 40:23
**AMIN** 1:8
**amount** 8:5,8
**analysts** 20:11
**Ansar** 46:17 47:7,10,12
  47:18,23,25 49:12,19
  49:22 50:16 51:24
  52:13
**answer** 6:5,6,7 14:11
  28:17 29:4 30:7,14
  43:23
**answered** 17:17 38:5
  40:12 52:2
**answers** 27:10
**ANTHONY** 2:9
**anticipate** 63:7,9 66:21
  66:24
**anticipating** 64:10,18
  65:14
**anticipation** 63:13,16
**anymore** 35:5
**apart** 26:18
**apologize** 12:20
**apparently** 5:14
**appear** 7:11 11:14 12:4
  42:15 43:13
**appearance** 8:19 11:25
  12:1
**APPEARANCES** 1:16
**appeared** 5:9 10:5
  16:20
**appearing** 5:17,23 6:1
  6:2 8:20 9:4 12:9
**appointment** 32:12
**apport** 32:9
**appreciate** 12:19
**approach** 28:11 33:5,8
**approached** 6:12
**appropriate** 7:8,10,13
  7:18 8:1 58:16 67:2
**approximately** 43:12
**Arab** 20:23,24
**Arabic** 20:3,6 21:4 46:7
  50:23

**area** 10:17 11:22,22
  23:3 28:20 35:13
  41:19 55:2,12,13 56:3
  56:24 57:6 58:2 61:11
  61:15 62:7,12,20
**areas** 22:25 28:14
  38:16 53:23 55:5
  56:13 61:22
**argue** 59:10
**argument** 56:7,12 57:1
  57:14 58:7
**arguments** 54:19
**Arias** 49:3
**armed** 32:5
**armies** 56:2
**Army** 55:5,7 57:22,25
  58:2,3,4 61:12
**aroung** 18:22
**arrest** 50:23
**article** 36:21,23 37:2,5
  37:13
**articles** 20:23 21:1
**asked** 7:5,24 16:6 28:19
  34:23 38:4 40:11 52:2
  55:6 56:3 60:10
**asking** 19:5 39:23,24
  50:18
**assassination** 49:17
**assignment** 48:14,15
**assist** 14:6
**associated** 48:2 52:17
**assume** 5:22 6:23 53:22
  63:19
**Assuming** 63:24
**atrocities** 41:20 58:4
**attack** 54:25 55:2,20
**attacked** 15:22 57:22
  58:14
**attacking** 27:2
**attacks** 25:12 27:2,8
  36:6 41:12,18 49:24
**attention** 9:20 10:20
  17:3 26:3 31:14 35:6
**Attorney** 49:25
**Attorney's** 1:19
**attributed** 38:1
**author** 5:23 8:20 19:11
**authoritative** 23:21
**authorities** 48:16
**authority** 7:14 18:6,16
  19:2,7 22:25 23:14
**authorized** 62:19
**automobile** 66:7
**available** 38:24 39:12
  39:14,25 40:9 41:10
  45:4 61:8
**Ave** 2:5,22
**Avenue** 1:23 68:7
**avenues** 13:11
**avoid** 10:20 12:12
**aware** 6:24 20:5 31:18

32:2,3 46:9 49:11,15
  49:15 53:11,13 54:13
  66:19
**Ayman** 16:14,16 17:3,8
**A.F.P.D** 2:8,9,9
**A.M** 1:7
**A.U.S.A** 1:18,18,19,21
**a/k/a** 1:9,10,10

**B**

**back** 8:15 29:16 45:12
  60:25 67:1
**background** 55:18
**bad** 25:24
**Baker** 2:5 13:2,4 14:10
  14:12 17:20 18:2,25
  19:4,6,12,14 22:20,22
  22:23 28:19,22 29:13
  30:2,5,9,11,16 31:9
  31:11,13,24 32:16,23
  33:3,7,16 34:19,22
  39:2,7 40:15 45:8
  49:18 52:5,6 54:8,10
  54:20,23 55:14 56:1,3
  56:19 57:9,16 58:8,12
  58:18,22 59:9,9 61:2
  63:9,13
**Baker's** 56:7 61:24
  63:4
**bar** 28:12 30:8 54:7
  59:15 60:16 61:1,10
**barracks** 34:11
**base** 20:10,15,16
**based** 11:3 25:11 26:20
  32:2 34:16 35:12,24
  53:11 54:4 57:3,21
  61:14
**basis** 7:19
**bef** 51:1,5
**began** 26:25
**beginning** 18:8
**Begins** 4:2
**behalf** 6:14 55:16 63:20
**behavior** 9:25
**believe** 42:18,25 44:2
  47:10 50:15 52:19
  56:13,25 58:8 61:5
  62:6
**believes** 5:5
**belong** 39:16,19
**Bergan** 18:4
**Bergans** 18:11
**Bernard** 49:3
**best** 8:23
**better** 12:23
**beyond** 36:1 43:9 57:6
  62:2 63:9
**biggest** 40:23
**Bin** 15:16,19 18:3 24:6
  34:11 36:12,17 37:6
  37:16

**binder** 31:3
**Biscayne** 2:3
**blame** 25:25
**Blvd** 2:3
**bomb** 51:23
**bombing** 7:4 11:20
  51:13,17
**bombings** 24:4,4
**book** 5:24,24 6:6 14:19
  14:21 15:1,2,7 16:25
  17:1,5,5,7,8,8,9,10,12
  17:18,21 18:4,8,12
  19:1,3,5,5,10,10,11
  21:8 23:17,22 25:19
  32:19,22 34:5,14
  35:22 36:1 42:15,21
  42:23,25 43:2 45:20
  45:23 47:6,10,13,14
  47:22 48:3 49:4,6,7,7
  50:22
**books** 11:23 17:2 49:3
**bottom** 36:7
**Boy** 25:13,15,16
**break** 10:8 59:12,17
  61:18
**BRIAN** 1:18
**Brief** 55:25
**briefly** 10:21 15:9
  36:22,23 37:8
**bring** 9:19 10:19 11:9
  28:22 54:12
**britile** 35:4
**broad** 8:19 9:20 23:3
**broader** 6:19
**brother** 52:8
**brotherhood** 30:20,22
**brought** 52:25
**brouth** 26:3
**brung** 64:14
**bug** 60:3
**Building** 2:13
**burning** 41:15,16

**C**

**C** 68:1,1
**call** 16:17 25:16 28:1
  29:7 34:2 36:4 51:13
  51:23 54:20
**called** 10:25 21:2 25:7
  37:3,13 46:16 51:4
  56:25
**calling** 9:12 31:14 35:6
**calls** 10:11 28:23 29:7
  43:15 45:9 46:14
  54:20 55:2
**Campo** 2:9 9:19 10:7
  10:19 55:14 56:1,4,18
  57:5 61:1 63:21
**cancer** 60:9
**candidates** 30:22
**canvass** 48:25

**car** 51:22
**careful** 40:22
**carried** 51:23
**CARUSO** 2:8 10:21
  65:25
**case** 1:3 5:8 6:8,15 7:3
  7:10 8:7,13 9:6,8,12
  9:18 10:6,6,13 11:7
  12:6,7 31:19,25 35:15
  42:19 48:15,17 55:16
  59:19,22,23 60:1
  61:16 64:18 65:2,5,14
**cases** 6:10,10 53:1
**cause** 59:23,24 63:25
  65:16
**caused** 12:21
**causes** 53:18
**caution** 9:3
**cease** 24:15,23,25 25:7
  25:7
**cell** 38:10,14,23 39:10
  39:14,17,19 40:8 41:7
**cells** 38:2,4 40:17 41:3
**Center** 20:5,8
**certain** 6:11 54:14 57:7
  57:25 60:21 61:6,20
  61:21 65:23
**certainly** 9:13 10:23
  16:15 33:3 34:17
  50:10 54:24 63:9
**Certificate** 3:6
**certify** 68:2
**cetera** 29:9,9,9
**chambers** 60:7
**change** 40:6 60:3
**changes** 40:5
**characterization** 57:24
**characterize** 50:7
**charges** 55:16
**chief** 65:2
**Chris** 51:22
**Christmas** 51:22
**CIA** 13:10
**CIPA** 65:7,8
**circumstance** 8:23
**circumstances** 54:11,13
  55:7,17
**cite** 21:7
**cited** 23:20,22
**civilian** 55:20
**civilians** 34:4 36:6 50:3
**claims** 5:17
**clarification** 46:8
**clarify** 23:3
**classic** 54:18
**clear** 6:18 7:1 8:9 14:24
  21:12,18 23:6 35:16
  45:12
**clearly** 49:23 55:19
**client** 6:15 54:24 55:2
  57:16,20,20 58:19,20

**client's** 56:8 58:19 61:4
**clien't** 10:1
**close** 16:14,15 34:7
  60:8
**closed** 57:1
**closely** 24:11 34:6
**CNN** 5:9 10:3 11:14
  60:24
**Coconut** 2:6
**come** 8:15 17:3 38:13
  53:8 58:16 66:6
**comes** 9:21 60:1
**coming** 12:4 63:25
**comment** 28:25
**commentary** 10:11
**commentator** 5:9
**commenting** 12:12
**commit** 58:4
**commitment** 24:22
**committed** 24:25 46:25
**common** 40:3
**commonly** 15:3
**communicate** 38:5,15
  39:23
**communication** 40:6
**communications** 38:1
  38:25 39:13,25 40:2,4
  40:10,18,19 44:21
  45:5
**communicationses**
  44:23
**communitying** 45:1
**complete** 25:25
**concede** 54:18
**conception** 11:6
**concern** 8:17 28:14,16
  29:2 56:16
**concerns** 55:10
**conclude** 64:18 65:9
**concluded** 6:13
**conditions** 53:18 61:7
  62:8
**conducive** 61:20
**conduct** 25:12 36:6
**conducted** 36:9 49:23
**conducting** 27:8
**conference** 4:2 21:24,25
**conflict** 38:11,13,24
  39:11,11,21 40:8,9
  41:4,9,19 53:6
**confronts** 24:8
**confuse** 55:8
**connected** 51:17
**connection** 13:1 37:3
**consider** 12:10 17:23
  18:16 19:1 23:6 53:22
**considered** 19:7
**consistent** 56:12
**constitution** 1:23 27:20
  27:24 29:20
**constitutional** 61:4

**consult** 9:5,6
**context** 32:5,11 35:11
  37:7
**continental** 45:18
**continue** 22:22 44:16
  60:18
**continued** 25:10 34:12
  36:2 44:15
**contrary** 7:1
**control** 9:23
**controlling** 9:21
**conversation** 11:4,13
  29:6 31:5,6 33:23
**COOKE** 1:13
**core** 51:13
**correct** 11:15 13:12,15
  14:21 15:11,14 16:3,5
  19:11 20:24 22:11
  24:18 25:15,16 27:15
  29:5 32:22 34:6 40:19
  41:10 44:17 45:10,13
  45:14 47:8 48:7,9,10
  48:12 62:2
**correctly** 58:1
**correctlyly** 51:9
**counsel** 7:17 9:6 28:11
  60:6
**counseled** 5:16 7:5
**Counterterrorism** 1:22
**counter-terrorism**
  11:18
**countries** 50:12 54:11
**country** 15:23 38:10,14
  39:20 49:17 61:13
**couple** 63:18 66:20
**courier** 38:9
**course** 9:17 36:16 37:9
  48:11 53:12
**court** 1:1 2:21,22 4:3
  5:3,6,10,21 6:2,11,21
  7:8,14,18,23 8:3,7,10
  8:10,16,22 9:10,14,20
  10:2,3,7,14,17,22,23
  10:24 11:5,8,9,12,17
  11:21 12:4,17,19,22
  12:25 14:10 17:19,25
  18:24 19:4,9,13 22:21
  28:11,16,21 29:2,17
  30:1,3,6,7,14 31:9,12
  31:23 32:15,20 33:1,5
  39:3 40:13 45:7 46:6
  52:4 54:8 56:14,16,21
  57:15 58:10,20,24
  59:6,13,14,16 60:6,8
  60:10,11,25 61:23
  62:5,9,14,24 63:4,13
  63:19,22 64:2,4,5,7
  64:17,21,25 65:8,11
  65:20 66:5,13,13,19
  66:21,24 67:3 68:6,6
**courtroom** 5:19 6:4

**9:**17,25 11:11 12:24
  59:25 60:5,20 62:25
**Court's** 5:7 9:20 10:19
  54:4 56:10
**cover** 37:1 42:22 48:17
**creation** 23:25
**crimes** 41:22
**criteria** 56:5
**cross** 10:16 13:3 55:11
  61:24 63:2,17
**cross-examination**
  63:19
**crusaders** 21:23 22:15
**crying** 59:4 60:16
**cut** 55:13

                **D**

**da** 50:24 52:13
**daawa** 50:25
**Daher** 31:7,14,19 32:8
  32:9 34:24 35:1
**data** 20:10,15,16
**date** 5:5,7,10 55:4
  65:19,20,23 68:5
**daus** 65:15
**day** 1:15 8:14 25:13
  37:25 59:17 60:8,10
  60:13 63:11 64:20
  65:2,3,3,5
**days** 12:3 63:2,6 66:20
**Da'i** 52:10
**deadline** 64:2,6
**deal** 28:23
**dealing** 48:16
**decades** 28:3
**decent** 28:8
**decisions** 9:18 43:3
**declaration** 19:16,20
**dee** 49:6 50:24
**deechings** 62:13
**defend** 54:24
**DEFENDANT** 2:1,7,12
**defendants** 1:11 6:15
  55:21
**defendant's** 32:14
**Defender's** 2:10
**defense** 5:5 54:24 55:1
  58:17 62:22 63:3,4
  64:1 65:5,16,16
**defenses** 28:15 61:16
**defense's** 61:6
**defines** 56:5
**definitely** 58:6
**degree** 36:12
**denied** 24:6
**Denise** 65:16
**Department** 1:22
**depending** 56:11 65:4
**Dependinging** 65:2
**depends** 40:4,20,24
**descent** 30:11,18,24

**describe** 13:17 29:13,17
  34:5,15
**described** 10:4 17:22
  39:13 42:21 46:24
  50:2
**description** 3:10 47:21
**designate** 50:10
**designated** 49:19 50:4
**designating** 50:17
**designation** 50:18
**details** 55:22
**Detroit** 2:14
**development|involve...**
  54:14
**devil** 35:3,7,11,14,15
**devils** 31:16,20 32:3,5
  32:12 34:24 35:2
**differed** 27:4
**different** 10:12 21:7
  26:6,16 38:16 53:4
  54:12 55:25 56:19
  57:11 61:2
**difficult** 11:23,24
**direct** 3:4 22:2 29:1
  54:17
**directly** 57:16 58:11,12
**disadvantaged** 62:4
**disagree** 56:4 58:20
**disagreed** 49:11
**disclaimer** 25:20
**disclose** 66:14
**disclosure** 65:23 66:17
**discretion** 9:20
**discuss** 5:8,8 6:13 7:9
  12:5,7,13 29:9 47:22
  62:14
**discussing** 7:20 10:6
  11:17 16:9
**discussion** 5:23 47:7
  56:22 59:9 60:25
**DISPENZIERI** 2:21
  68:5
**displaced** 41:23
**distinction** 41:13
**distracting** 12:9
**distributed** 37:9,19
**District** 1:1,1,14 2:22
  68:6
**DIVISION** 1:2
**dlirbs** 65:15
**doctor** 5:6,13,22 6:12
  6:24,25 7:9 9:1,8,22
  10:4,15 11:9,12,13,21
  12:25 13:5,7 16:14,16
  17:3 19:7 32:18,21
  33:1 39:3 52:8,8
  60:20,23 63:22 64:11
  64:23 65:9,12 66:1
**document** 21:18 22:4
  22:13 38:11
**documents** 20:6 48:23

48:24 49:1 60:2 67:2
**dogs** 31:15 32:7 35:2
**doing** 5:24,24 6:6 62:13
65:11 66:21,24
**DORE** 2:15
**Draconian** 9:24
**driven** 15:22
**due** 7:18
**dum** 49:11
**D.C** 1:24

_____
**E**

**E** 68:1,1
**earlier** 43:5
**early** 36:21
**easily** 65:17
**East** 2:17 37:23
**economic** 53:13 61:24
**edition** 5:25
**educated** 5:13
**ee** 50:25 51:5
**effort** 48:25 60:17
**efforts** 14:7
**Egypt** 16:10,13,18,21
17:6,16,22 18:9,17
20:1 21:13,19 22:1,4
22:9 23:7 25:11 26:21
27:1,10,13,14,16 28:2
28:5,17,24,25 29:8,11
29:25 30:24
**Egyptian** 16:14 23:11
23:12,24 25:12 27:19
29:13,17
**Egyption** 25:7
**EIG** 16:15,20
**either** 8:10 14:18
**elections** 28:5,7 29:19
**electoral** 36:10
**electronically** 38:15
**encrypted** 40:18
**ended** 56:22
**enemies** 32:7
**enemy** 23:17,20,23 25:3
32:9,12
**engage** 41:5
**engaged** 19:22 26:9
36:9
**engagement** 12:12
**english** 20:6,22 35:9
46:6,7
**enormous** 8:5
**enshrined** 27:19,23
**entered** 24:15,17
**enters** 11:11
**entire** 10:16
**entirely** 5:19
**entitled** 55:11 58:21
65:15,18
**environment** 40:5,5,20
40:25 62:3
**environments** 61:20

**envisioned** 8:8
**er** 54:9
**ESQ** 2:2,5,13,15,19
**essentially** 37:16
**et** 29:9,9,9
**Ethiopia** 58:3,4 62:16
**Ethiopian** 55:5,7 57:22
57:25 58:2 61:12
**Europe** 45:18
**European** 45:16
**event** 7:7 54:20
**events** 10:10 17:22
54:12
**evidence** 3:9 32:17,18
32:23,25 35:20 36:2
43:6
**exactly** 55:15 56:7,24
**examination** 3:4 13:3
63:6,15
**examining** 55:11
**example** 30:20,23 40:21
57:24 62:3,9
**examples** 31:1
**Excuse** 19:4
**excusing** 60:17
**execute** 49:16
**exercise** 9:2
**exercising** 6:3
**Exhibit** 3:11
**exhibits** 3:7,8 65:16
**exile** 15:25
**existed** 35:25
**existence** 43:13
**expert** 5:9,18 8:20,21
10:5 12:1,1 28:16,17
39:2 53:12
**expertise** 7:11 11:18
12:8 53:23
**explain** 21:15,21 25:19
**express** 16:19
**extensively** 42:21
**extraordinarily** 8:4,13
**e-mail** 40:21 64:7,17
**e-mails** 40:18

_____
**F**

**F** 68:1
**fact** 5:25 6:2 8:19 13:20
13:23 15:16,22,25
16:17 20:22 21:11,17
24:13 26:15 27:19,23
34:5 36:20 37:12 42:9
43:9 44:13 47:11
51:12 52:12 62:14
**faction** 25:1,2
**factions** 23:24 24:24,25
55:21
**factors** 62:1
**facts** 10:6 14:13 28:22
55:4
**familiar** 13:20 14:13

16:25,25 17:2,10,18
18:1,3,14 20:8,22
21:11,16 22:24 23:18
24:13 32:21 33:2
37:12 50:5 51:4,7,8
52:3,12
**family** 8:6 60:8,13
**far** 6:8 23:17,20,23
25:3 29:20 60:14,15
60:15
**farkt** 61:20
**father** 52:10,14
**fatwa** 19:15 21:14,19
24:10
**featured** 36:20
**February** 19:18 21:10
21:17 24:14,20 31:5
**Federal** 2:10,21 68:6
**feel** 12:11 57:13
**feeling** 12:23
**felt** 58:15 61:10
**field** 48:25
**fight** 58:3
**fighting** 13:11,24 55:19
55:21
**figure** 7:6 16:13
**FILED** 68:5
**filter** 9:7
**finance** 47:4
**financial** 13:10
**find** 12:9 31:8 32:20
33:1
**fine** 66:23
**finish** 12:18 65:1,11
**fire** 24:15,23,25 25:7,7
**firm** 53:2
**first** 9:2 10:25 12:7
21:16 29:15 32:20
33:6 37:25 42:3
**five** 31:7 34:23
**FL** 1:20 2:3,6,11,17,23
68:7
**Flagler** 2:10,17
**Floor** 2:3,22 68:7
**FLORIDA** 1:1,6
**flowed** 13:24
**flush** 55:22
**follow** 65:24 66:1
**following** 65:1,5
**force** 12:2 53:15,19
54:2
**forced** 15:25 16:2 24:2
**foreclosed** 62:20
**foregoing** 68:2
**foreign** 28:15
**foresight** 62:23
**form** 39:1 43:22 53:8
**formed** 26:9
**forming** 46:25
**formulized** 25:6
**forth** 57:8 61:6

**foundation** 18:21 28:19
29:15 31:21 49:14
**founding** 24:6
**frame** 19:25 35:23
**FRAZIER** 1:18
**free** 6:3 28:6,7 29:18
60:20
**Friday** 16:6 53:4 66:6
**friendship** 16:15
**front** 19:16 21:14,20,22
22:10,12,14,18 24:1,7
24:8,22 42:11,12,14
42:16,22
**full** 42:9 48:16,18,20,21
48:22 63:6,11 65:3
**fully** 25:18 59:11
**functioned** 42:12 44:17
44:18
**functioning** 44:10
**fund** 24:3 41:5,10 63:14
64:11
**fundamentally** 61:2
**funds** 41:14,14,17
**further** 34:25
**future** 7:24 9:4

_____
**G**

**G** 1:13
**gang** 61:21
**general** 6:5 10:5 31:18
49:11,22 50:1 61:7
**generally** 9:10
**gentlemen** 59:16 60:2
65:1,22
**Gerges** 22:24 23:7,14
23:23 25:3
**getting** 65:13
**give** 9:15 10:15 12:16
31:8 35:6 47:21 55:4
**given** 11:6 15:6 52:21
56:9 57:2,25
**giving** 30:23
**Glascow** 5:12
**global** 44:8
**go** 10:18 20:18 27:2
29:10,20 40:24 45:12
54:17 55:24 56:11
57:15 58:19 63:2 67:1
**goal** 57:11,11
**God** 35:9,10
**goes** 28:18 59:25 61:15
62:2
**going** 9:2 10:8,11,14
18:23 27:9 28:14,14
28:17,21,23 29:8,14
29:20,22,23 30:1,2,3
33:8 48:17 50:21,23
54:8,16,18,19,20,22
55:15,22,24 56:1,21
57:17,18 58:5,6,11
59:6,8,12,16 60:4,19

61:11,12 62:24 63:2,9
63:10,15,25 64:1,12
65:21 66:1,2,7,8
**good** 13:5,6 23:7 59:8
67:4
**gotten** 64:4
**government** 1:17 3:11
9:6 12:14 13:10,21
14:6 25:12 27:16
33:18,20 43:6,19
44:14 48:15 49:16
50:6,8,10,15 55:21
62:11,16 64:1,4,18
66:12
**government's** 65:2,14
**grand** 59:1
**Griswold** 2:14
**ground** 55:23 56:2 61:8
62:8,17
**group** 14:4 16:10,13,18
16:21 17:6,16,21,22
18:9,16 19:22 20:1
21:13,19 22:1,4,9,12
23:10,11,15,24 24:2,6
24:14,22,24 25:5,6,9
25:11,14,17 26:16,19
26:20 27:1,5 31:20
40:23 41:14 46:24
48:2 49:4,23 50:2,3,3
50:4,9,11,17 52:3,22
**groups** 13:15,24 16:24
17:4 23:1,7 25:23
40:6 52:20 54:15
55:18 57:3,3,4
**Grove** 2:6
**Grunt** 62:10
**Guf** 62:9
**guidance** 51:1,5
**guided** 56:20
**gun** 65:22
**Gunaratna** 3:3 5:7,23
6:12,25 7:9 9:1,8,22
10:15 11:9,11,12,13
11:21 12:25 13:5,7
19:8 32:21 33:1 39:3
60:20,23 63:22 64:11
64:23 66:1
**Gunaratna's** 6:24
32:19 65:9,12
**Gutaratna** 10:4
**guys** 51:22

_____
**H**

**ha** 52:13,18
**happen** 8:25,25 61:25
**happened** 10:10 14:13
50:13,18 61:25
**happening** 13:8 26:2
37:5 41:9
**happens** 10:15
**happy** 46:3 55:9

**hard** 23:25 63:5
**harsh** 27:22
**Harvard** 49:4
**Hassan** 52:8,9
**Hassoun** 1:8 2:1 31:6
32:11 33:23 43:25
57:13
**Hassoun's** 33:19
**Hayat** 21:2
**head** 44:6 52:12
**headquarters** 44:7
**hear** 6:21 8:14 9:16
**heard** 9:11 18:15 44:2
58:14
**hearing** 67:3
**heart** 58:15
**Heath** 2:16
**Hekmatyar** 13:7,14
14:4,14 15:4,7,21
**held** 28:12
**Hezbollah** 31:20 33:19
33:21,24 34:2,5,7,10
34:14,17 35:10,17,18
36:7,9
**hid** 50:25 51:5 52:17,22
**Hidaya** 51:9
**highly** 5:13 21:4
**historical** 54:12 55:4,18
**history** 54:1
**hold** 61:21
**home** 25:6
**Honor** 5:5 7:12 8:17
9:19 10:21 11:16,19
12:16 13:5 17:18,24
31:21 32:13,16,23
33:11 40:11 54:22,23
57:9,14 58:8 59:10
61:19 62:7 64:20
66:23
**HONORABLE** 1:13
**hope** 10:17 29:23 57:25
62:24
**hopefully** 9:7 12:23
57:10
**hoping** 65:1
**host** 39:20
**hours** 63:5
**huge** 41:13
**human** 16:20 29:24
38:9
**humanitarian** 41:12,13
41:15
**hypothetical** 39:2

**I**
**Ibrahim** 1:9 18:14 19:2
**idea** 53:8
**Identification** 3:9
**identified** 22:24
**identify** 48:2
**IG** 16:19,21 25:4

**Igmad** 34:10
**impacting** 10:1
**impermissible** 29:12
**impinging** 10:13
**implication** 7:2
**imploy** 10:8
**important** 23:3,5 57:9
57:13
**impossible** 48:22
**input** 7:6
**inappropriate** 5:14
12:10
**inclination** 66:14
**include** 47:18 53:17
**included** 36:16,17 48:4
**includes** 13:14
**including** 6:10 9:24
**inconvenience** 12:20
**incorrect** 15:6 22:15
29:12
**independent** 30:21
62:21
**INDEX** 3:1,7
**indicated** 52:3
**individual** 38:10
**individuals** 39:16 45:1
**infiltrate** 25:24
**informal** 6:17
**information** 20:10
32:24 33:18,22 35:7
35:24 36:17 43:20
52:21 53:3 57:21
65:18 66:15
**informing** 46:9
**inquiry** 57:6
**inside** 5:25 25:19 42:15
48:3
**instance** 57:22
**institute** 50:25 51:1,6,7
**instruction** 6:17
**instructions** 5:7 64:3,8
65:6
**intelligence** 20:11 45:13
45:15,16,21 46:10
**intends** 7:25
**intent** 54:24 57:17
**intention** 9:13
**intercepts** 45:9
**interest** 10:9
**internationally** 37:21
**Internet** 40:18 59:24
**interpret** 32:8
**interview** 10:3
**interviews** 10:12
**introduced** 49:6
**introduction** 18:19 19:1
19:5,6,10,12
**invade** 58:2
**invaded** 57:23,25
**invasion** 55:7 62:15
**invited** 5:11

**involved** 6:9 9:7,12
22:5 57:4
**Iran** 16:1,2
**irrelevant** 28:10
**Islam** 50:24,24 52:10
52:13
**Islamic** 13:17 16:10,13
16:18,21,22 17:4,6,16
17:21 18:9,16 19:22
20:1 21:13,19,22 22:1
22:4,9,14,25 23:10,13
23:15,24 24:1,3,6,7
24:14,22,24 25:5,5,11
26:16,19,20 27:1
46:25
**issue** 5:3 11:6 52:1
54:21 65:7,8 66:5
**issued** 19:16
**issues** 7:7 9:8 10:6
11:17 12:5 48:16
54:17
**item** 18:22
**Ivan** 64:7,8

**J**
**Jamiyyat** 51:9
**Jayyousi** 1:8 2:12 5:13
63:16
**Jbaker@fourdefende...**
2:6
**JEANNE** 2:5
**jews** 21:22 22:15
**jihad** 13:8 16:15,22
19:17 23:13 37:14
**JOHN** 1:19
**join** 22:14
**joined** 21:13
**joining** 21:13
**JOSE** 1:9
**Judge** 1:14 49:15 54:4
56:6,15 58:24 59:4,12
65:7 66:7
**judgments** 64:15
**July** 1:7 10:9 64:9,19
**June** 14:15,25 19:15
**juror** 60:7
**jurors** 9:11 11:24 31:8
59:19,21
**jury** 1:13 12:4,23,24
46:9 59:1 60:5 64:2,8
65:6,22 66:22
**justice** 1:22 62:22
**justification** 28:15
54:19 56:25 58:6,13
58:17 61:16 62:13
**justified** 62:19

**K**
**K** 1:18
**Kassem** 31:7
**keenly** 56:17

**keep** 11:8
**KENNETH** 2:2
**Kenya** 24:4
**ken@swartzlawyer.c...**
2:4
**Khartoum** 34:12
**Khidmat** 42:1,3 44:1,3
44:4 46:3
**KIFAH** 1:8
**killed** 34:4 62:12
**killing** 56:22,23,23 57:7
57:7,20 58:15 61:14
62:13,18
**KILLINGER** 1:18
29:21
**killings** 19:23 41:11
62:17
**kills** 50:3
**kind** 29:3 62:5
**Kingdom** 10:10
**knees** 55:13
**knew** 57:17 60:12
**know** 7:25,25 8:3,23,25
11:3,3,21,22 12:5
18:3 28:1,5,8 29:2,14
30:3 33:24 35:12,18
36:20 37:1 40:21
44:13,20,24,25,25
46:12 49:7 51:11,16
51:25 54:21,22 55:15
57:8 60:6 61:3 62:15
63:4,12 64:7 65:21
66:3,8,11,13,22
**knowing** 60:13
**knowledge** 33:22 35:13
48:22 52:16 53:11
57:18
**known** 15:3 36:13
**knows** 26:13 40:23
55:12
**kpubts** 65:23

**L**
**label** 47:20
**Laden** 15:16,19 18:3
34:11 36:12,17 37:6
37:16
**Laden's** 24:7
**ladies** 59:16 60:2 64:25
65:22
**lal** 52:14,14
**lal's** 52:8,9
**lamb** 52:14
**landed** 16:2
**language** 34:20 46:4
**largest** 23:24
**late** 13:8 64:7
**launder** 63:25 66:3
**lavrs** 46:16
**law** 6:2 53:2 56:4 59:2
61:3

**lawfully** 6:3
**lawyer** 16:20 63:3 66:3
**lay** 29:14
**layout** 55:19
**lead** 10:12 53:14,19
**leader** 13:14 14:4 16:10
16:12,17 22:12 23:12
25:4 49:17
**leaders** 25:5 50:24
**leadership** 24:2,14,21
26:17
**leading** 20:23
**learn** 52:21
**leave** 15:19 60:20
**leaves** 60:5
**Lebanese** 33:21 34:17
49:11,16,21 50:6,8
**Lebanon** 46:19 47:1
48:11,13 49:5,7,24
50:1 52:20,20
**led** 52:21 54:1,11,14
**left** 35:5,5
**legal** 7:12 56:5
**legitimate** 57:11
**Lenamon** 2:2
**length** 8:8 16:4
**lense** 51:1,5
**let's** 5:22,24 10:17
12:22 21:16 31:7
45:12 58:24 63:22
65:11
**Lewis** 56:14
**limit** 34:14 35:22
**limited** 37:23
**line** 3:10,10 10:16
34:23 36:7 51:19
58:11,13 62:18
**liner** 23:25
**link** 55:2
**liquor** 51:17,23
**list** 47:7,15,15,18,20
48:4 65:23
**listened** 44:21,23,24
**listening** 45:2 56:17
**little** 10:24 11:1
**live** 53:6
**London** 7:3 11:20 21:5
59:7,20 63:17
**longer** 26:24 59:20 63:2
63:7
**look** 20:15 26:9 29:15
34:25 49:3
**looked** 49:1
**looking** 20:19 46:13
**loss** 59:18
**lot** 10:9,11 11:1
**Louis** 2:15,16 59:3
61:17,18,19 62:2,6,7
62:10,21 63:15
**Louisiana** 56:15

**M**

luck 51:13
Luke 63:1

M 62:25 68:5
Madame 25:18 33:14
    48:18 49:15 51:10,15
    51:24
magazine 36:21,23
    37:2,9,10,13,18
main 25:10 31:7 44:4,7
mainstream 26:20 27:1
maintained 24:22
major 40:17
MAK 4:6,10,14,15,20
    44:21 45:2,4,14,18,25
    46:9
making 9:18 60:8
Maktab 41:25 42:3
    43:25 44:2,4 46:2
man 5:17 8:2 59:2
manner 11:24 53:9
MARCIA 1:13
MARIE 2:21
Marines 34:11
MARJORIE 2:19
marked 3:8 31:6
MARSHALL 2:15
material 33:20 34:16
    48:19
materials 20:19 31:18
    31:25 33:17,18
matter 7:12 13:1 35:4
    55:11 57:20 66:25
    68:3
matters 41:4
maux 43:25
ma'am 13:6 16:8,11,15
    17:2,12 18:7 19:21,24
    20:2,4,21,25 21:9,15
    21:21 27:5,12 28:4
    30:15,25 31:2,17
    33:20 34:1,7 35:9,15
    35:20 36:19 37:11
    38:3,8,17 40:14 41:2
    41:6 42:2,5,8,10,12
    42:20 43:1,8,11,14
    44:2,12 45:11,15
    46:15,18,21,23 47:2,5
    47:9,19,24 48:5,8
    49:10,21 50:14,20
    51:3,7 52:10,15,24
    53:10
mdl@sinclairlouis.com
    2:18
mean 30:17 32:5 48:9
    55:14
meaning 26:18
means 30:11
meant 8:4 27:16 52:25
    58:6

media 6:24 7:9 9:4 10:9
    10:23 12:5,8,9,17
meet 38:14 60:21 61:15
member 24:6
members 16:21,21,22
    25:9,14,15 26:6,9,11
    26:12,15 27:5 49:16
    59:17 60:9
mention 38:6 55:5
mentioned 5:14 40:3
message 38:11
met 34:11
method 40:6 41:9
methodology 40:4
methods 27:22 38:4,5,6
    38:9,17,18,19,25 39:6
    39:13,24 40:1,2,2,3,4
    40:10,17
MI 2:14
Miami 1:2,6,20 2:3,11
    2:17,22,23 68:7,7
MICHAEL 2:8
mid 44:10,17 47:4 52:1
middle 35:1 37:23
    64:23
militant 25:1 39:17
    41:14
million 14:5 35:2
mind 11:8 32:14 46:2
    56:8,9,12 57:19 58:19
    58:25
mine 56:19
minimum 14:5
Minister 14:14,16,19
    14:22,23 15:1,4,8,9
    15:13,21
missed 60:10
mntioning 47:6
moaning 56:10
Mohamed 22:3 27:6
momement 19:4
moment 39:3 60:1
Monday 60:3,3,17,18
    60:19,22 62:25 63:10
    63:12,14,16 66:7,21
    66:24
money 41:8,12
monitor 40:24 45:18
monitored 46:14
monitoring 40:21 45:25
Montasir 16:7,9 17:21
months 14:16 22:17
    37:13 63:18
morning 4:1 5:9 6:24
    7:1,24 11:2,14 13:5,6
    27:10 60:3,3,18,18,20
    60:22 62:25
motions 65:4,4
mounting 27:8
move 52:5 63:24
mujahideen 13:11,15

14:5 42:4
Mujahir 1:10
murder 55:17 56:5,23
music 64:15
Muslim 30:20,22 58:2,5
    61:13
Muslims 57:21
Mustapha 27:6
Muzar 22:3

**N**

N 2:3
name 42:3,9 51:8
named 16:6 25:21
names 52:25 66:4
nant 45:16
narrow 8:18
Natale 2:9 59:4,8 64:9
    64:10
nation 50:11
nature 62:8
naught 50:9
nded 56:3
necessary 65:8
necessity 57:1 61:17
need 15:3 33:1 56:6,8
    59:13 66:4,10,15 67:1
needs 5:6
networks 42:21
never 8:7 17:25 48:11
    53:7
new 27:9 66:14
news 11:14 12:5 59:23
newspaper 21:2,4,7
non 59:22
normal 62:3
North 2:22 68:7
note 60:16
notebook 31:3
November 44:14
nuanced 6:6
number 27:7 30:19
    31:9 54:17 59:24 60:7
numeral 18:8
numerous 38:5 40:2
Nussbaum 2:16
N.E 1:20
N.W 1:23

**O**

oath 13:1
object 39:1 54:4
objection 14:9,10 17:17
    17:19,24 18:21,24
    19:9,13 28:10,13
    30:13 31:21 32:13
    39:4,5 40:11 49:14
obligation 59:21
obligations 59:19 60:19
observe 9:16
obviously 7:6,10 10:25

12:7 65:20
occasion 11:14 14:22
    15:8
occasions 14:16,22 15:8
    21:8 44:3
occur 41:4 65:21
occurred 54:21 55:17
offer 10:15
office 1:19 2:10 44:5,7,9
    44:19 45:18,25 46:9
    46:13,14 67:2
offices 45:14
official 2:21 24:5 68:6
Ogaden 54:6 55:8,9
    57:25 58:1,2,14 61:12
    62:10,16
okay 60:24
old 10:24
Omar 21:24
once 26:2,8,8,24 44:15
    47:7 65:11
ones 31:15,19 34:24
    35:3 59:20
ongoing 34:15
Oning 52:17
oons 57:16
open 4:3 20:5,8 56:3,22
    66:13
operate 44:15,20
operated 28:2 44:21
operating 20:1
opine 5:12 11:22 29:24
opinion 5:7 58:19
opportunity 7:16 33:9
    59:10 67:1
opposed 32:6 33:23,24
opposing 30:12
opposite 47:11
oppress 53:15,20 54:2
options 6:3
order 9:22 54:25 64:14
    66:10
ordered 49:7
organization 22:6,9,11
    22:18 25:21,22,23,25
    26:1,1,2,4,5,8,10,11
    26:17 30:20 34:2,3
    35:10 36:5,8 41:13,15
    41:17 42:9,11,12,14
    42:16,22 46:16,19
    47:15,20 49:13,17,20
    50:7 51:4,8,11,12,16
    51:17 52:13,15 53:8
    61:21
organizations 35:21
oriented 64:13
ORLANDO 2:9
orpted 66:2
Osama 15:16,19 18:3
    34:11 36:12,17 37:6

37:16
outside 5:19 6:4 9:17
    9:25
overnight 66:19
overruled 39:5 40:13

**P**

Padilla 1:9 2:7 55:16
    63:20 64:13 66:2
page 3:2,10,10 14:25
    23:17,23 25:3 31:7,8
    31:14 34:20,21,23,25
    45:20 47:16 51:12,15
    51:18,19 52:7 53:5
Pakistani 44:14
Paladin 37:14
paragraph 21:25
parenthesis 50:25
parliament 30:21
part 20:16 22:10,18
    24:3,11 29:4 38:23
    39:10 40:8 41:7 59:8
participated 21:25
particular 22:13 46:2
    47:15 56:3
particularly 12:3 33:8
    45:24
party 24:7 35:3,7,9,10
    35:11,13,15
passage 51:5
passed 60:12
Pell 1:21 66:9,13,18,23
    67:1
pending 22:20 30:5
Penobscot 2:13
people 5:13 25:24 27:7
    28:23 30:11 38:23
    39:9,12,18 40:7 44:20
    50:3 52:17 53:7,14,19
    54:1,25 55:1 58:2,5
    58:14,17 62:4,10,12
    64:15
perceive 53:15
percent 13:23
perfectly 55:8
period 14:23 15:14
    17:23 22:16 24:12
    34:8,9 36:13 46:11,12
    46:13 50:16 55:23
    57:2
permissible 7:19 61:13
    62:17
permission 32:16
permit 25:18
person 19:10 41:10,11
    58:16
personal 8:13
personally 22:5,7 44:23
personnel 32:6
persons 41:19,23 53:15
persuade 57:11

pertinent 11:19
Peshawar 44:4,5,7,20
    45:19
Peter 18:4,11
phone 10:11 29:9 38:15
    43:15
phones 29:11
phonetic 22:3 34:10
phrase 32:3
pilot 41:15
pinging 55:2
place 35:22
Plaintiff 1:5
plan 64:25 65:11
planning 27:7,7
plea 16:2 62:24
please 5:3 9:5 11:10
    12:23 22:21 28:11
    34:21 39:3 57:10,12
    58:8 63:14 67:4
pleased 5:22
ploring 62:7
plural 45:20,23
point 8:14 10:7 15:13
    16:19 21:21 26:8
    33:21 55:3 58:9,10,12
    64:11
policy 28:15
political 22:3 24:21
    28:8 30:11,17,24
politics 36:10
Poore 62:11
popular 12:9
posed 57:5 61:1
position 50:6
possibility 64:22
possible 15:5,6 42:18
    47:17
poun 65:13
power 10:2
powers 10:8
practice 6:8
practiced 27:21
precisely 36:11
precluded 61:16
predominantly 58:1
    61:13
present 23:25 32:24
presentation 8:1
presented 7:16
press 9:4 21:23
pressure 22:1,3 24:9,11
    24:21 62:11
pressures 61:24,25
pretty 63:5
prevent 6:3
previously 40:16 52:2
primary 17:15,23
prime 14:14,16,19,22
    14:23,25 15:4,7,9,13
    15:21

principal 53:6
print 20:5
prior 24:13,17 54:5
private 6:16
prms 56:13 62:6
probably 6:12 7:17
    10:25 14:21 63:6
probe 55:12
problem 5:15 11:4 56:2
    56:24
problems 54:1
proceed 12:14 13:2
proceedings 1:13 4:3
    28:12 60:10 68:3
process 66:19
professional 8:6
professor 18:14 19:2,7
    22:24 23:6,14,23 25:3
proffered 56:17
prohibition 7:19
prolonged 53:13
promise 12:16 60:23
pronouncing 58:1
proper 56:18 57:6
    62:15
Prosecutor 49:22,25
prosecutors 12:14
provided 13:10 15:5
    33:17,20 43:20 47:3
    65:18
provides 20:10
public 2:10 22:17 30:12
publically 21:12,18
publications 20:6,23
    21:1
publicized 15:5
published 21:5 43:2
    48:1,7 49:4
publisher 25:20
Puerto 1:10
purposes 41:12
put 25:21 54:25 57:8
    58:23,25 61:6
P.A 2:16

                Q
qep 55:25
qt 43:22
qualified 63:3
question 5:21 6:1,5,6,7
    9:1 10:12 16:6 17:10
    22:20,21 27:9,23
    28:20 30:4,5,7,14,17
    32:2 33:12 35:12 39:8
    39:9 40:7 41:1 43:22
    47:11 51:25 54:5 56:3
    57:5 61:1,9 62:5
questioning 58:11,13
    62:19
questions 13:7 54:19
    56:9,17

quote 24:7 46:24
quoted 31:15
quoting 19:11

                R
R 68:1
ra 50:24
Rabi 18:14 19:2 42:4
radical 13:17 46:25
Rahman 27:6
Rahman's 21:24 22:8
raise 41:8,10,12,17
raises 41:13,14
raising 41:5
range 48:16,18,20,21
    48:23
read 9:11 17:8,9,13,25
    18:1,23 32:16 33:10
    43:9,12,16 46:4,6
    49:9 50:23 51:21
readers 47:12
reading 35:12 59:22,22
reads 50:22
ready 60:22 63:14
realistic 64:24
really 57:13 59:19,19
reargue 58:11
reason 10:25 12:11
    25:19
reasons 53:18
rebuttal 59:21
recall 14:21 16:12
    36:13 37:1 53:9
receive 43:18
received 3:8 13:23 14:6
    43:22
receiver 53:13
recess 45:6
recipient 13:21
recognize 16:18 17:15
    23:14 42:6
recollect 15:3 42:24
recollection 37:3
record 8:9 57:10 60:6
redirect 56:11
reentered 15:16
refer 20:15 32:6 42:11
    45:20 48:23
reference 7:3 14:21
    18:11 31:19,20 32:3,4
    43:25 44:2 45:24
    51:13,24 52:8,9
referred 34:24 47:9,14
    51:12,17
referring 17:7 32:8
    45:3,24 51:19 56:1
refers 32:11 35:7,14
refresh 37:2
refugees 41:8,18,23
refused 27:1
regard 66:9

regarding 65:25
regardless 8:18 65:3
regime 27:21
related 11:17
relates 6:8
relating 62:21
relationship 34:7,12,14
    34:15,18 35:18,21,25
    36:2
released 17:9 24:5
relevance 28:13 30:13
    49:14
relevant 28:23 43:21
    55:19 57:16,19 58:3
reliable 18:6 19:2,7
    22:25 23:14
remain 22:10
remained 22:5 24:25
    25:1 36:4,8
remains 9:5
remedy 6:14
remember 9:16 16:7
    29:7 38:2 60:23
remind 12:25
reminder 9:14
reported 2:20 54:10
Reporter 2:21 68:6
Reporter's 3:6
reports 53:1
represent 7:23 30:21
    57:13
representative 34:10
represented 6:23 16:23
reprints 20:22 21:1
repudiated 21:12,17
request 10:23
requested 43:17 53:2
require 7:9 9:1 10:22
    10:24
requires 61:3
research 20:16 28:1,5,8
    35:13 36:16,20 45:10
    48:1 53:11,17
researching 20:20
    36:17
resolve 65:8
resource 23:20
respect 7:18 10:14
    19:16,25 21:14,20
    23:15 53:25 54:10
respected 21:4
Respectfully 33:11
respond 55:10
responses 54:23
responsibilities 8:6,13
responsibility 6:19 26:1
    26:11
responsible 34:10
rest 53:13
restrictions 30:19,23
result 22:2 43:23

results 65:4
Resume 4:3
rets 64:1
return 62:24
returns 12:24
review 31:18 33:9
    43:24 48:19,20,22
    66:16
reviewed 31:25 33:12
    45:9 48:16 50:15
    53:12
Rewind 58:24
Rican 1:10
riferns 51:25
rift 26:18,18,22,24
right 5:3 10:1 12:22
    23:21 25:17 26:5
    27:11 31:25 36:18
    37:10 38:7,25 44:1,4
    51:15 55:22 61:4
rights 9:2 16:20 29:24
rising 61:21
rk 45:10
Road 17:1,5,10 18:19
ROBIN 2:21 68:5
ROHAN 3:3
Roman 18:8
Room 1:23
RPR 2:21
RPR-CP 68:5
rule 57:8 64:2 65:3,4,6
ruling 57:12 66:14
rulings 54:5
running 66:10
rurb 49:3
Russell 1:18 2:19 59:9

                S
sacrifice 8:14
sacrifices 8:5
safe 67:4
Sal 52:14
Salim 52:11
san 50:25 51:5
satisfied 6:16
saying 31:15 39:15
    51:16 63:13
says 7:21 15:1,2 18:8
    18:20 35:1,2,11 56:8
    56:11
scenario 10:20
scheduling 64:25
scholars 20:13
scholarship 48:1
Scouts 25:13,16,16
screws 35:2
sealed 67:3
search 51:15
second 14:16,22,25
    15:8 17:7 38:13 55:3
secret 15:4

**section** 1:22 32:17
**secular** 27:14,16,18
  28:1 29:1,19
**secured** 40:5,5
**security** 40:20
**see** 9:8,16 10:3 11:24
  12:22 26:10 31:16
  33:6 43:5 50:9 51:1
  52:9 58:24 60:3 62:21
  63:22
**seeing** 9:9
**seek** 6:14 32:16 56:10
**seeking** 41:17
**seen** 9:11 33:12,14,17
  34:16 45:3
**seep** 66:9
**send** 53:2
**senior** 24:1
**sense** 63:1
**sentence** 31:16 32:8
**separate** 11:25 55:9
**separately** 12:5 55:9
**seriously** 8:3,7,7
**Seriousness** 59:18
**service** 45:16,16
**services** 45:15
**SESSION** 4:1
**set** 51:1 64:2,5
**severe** 24:9
**severely** 43:3
**sgliferjtses** 55:23
**sha** 52:1,8,9,13,14
**shan** 52:18,23
**share** 14:5
**shares** 32:11
**sharia** 27:19,21,23,24
  29:19
**Sheikh** 21:24 22:8 27:6
  50:24
**Shipley** 1:19 3:5 5:15
  6:11,21,25 7:8,12,15
  8:11,12,24 11:3 12:13
  14:9 17:17,24 18:21
  28:10,13 30:13 31:21
  32:13 33:6,11 39:1
  40:11 49:14 52:2 54:4
  54:16 55:10,23,25
  58:23 62:23 63:1,24
  64:5,13,17,20,22
  65:13
**short** 14:23 45:6 60:13
**shortly** 15:21 44:13
**shot** 41:16
**show** 33:4,5,8 41:11,15
  41:18,19,23 55:1 56:8
**Shup** 60:21 65:25 66:8
**shut** 44:14,19
**side** 28:12 30:8 54:7
  59:15 60:16 61:1,10
**Sidebar** 4:2
**sides** 60:16 64:3

**sign** 24:9
**signatore** 21:11
**signatory** 19:19
**signature** 21:12 22:2
  24:21
**signed** 21:18 22:13,16
**significant** 7:6,7 13:21
  22:1 46:24 66:18
**signing** 22:4
**similarity** 61:9
**simply** 24:10 25:21,21
  62:10
**Sinclair** 2:16
**sir** 5:4 22:20 23:14 27:9
  31:4,16 36:14 38:2
  47:11 50:18 51:25
  52:9 53:9 60:19
**sister** 60:12
**sit** 15:10
**situation** 56:2
**situations** 40:17
**social** 53:13 61:25
**socially** 62:4
**socioeconomic** 54:1
**Somalia** 53:22,25 54:2
  54:5,15 55:9,17,23
  57:4,5
**somebody** 7:21 16:6
  38:13 41:7
**son** 52:8,9
**sons** 21:25 22:8 27:6
**Sooner** 66:3
**sorbl** 59:22
**sounds** 10:4
**source** 17:15,23 20:5,8
  23:21 54:3
**sources** 20:18
**SOUTHERN** 1:1
**Soviets** 13:25
**speak** 7:16 9:23 10:21
  10:23 11:22 12:2,17
  20:3 24:1 55:14 56:14
  56:15 57:12 61:17,18
  64:17
**speakers** 31:7
**speaking** 12:11 30:11
  44:25
**specialist** 23:3,4,7,8
**specialities** 23:6
**specialties** 23:5
**specialty** 12:17 23:2
**specific** 6:7 18:22 34:8
  46:12 56:13
**specifically** 38:19 43:17
  54:6
**speculating** 32:14
**speculation** 31:22 39:1
**speech** 6:3
**spent** 56:7
**split** 26:18
**spoke** 66:8

**spoken** 7:23
**spokesman** 16:18 18:9
**spokesperson** 16:23
**spos** 66:5
**spring** 25:4,5
**stage** 60:9
**stages** 63:25
**stand** 5:18 7:22 15:2
  58:23 60:1 61:5 64:23
**standard** 61:15
**start** 42:19 58:4 60:4
  60:17,19,22 63:14
**starts** 35:1
**state** 14:19 27:18 29:19
  32:14 46:25 56:8,9,12
  57:19 58:25
**stated** 36:1 51:9
**statement** 6:18 19:6
  24:5,10 56:4
**States** 1:1,4,14,19,22
  2:22 13:9,21,24 14:6
  27:3,14,17 37:10,19
  44:8 49:20 50:10 62:4
  68:6
**stayed** 16:4
**STEPHANIE** 1:21
**stet** 51:1
**store** 51:17
**stores** 51:14,23
**stream** 25:11
**Street** 1:20 2:10,14,17
**strength** 40:23
**strike** 10:16
**striking** 9:24
**strongly** 12:2
**studied** 28:20 42:25
  53:25
**study** 52:20 53:17 57:3
**studying** 53:17,18,18
  54:14
**sub** 23:5,6
**subsequent** 21:17
**subsequently** 24:2
**substantial** 46:16,18
**substituting** 25:4
**Sudan** 34:12
**sued** 59:25
**suffering** 53:7,14 54:1
  59:17 60:9
**suggest** 66:16
**suggesting** 11:5
**suggestion** 8:2
**Suite** 2:5,17
**summaries** 43:15
**summarize** 26:5
**summer** 24:17,17
**Suns** 64:10
**support** 13:10 36:2
  38:1,4,10,14,23 39:10
  39:14,17,19 40:8,17
  41:3,7

**suppose** 11:18
**supposed** 5:18
**sure** 5:6 15:10,13 29:4
  35:24 54:13 56:19
  64:14
**surpassed** 63:3
**surprised** 11:1
**surrounding** 55:7
**surxz** 53:18
**Susa** 27:6
**sustained** 17:19,25
  18:24 19:9,13 31:23
  32:15 52:4
**SW** 2:5
**Swartz** 2:2,2 28:25
  59:12 65:7,10 66:9
**Swor** 2:13 5:3,5,11,21
  6:5,16,22,23 7:2 8:4
  8:16,17,22 9:10 10:4
  63:12,14,18
**sympathetic** 42:22
**system** 27:16 29:14,18

---

**T**

**T** 68:1,1
**tactics** 53:14 54:2
**Taha** 19:20 21:10,11,17
  22:7,8,16 23:25 24:5
  24:14,20
**take** 5:6 8:18 26:1,11
  56:6 61:5 63:10
**taken** 8:3,12 41:3,18
  50:6 59:18
**takes** 8:7
**Taliban** 15:22,25 27:21
**talk** 5:11 18:22 46:3,4
  55:9,24 61:7,11 65:25
**talked** 25:13 27:10,13
  37:6 54:11 60:7
**talking** 7:20 11:6 22:7
  23:10 45:2,12 46:5,11
  52:22 54:6,7 58:18
**Tanzania** 24:5
**tap** 29:10
**tape** 58:24
**tapes** 45:4
**targets** 26:10 27:3
**tas** 51:22 55:4
**tax** 53:19
**technically** 27:25 29:19
**techniques** 38:1
**television** 8:20
**tell** 7:15 35:24 42:18
  47:9,12 52:19 60:21
**telling** 39:17 45:8 48:4
**ten** 65:15
**term** 36:10 42:14,16
  48:21
**terrorism** 6:9,10 10:5
  12:8 22:25 23:2 36:9
**terrorist** 5:13 25:22

34:3 36:5,8 39:17
  40:22 41:14 47:20
  48:2 49:12,20,23,23
  50:3,4,9,11 57:3,4
**terrorst** 25:23
**testified** 14:15,24 19:19
  19:22 29:18 31:5
  36:12 37:25 40:10,16
  41:3 42:3 44:10,16,18
  46:16,19,22 47:3
  53:22 61:19,23
**testify** 55:6 59:2
**testifying** 5:19 55:12
**testimony** 5:8 6:13 7:3
  7:4,20 8:3,19 9:9,21
  9:23,25 10:16 12:18
  19:25 22:16 29:1
  37:25 43:21,24 50:5
  53:9 54:17 55:4 60:22
  65:9,12
**text** 18:1
**thank** 6:21 13:5 31:12
  40:16 41:25 49:10
  50:21 53:4 60:2,23
**thing** 6:24 10:24 29:21
**things** 10:12 29:9 55:8
  65:6
**think** 5:16,16 7:13,17
  7:19 8:1,10,12,22,23
  8:24 9:3,22,25 10:1
  10:10 11:5 13:9,17
  14:15 29:2,4,10,11,18
  29:22,23 30:5 32:20
  33:11 45:8 47:16
  55:10,21 56:18,24
  57:6,8 58:3,10,12
  59:4,13 61:3 62:2,5
  62:17 63:10,17 64:5,9
  64:22,24 65:13,17,20
**thinking** 59:1
**thinks** 5:15 6:19 7:11
**third** 5:25 19:19 21:10
  38:14 52:7
**thirds** 51:20
**thn** 65:23
**thought** 43:20
**three** 38:6,19 40:3
  49:16 63:2,7
**thu** 64:13
**Thursday** 64:8,8 66:6
**tie** 29:1 57:18
**tied** 56:9
**time** 8:5,8 12:22 14:7
  14:23,25 15:14 16:4
  17:9,23 19:25 21:15
  24:24 25:11 31:8
  33:23 34:8,9,16 35:22
  36:13,21,23 37:2,9,13
  37:18 46:11 49:2
  50:16 55:23 56:7 57:3
  57:25 64:1 65:17,21

66:10,11,16
**times** 34:5 43:25
**Tirado** 12:23
**today** 9:15 58:12 60:11
   60:12,12 61:9
**told** 13:9 18:6 19:15
   20:3 25:20 27:13
   35:17,17 38:19 43:5
   48:11,14 59:6 60:14
   64:15 66:2,12
**top** 23:12 31:14 34:23
   52:7
**topic** 53:4
**topics** 20:19
**torture** 29:25
**totally** 57:19
**touches** 56:25
**tour** 5:24,24 6:7
**tours** 61:20
**traffic** 40:22
**training** 47:3
**transcript** 1:13 31:9
   32:17,21 33:9,14 45:3
   46:2,5,6,7 50:21 53:5
**transcription** 68:3
**transcripts** 43:7,9,12
   43:16 44:24,25 45:9
**translation** 35:9
**translations** 20:6,23
**travel** 38:11
**tree** 62:16
**treefering1** 45:4
**trial** 1:13 12:1
**trick** 6:1
**trird** 59:4 61:18
**true** 5:10
**truing** 64:14
**try** 39:15
**trying** 29:3,10 55:8
**Tuesday** 1:7 63:23
   64:21 65:12
**tund** 44:20
**turn** 50:22
**turned** 43:15
**Turning** 53:4
**tux** 53:19
**two** 8:11 14:16,22 15:8
   17:2 21:24 22:8 24:24
   27:6 35:20 38:6,22
   39:9,12,16,18 40:7
   43:6,10,25 44:3 51:20
   52:17 54:16,18,23
   60:7 63:6 65:6,17
**type** 49:4 54:19
**T86** 32:17
**T92** 34:20

**U**

**UK** 53:1
**Um** 64:14 65:1
**unappropriate** 5:20

61:11
**unauthorized** 62:19
**unclear** 10:22
**unconstitutional** 25:6
**understand** 11:13
   12:14 28:21 39:15
   49:21 53:7
**understood** 57:21
**uniformed** 43:19
**unilateral** 24:15,23
**unincarcerated** 24:1
**unindulgence** 60:11
**unintelligible** 21:22
**united** 1:1,4,14,19,22
   2:22 10:10 13:9,21,23
   14:6 27:3,14,17 37:9
   37:19 44:8 49:20
   50:10,11 62:3 68:6
**universe** 48:22
**university** 49:4
**unjustified** 61:14 62:20
**unjustly** 57:23,23
**unlawful** 56:5,23 57:7
   61:14
**unpleasantness** 5:12
**unquote** 24:8 46:24
**unside** 47:6
**urge** 12:3
**urging** 10:7
**Usbat** 46:16 47:6,9,12
   47:18,22,25 49:12,19
   49:22 50:16 51:24
   52:13
**use** 7:11 40:1,1,17 41:3
   41:4 42:19 48:21
   53:14,19 54:2 56:12
   65:21
**utilize** 20:11
**U.S** 24:4 27:3,17 34:11
   50:15

**V**

**versus** 62:19,20
**victims** 41:8,17,19,22
**video** 41:9
**videos** 41:3,4,11,18
**view** 8:18,19 16:19 26:8
   61:3,12 33:21 36:4,7
   57:23
**viewpoint** 13:18 26:6,7
   33:19
**views** 16:23 26:16 32:9
**violated** 5:7
**violating** 57:8
**violation** 61:4
**violations** 29:24
**violence** 17:23 26:10
**violent** 25:1,15,17
**virtue** 9:9
**visited** 48:11
**voice** 46:7

**volume** 66:15
**volumes** 43:6,10
**vs** 1:6

**W**

**W** 2:10
**WAEL** 1:8
**wait** 6:13 7:6 22:21
**walked** 59:1
**Walton** 58:25
**wal-Ihsan** 51:9
**want** 8:2,9 11:12 14:24
   28:22 29:13,21,23
   34:25 36:7 38:22
   41:25 46:4,8 54:12
   57:2,24 58:25 59:21
   61:7,11 62:14 63:12
**wanted** 9:19 32:24 41:7
   66:18
**wants** 18:21
**war** 25:8 41:18,22
**warrant** 29:12
**Washington** 1:24
**wasn't** 15:16 30:2 49:20
   55:6
**watching** 59:23
**way** 8:4 10:5 42:14 46:6
   52:7
**week** 27:13 37:25 46:16
   59:20 64:23 65:15,17
   66:6
**weekend** 9:16 10:9,15
**went** 5:12 30:6 61:10
   62:18,18
**western** 45:13,15,15,17
   45:21 46:10
**whatsoever** 47:8
**whereever** 40:24
**widely** 37:9,19
**WILLIAM** 2:13
**wiretapped** 46:10
**wiretaps** 45:2,13
**withdraw** 22:2,3
**withdrawal** 22:17
**withdrawn** 14:9,10
**withdrew** 22:13 24:20
**withstanding** 26:15
**witness** 5:17,18 6:2,17
   6:19 7:22 9:6 11:11
   11:16,19 12:16,20
   14:11 29:10 30:15
   32:13 33:14 34:19,21
   39:6 40:14 49:15 55:3
   57:2 60:1,24 63:8
**witnesses** 3:1,2 9:21
   64:14 66:2
**word** 48:18 62:15,16
**words** 50:23 51:2
**work** 23:21 25:10 48:7
   53:12 66:5

**worked** 23:8
**working** 24:11 25:2,10
**works** 66:12
**world** 19:16 20:24
   21:14,20,22 22:14
   23:25 24:3,7
**wouldn't** 25:15,16
   39:24 60:15
**wounding** 64:10 65:14
**write** 11:23
**written** 18:19 19:1
   47:25 48:6
**wrong** 15:6 29:22,23
   49:24,25 50:8
**wrote** 17:5,21 19:12
   23:23 25:3 42:20
**wutses** 66:1

**X**

**XXI** 18:8

**Y**

**yea** 50:24,25 51:5 52:1
   52:17,22
**years** 49:19
**yesterday** 9:14 49:6
   56:24 61:8,9 62:18
   63:5
**Yn** 66:21
**young** 59:1

**Z**

**Zavertnik** 2:16
**Zawahiri** 16:14,16 17:3
   17:8
**Zayat** 16:7,9 17:21
   18:9 19:1
**zone** 38:11,13,24 39:11
   39:12,21 40:8,9 41:9
   41:19 53:6
**zones** 41:4
**zrs** 53:15,20

**$**

**$600** 14:5

**0**

**04-60001-CR-COOKE**
   1:3

**1**

**1** 4:2,3
**1,000** 43:12
**10** 31:5
**10A** 62:25
**10th** 1:23
**10:00** 60:4,19,22
**10:50** 12:24
**100** 2:3
**102** 3:6
**1125** 2:17

**115** 14:25
**12** 64:9
**12:00** 67:4
**136** 53:5
**150** 2:10
**16** 45:20
**160** 25:3
**161** 25:3
**169** 2:17
**17** 64:19
**1983** 34:11
**1990s** 19:23 20:1 44:18
   46:20 47:4
**1993** 34:12 36:21,24
   37:2
**1995** 44:14
**1996** 14:20 15:2,19
   34:13 37:1 42:20
**1997** 24:17 36:13
**1998** 19:16,18 21:10,17
   21:23,23 24:4,20 31:5
   44:21,22
**1999** 25:4,5 42:20

**2**

**20** 13:23
**2001** 42:20 50:13,19
**2002** 43:2
**2007** 1:7
**202** 2:5
**202/353-2357** 1:24
**20530** 1:24
**21** 4:2
**21st** 2:3
**23** 4:3
**26** 19:15
**2649** 1:23
**27th** 2:5
**28** 14:15,25
**29** 64:2 65:3,4,6
**2937** 2:5

**3**

**3** 1:7 3:11
**301** 2:22 68:7
**305/374-0544** 2:17
**305/443-1600** 2:6
**305/523-5158** 2:23 68:7
**305/579-9090** 2:3
**3060** 2:13
**313/967-0200** 2:14
**32** 3:11
**33128** 2:23 68:7
**33131** 2:11,17
**33132** 1:20 2:3
**33133** 2:6
**35T** 50:22
**37** 1:15
**39** 23:17,23

**4**

**4** 36:21
**4th** 1:20 10:8
**445** 66:25
**48226** 2:14

**5**

**5** 31:14 34:20

**6**

**6th** 2:22 68:7
**645** 2:14

**7**

**7** 51:12,18,19 52:7
**705** 3:11

**8**

**80s** 13:8
**801.13** 18:22
**88** 47:16

**9**

**9** 3:3,4
**9:30** 1:7
**90s** 36:18 44:6,11,17
   54:3
**92** 31:11
**92TR** 31:6
**93** 35:20,25
**930** 60:4
**94** 14:17,18 15:1
**95** 14:17,18 15:1
**96** 35:20 36:1 37:12
**97** 26:17
**98** 24:14 26:17
**99** 1:20